## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| In re:  Miguel Angel Sosa Avila )<br>　　　　　　Debtor. )<br>　　　　　　　　　)<br>　　　　　　　　　)<br>　　　　　　　　　)<br>253 Beauregard Heights )<br>Hampton, VA 23669 )<br>　　　　　　　　　)<br>Last four digits of SSN: <u>1639</u> )<br>　　　　　　　　　) | Case No. 21-50907-FJS<br><br>Chapter _____13_____ |

### NOTICE OF
### MOTION

The Debtor has filed papers with the Court for Authority to <u>Avoid Judicial Lien</u>.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you want to be heard on this matter, then **on or before twenty-one (21) days from the date appearing on this notice,** you or your attorney must:

[X]　　File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

　　　　　　Clerk of Court
　　　　　　United States Bankruptcy Court
　　　　　　600 Granby Street, Room 400
　　　　　　Norfolk, VA 23510-1915

　　You must also mail a copy to:

　　　　　　Christian D. DeGuzman, Esquire
　　　　　　DeGuzman Law, PLLC
　　　　　　JANAF Building, Fifth Floor
　　　　　　5900 E. Virginia Beach Blvd., Suite 507
　　　　　　Norfolk, VA 23502

DeGuzman Law, PLLC
Christian D. DeGuzman (VSB No. 79336)
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
Phone: (757) 333-7336
Fax: (757) 333-7873

R. Clinton Stackhouse, Jr.
Chapter 13 Standing Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435

[X]    Attend a hearing to be scheduled at a later date.  You will receive separate
notice of hearing.  If no timely response has been filed opposing the relief
requested, the Court may grant the relief without holding a hearing.

[ ]    **ATTEND THE HEARING SET FOR:**
**TAKE NOTICE** that, pursuant to Norfolk Standing Order No. 20-4, the
hearing on the Motion will be conducted remotely by Zoom for Government
on _____ **at _____ A.M**.  If you wish to appear at the
hearing, please review Norfolk and Newport News Standing Order No. 20-4,
available on the Court's website, for more information on how to appear at
the hearing remotely.

Please refer to PROTOCOL EXHIBIT 2 for instructions on appearing at the
hearing.
To Appear for your hearing, you must email a completed PDF-fillable request
for (the "Zoom Request Form"), available on the Court's website at

https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf to:
EDVABK-ZOOM-Chief_Judge_Santoro@vaeb.uscourts.gov

This form must be emailed NO LATER THAN 2 BUSINESS DAYS PRIOR TO
THE SCHEDULED HEARING.

If you or your attorney do not take these steps, the Court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting that
relief.

Date:  February 16, 2022                    /s/ Christian D. DeGuzman___
                                            Christian D. DeGuzman, Esq.
                                            *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I certify that I, on the 16th day of February, 2022, transmitted a true copy of the
foregoing Notice of Motion electronically through the Court's CM/ECF system and/or by first-
class mail to Heather Diane Bock on behalf of Creditor Wilmington Savings Fund Society, FSB,
Dane Exnowski on behalf of Creditor Wilmington Savings Fund Society, FSB, Mary F. Balthasar
Lake on behalf of Creditor Nationstar Mortgage LLC, Joshua Aaron Moger on behalf of
Creditors BANK OF AMERICA, N.A. and Select Portfolio Servicing, Inc., Ernest Wayne Powell
on behalf of Creditor Eliza Sosa, Phillip Raymond on behalf of Creditor Wilmington Savings
Fund Society, FSB, Maria A. Tsagaris on behalf of Creditor Wilmington Savings Fund Society,
FSB, the Chapter 13 trustee, the United States trustee, the Debtor, and to all creditors and
parities in interest in the attached mailing matrix.

                                            /s/ Christian D. DeGuzman
                                            Christian D. DeGuzman

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
NEWPORT NEWS DIVISION

IN RE:

MIGUEL ANGEL SOSA AVILA     )

                            )      Case No.   21-50907-FJS

         Debtor.       )         Chapter 13

## <u>MOTION TO</u><br><u>AVOID JUDICIAL LIEN</u>

COMES NOW Miguel Angel Sosa Avila (the "Debtor"), by counsel, and hereby moves under 11 USC §522(f)(1)(A) and Federal Bankruptcy Rule 4003(d) for the partial avoidance of a judicial lien that Eliza Sosa obtained and docketed in the Clerk's Office for the Circuit Court of Hampton, Virginia.  In support of his motion, the Debtor submits the following:

### <u>FACTS</u>

1.     The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on December 8, 2021.

2.     R. Clinton Stackhouse, Jr. was appointed as the Trustee in this case.

3.     The Debtor filed a Chapter 13 Plan and Related Motions (the "Plan") on December 22, 2021 and a confirmation hearing is scheduled for February 18, 2022.

4.     The Plan proposes to partially avoid a judicial lien held by Eliza Sosa.

5.     That on or about March 26, 2018, Eliza Sosa obtained a judgment against the Debtor (the "Judgment Lien").  The Judgment Lien has been recorded and has attached to all of the Debtor's real properties located in Hampton, Virginia (the "Subject Properties"). The following is a complete list of the Debtor's properties:

DeGuzman Law, PLLC
Christian D. DeGuzman (VSB No. 79336)
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
Phone: (757) 333-7336
Fax: (757) 333-7873

a. The property commonly known as 353 Beauregard Heights, Hampton,

Virginia 23669 (hereinafter "353 Beauregard Heights"), and more particularly

described as:

> ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND SITUATE,
> LYING AND BEING IN THE CITY OF HAMPTON, VIRGINIA,
> KNOWN AND DESIGNATED AS LOT NUMBERED THIRTY-ONE
> (31), IN BLOCK "A", AS SHOWN ON THAT CERTAIN PLAT
> ENTITLED, "SECTION FOUR (4), WILLOW OAKS, HAMPTON,
> VIRGINIA", MADE BY WILLIAM SOURS, SURVEYOR, DATED
> AUGUST 1, 1968, AND RECORDED IN THE CLERK'S OFFICE OF
> THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, IN
> PLAT BOOK 6, AT PAGE 55, TO WHICH PLAT REFERENCE IS HERE
> MADE.
>
> TOGETHER WITH ALL AND SINGULAR THE BUILDINGS AND
> IMPROVEMENTS      THEREON,      THE      TENEMENTS,
> HEREDITAMENTS AND APPURTENANCES THEREUNTO
> BELONGING OR IN ANYWISE APPERTAINING; SUBJECT,
> HOWEVER, TO ALL RECORDED EASEMENTS, CONDITIONS,
> RESTRICTIONS AND AGREEMENTS THAT LAWFULLY APPLY TO
> THE PROPERTY.
>
> IT BEING THE SAME PROPERTY CONVEYED UNTO THE
> GRANTORS BY INSTRUMENT DATED JULY 13, 2005 AND
> RECORDED IN THE CLERK'S OFFICE AFORESAID AS
> INSTRUMENT NUMBER 050018859, TO WHICH DEED
> REFERENCE IS HERE MADE.

b. The property commonly known as 1269 North King Street, Hampton, Virginia

23669 (hereinafter "1269 North King Street"), and more particularly

described as:

> ALL THAT CERTAIN LOT, PART-LOT, PIECE OR PARCEL OF LAND
> SITUATE, LYING AND BEING IN THE CITY OF HAMPTON,
> VIRGINIA, KNOWN AND DESIGNATED AS "PARCEL 'A'" AS SHOWN
> ON THAT CERTAIN PLAT ENTITLED "PLAT OF THE PROPERTY OF
> GEORGE T. & THEODORA MIZUSAWA, LOTS 22, 23 24 & PART OF
> 21, BLOCK 'A', NORTH KING STREET, HAMPTON, VIRGINIA",
> DATED JUNE 29, 2006, REVISED JULY 20, 2006, AND MADE BY
> BECOUVARAKIS AND ASSOCIATES, P.C. A COPY OF WHICH SAID
> PLAT IS RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT
> COURT FOR THE CITY OF HAMPTON, VIRGINIA, ON JULY 28,
> 2006, AS INSTRUMENT NO. 060019562.
>
> SUBJECT TO ALL CONDITIONS, COVENANTS, RESTRICTIONS, AND
> EASEMENTS OF RECORD OR APPARENT ON THE GROUND.

TOGETHER WITH ALL AND SINGULAR THE BUILDINGS AND IMPROVEMENTS THEREON, THE TENEMENTS, HEREDITAMENTS, AND APPURTENANCES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING.

c.  The property commonly known as 400 Cedar Drive, Hampton, Virginia

23669 (hereinafter "400 Cedar Drive"), and more particularly described as:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE CITY OF HAMPTON, VIRGINIA, KNOWN AND DESIGNATED AS LOT NUMBERED FORTY-FIVE (45), IN BLOCK LETTERED "A", AS SHOWN ON THAT CERTAIN PLAT ENTITLED, "PINE GROVE TERRACE, CITY OF HAMPTON, VIRGINIA", MADE BY JOHN W. LAWSON, CERTIFIED LAND SURVEYOR, DATED APRIL 29, 1953 AND DULY OF RECORD IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA IN PLAT BOOK 3, PAGE 118, TO WHICH REFERENCE IS HERE MADE.

IT BEING THE SAME PROPERTY CONVEYED UNTO SOLVEIG H. PELLOWSKI AND SUE N. CARDEN BY DEED OF ASSUMPTION FROM GLENN A. TALBOTT AND BETH E. TALBOTT, HUSBAND AND WIFE, DATED NOVEMBER 21, 1978 AND DULY RECORDED IN THE AFORESAID CLERK'S OFFICE ON NOVEMBER 30, 1978 IN DEED BOOK 533, PAGE 832. THE SAID SOLVEIG H. PELLOWSKI DIED ON DECEMBER 7, 2004 DEVISING ½ INTEREST TO THE PROPERTY TO HER SON, THOMAS E. PELLOWSKI BY HER LAST WILL AND TESTAMENT RECORDING AS INSTRUMENT NUMBER 050000082. THE SAID SUE N. CARDEN CONVEYED HER ½ INTEREST IN THE AFORESAID PROPERTY TO HUEY D. CARDEN AND SUE N. CARDEN, TRUSTEES, OR THEIR SUCCESSORS IN TRUST, UNDER THE SUE N. CARDEN LIVING TRUST DATED SEPTEMBER 4, 2003, BY DEED DATED OCTOBER 14, 2003 AND DULY RECORDED IN THE CLERK'S OFFICE AFORESAID AS INSTRUMENT NUMBER 030025937.

d.  The property commonly known as 112 Beverly Street, Hampton, Virginia

23669 (hereinafter "112 Beverly Street"), and more described as:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE CITY OF HAMPTON, VIRGINIA, KNOWN AND DESIGNATED AS LOT NUMBERED SEVEN IN BLOCK LETTERED "B", AS SHOWN ON A CERTAIN PLAT ENTITLED, "SEC.

DeGuzman Law, PLLC
Christian D. DeGuzman (VSB No. 79336)
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
Phone: (757) 333-7336
Fax: (757) 333-7873

12-A-51 REVISION AND ADDITION NO. 1 TO PINE GROVE COURT, ELIZABETH CITY COUNTY, VIRGINIA", MADE BY R.F. PYLE, C.L.S. DATED MAY 8, 1952, A COPY OF WHICH IS DULY OF RECORD IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, IN PLAT BOOK 3, PAGES 98 AND 98A, TO WHICH REFERENCE IS HERE MADE.

IT BEING THE SAME PROPERTY CONVEYED UNTO THE GRANTOR HEREIN BY DEED OF GIFT FROM MIGUEL A. SOSA, ET UX, AND DULY RECORDED IN THE CLERK'S OFFICE AFORESAID AS INSTRUMENT NO. 030006154.

e.  The property commonly known as 329 Walnut Street, Hampton, Virginia

23669 (hereinafter "329 Walnut Street"), and more particularly described as:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND SITUATE, LYING AN BEING IN THE CITY OF HAMPTON, VIRGINIA, KNOWN AND DESIGNATED AS LOT NUMBERED TWENTY-THREE (23), IN BLOCK LETTERED M, AS SHOWN ON THAT CERTAIN PLAT ENTITLED, "SECTION 12-A51 REVISION AND ADDITION NO. 2 TO PINE GROVE COURT, CITY OF HAMPTON, VIRGINIA", MADE BY R.F. PYLE, CERTIFIED LAND SURVEYOR, NEWPORT NEWS, VIRGINIA, DATED DECEMBER 30, 1952, AMENDED JANUARY 23, 1953, AND DULY RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, IN PLAT BOOK 3, PAGE 113, TO WHICH REFERENCE IS HERE MADE.

TOGETHER WITH ALL AND SINGULAR THE BUILDINGS AND IMPROVEMENTS THEREON, THE TENEMENTS, HEREDITAMENTS AND APPURTENANCES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING.

SUBJECT, HOWEVER, TO ANY AND ALL RESTRICTIONS AND CONDITIONS, EASEMENTS AND RIGHTS OF WAY OF RECORD AFFECTING SAID PROPERTY.

IT BEING THE SAME PROPERTY CONVEYED UNTO MICHAEL A. SOSA AND MICHELLE I. SOSA, HUSBAND AND WIFE, BY DEED DATED JULY 20, 2000, FROM STEPHEN S. MASON AND KAREN S. MASON, HUSBAND AND WIFE, AND WAS DULY RECORDED IN THE AFORESAID CLERK'S OFFICE, IN DEED BOOK 1335, AT PAGE 1518.

f.  The property commonly known as 431 Walnut Street, Hampton, Virginia

23669 (hereinafter "431 Walnut Street"), and more particularly described as:

ALL THOSE CERTAIN PIECES OR PARCELS OF LAND SITUATE, LYING AND BEING IN THE BOROUGH OF CHESAPEAKE, CITY OF HAMPTON, VIRGINIA, FORMERLY CHESAPEAKE MAGISTERIAL DISTRICT, ELIZABETH CITY COUNTY, VIRGINIA, BEING KNOWN,

DESCRIBED AND DESIGNATED AS LOT NUMBERED THIRTEEN (13), IN BLOCK LETTERED B, AS SHOWN ON THAT CERTAIN PLAT ENTITLED "SECTION 12-C-20, PINE GROVE TERRACE, HAMPTON, VIRGINIA" MADE BY JOHN W. LAWSON, CERTIFIED LAND SURVEYOR, NEWPORT NEWS, VIRGINIA, DATED APRIL 29, 1953, RECORDED ON MAY 20, 1953, IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE CITY OF HAMPTON, VIRGINIA, IN PLAT BOOK 3, PAGE 188, TO WHICH REFERENCE IS HERE MADE.

TOGETHER WITH ALL AND SINGULAR THE BUILDINGS AND IMPROVEMENTS THEREON, THE RIGHTS AND PRIVILEGES, TENEMENTS, HEREDITAMENTS, EASEMENTS AND APPURTENANCES UNTO THE SAID LAND BELONGING OR IN ANYWISE APPERTAINING.

SUBJECT, HOWEVER, TO ALL EASEMENTS AND RESTRICTIONS OF RECORD AFFECTING SAID PROPERTY.

IT BEING THE SAME PROPERTY CONVEYED TO THE GRANTOR HEREIN BY QUIT CLAIM DEED DATED MAY 12, 2014, FROM SHARON V. HARE, A MARRIED PERSON, AND DULY RECORDED IN THE CLERK'S OFFICE AFORESAID AS INSTRUMENT NUMBER 140005416.

6.      That the Judgment Lien, an abstract of which is attached hereto and marked

"Exhibit A", is entered of record in the Clerk's Office for the Circuit Court of Hampton,

Virginia as follows:

Instrument Number:  180001321
Judgment Date:  March 26, 2018
Date/Time Recorded:  April 9, 2018
Amount:  $300,000
Interest:  Statutory 6.000% per annum from February 5, 2004 ($306,000)
Fees/Costs: $1,211.06
Total Judgment Lien Balance: $607,211.06

7.      That on February 10, 2022, Eliza Sosa, by counsel, filed a secured proof of

claim (Claim 5) in the present case in the amount of $607,211.06.

8.      The Debtor's bankruptcy schedules list an aggregate value of the Subject

Property of $828,000 as of the petition date, which is based on a series of appraisals

DeGuzman Law, PLLC
Christian D. DeGuzman (VSB No. 79336)
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
Phone: (757) 333-7336
Fax: (757) 333-7873

conducted on or about December 16, 2021 by Ms. Billie Jo Pelkey, 819 Cedar Point Circle, Elizbeth City, North Carolina 27909.  A copy of the aforementioned appraisals are attached hereto and marked "Exhibit B".

9.      Prior to the Judgment Lien, the Subject Properties were and are still encumbered by the following liens:

a.   Deed of Trust note held by Nationstar Mortgage, LLC ("Nationstar") secured by 353 Beauregard Heights, and for which Nationstar filed a proof of claim in the current bankruptcy case in the amount of $229,706.33;

b.   Deed of Trust note held by Select Portfolio Servicing, Inc. ("SPS") secured by 1269 North King Street, and for which SPS filed a proof of claim in the current bankruptcy case in the amount of $120,608.10;

c.   Deed of Trust note held by Fay Servicing, LLC secured by 400 Cedar Drive, and for which Fay Servicing, LLC filed a proof of claim in the current bankruptcy case in the amount of $57,427.88;

d.   Deed of Trust note held by Bank of America, N.A. secured by 112 Beverly Street, and for which Bank of America, N.A. filed a proof of claim in the current bankruptcy case in the amount of $57,145.35.

10.     The Debtor had $25,000.00 available under the homestead exemption as provided under Virginia Code §34-4.

**ARGUMENT**

11 USC §522(f)(1)(A) permits the Debtor to "avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is [...] a judicial lien[.]"

The following subsection of the Bankruptcy Code, 11 USC §522(f)(2), sets forth a

formula for determining (1) whether a judgment lien shall be considered to impair an

exemption, and (2) the extent to which the lien which impairs an exemption:

> (A) For purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of [...] (i) the lien; (ii) all other liens on the property; and (iii) the amount of the exemption that the debtor could claim if there were no liens on the property [...] exceeds the value that the debtor's interest in the property would have were there no liens on the property[.]"

In the case at bar, the Judgment Lien impairs the Debtor's claim to an exemption

under Virginia Code §34-4 because the sum of (1) the Judgment Lien ($607,211.06), (2) pre-

existing liens ($464,887.66) and (3) the Debtor's available homestead exemption ($25,000)

*exceeds* the aggregate value of the Debtor's interest in the Subject Properties by

$269,098.07.  Therefore, the Judgment Lien impairs the Debtor's available homestead

exemption in-part, and $269,098.07 of the lien is avoidable under 11 USC §522(f)(1)(A).

WHEREFORE, the Debtor prays for an Order granting his motion for a partial

avoidance, in the amount of $269,098.07, of the judicial lien in Eliza Sosa's favor, and for a

partial release of the effect of the Judgment Lien from the Subject Properties by a

commensurate amount, and for such additional or alternative relief the Court may be just

and proper.


Date: February 16, 2022                     Respectfully submitted,
                                            Miguel Angel Avila Sosa

                                    By:     /s/Christian D. DeGuzman_____
                                            Christian D. DeGuzman
                                            *Counsel for the Debtor*

DeGuzman Law, PLLC
Christian D. DeGuzman (VSB No. 79336)
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
Phone: (757) 333-7336
Fax: (757) 333-7873

**CERTIFICATE OF SERVICE**

I certify that I, on the 16th day of February, 2022, transmitted a true copy of the foregoing Motion electronically through the Court's CM/ECF system and/or by first-class mail to Heather Diane Bock on behalf of Creditor Wilmington Savings Fund Society, FSB, Dane Exnowski on behalf of Creditor Wilmington Savings Fund Society, FSB, Mary F. Balthasar Lake on behalf of Creditor Nationstar Mortgage LLC, Joshua Aaron Moger on behalf of Creditors BANK OF AMERICA, N.A. and Select Portfolio Servicing, Inc., Ernest Wayne Powell on behalf of Creditor Eliza Sosa, Phillip Raymond on behalf of Creditor Wilmington Savings Fund Society, FSB, Maria A. Tsagaris on behalf of Creditor Wilmington Savings Fund Society, FSB, the Chapter 13 trustee, the United States trustee, the Debtor, and to all creditors and parities in interest in the attached mailing matrix.

/s/ Christian D. DeGuzman
Christian D. DeGuzman

**Exhibit A**

# CIVIL JUDGMENT

16-1321

**CIVIL NO.: CL15-306**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| CRUZ ELISA MATILDE DE SOSA, AKA ELIZA SOSA | MICHELLE IRENE SOSA, ADMINISTRATRIX FOR THE ESTATE OF JUAN MANUEL SOSA AVILA AND MIGUEL SOSA AVILA |
| | SSN : |
| | DOB |
| Attorney: E. Wayne Powell, Esquire | Attorney: |

| Judgment Date: March 26, 2018 | Date Docketed | | Time Docketed: |
|---|---|---|---|
| Court in which rendered?  Circuit Court | | Hmstd? | |

**Amount of Judgment:**

Judgment awarded against defendant, Miguel Sosa Avila in the amount of

$300,000 with interest from 02/05/04 and costs expended on behalf of the plaintiff.

| | Costs |
|---|---|
| | |

| Payment or Discharge and By Whom | Date | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

| EXECUTIONS | | | | | |
|---|---|---|---|---|---|
| Date | Nature | To Whom It May Concern | Return Date | Nature of Return | Additional Costs |
| | | | | | |
| | | | | | |

FILED

APR -9 AM 10: 21

DANYL A. BATCHELOR, CLERK
CIRCUIT COURT CLERK'S OFFICE
CITY OF HAMPTON VA



**Exhibit B**

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

253 Beauregard Hts
Hampton, VA 23669
WILLOW OAKS 4 L31. BL

**FOR**

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

**OPINION OF VALUE**

245,000

**AS OF**

12/16/2021

**BY**

Billie Jo Pelkey
Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059
bjp@tga757.com

| Owner | Miguel A Sosa | | | | | File No. | WillowOaks |
|---|---|---|---|---|---|---|---|
| Property Address | 253 Beauregard Hts | | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | | |

## TABLE OF CONTENTS

| | |
|---|---|
| Cover Page | 1 |
| Letter of Transmittal | 2 |
| USPAP Identification | 3 |
| GP Residential | 4 |
| GP Residential Certifications Addendum | 7 |
| Supplemental Addendum | 9 |
| UAD Definitions Addendum | 11 |
| Market Conditions Addendum to the Appraisal Report | 14 |
| Analytics Addendum | 15 |
| Analytics Addendum | 16 |
| Building Sketch | 17 |
| Subject Photos | 18 |
| Subject Photos | 19 |
| Interior Photos | 20 |
| Interior Photos | 21 |
| Aerial Map | 22 |
| Plat Map | 23 |
| Comparable Photos 1-3 | 24 |
| Location Map | 25 |
| License | 26 |

Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059


12/21/2021

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669


Re: Property:      253 Beauregard Hts
                   Hampton, VA 23669
    Owner:         Miguel A. Sosa
    File No.:      WillowOaks


Opinion Of Value: $  245,000
Effective Date:      12/16/2021


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal
report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood
and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed
and the report was prepared in accordance with the uniform standards of professional appraisal practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and
limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of
additional service to you.


Sincerely,


Billie Jo Pelkey
Licensed Real Estate Appraiser
License or Certification #: 4001017061
State: VA       Expires: 02/28/2023
bjp@tqa757.com

| Owner | Miguel A Sosa | | | | File No. | WillowOaks |
|---|---|---|---|---|---|---|
| Property Address | 253 Beauregard Hts | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code 23669 |
| Client | Miguel & Michelle Sosa | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    less than three months.

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

**APPRAISER:**

Signature:
Name: Billie Jo Pelkey
Licensed Real Estate Appraiser
State Certification #:
or State License #: 4001017061
State: VA  Expiration Date of Certification or License: 02/28/2023
Date of Signature and Report: 12/21/2021
Effective Date of Appraisal: 12/16/2021
Inspection of Subject: ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable): 12/16/2021

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:
Name:
State Certification #:
or State License #:
State:  Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable):

Form ID20E - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# RESIDENTIAL APPRAISAL REPORT
File No.: WillowOaks

## SUBJECT

| | | |
|---|---|---|
| Property Address: 253 Beauregard Hts | City: Hampton | State: VA  Zip Code: 23669 |
| County: Hampton City | Legal Description: WILLOW OAKS 4 L31. BL | |

Assessor's Parcel #: 8003783

| | | | |
|---|---|---|---|
| Tax Year: 2022 | R.E. Taxes: $ 1,859.26 | Special Assessments: $ 0 | Borrower (if applicable): N/A |

Current Owner of Record: Miguel A Sosa    Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant    ☐ Manufactured Housing

Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe)    HOA: $ 0  ☐ per year  ☐ per month

Market Area Name: Willow Oaks    Map Reference: 47260    Census Tract: 0107.03

The purpose of this appraisal is to develop an opinion of:  ☐ Market Value (as defined), or  ☒ other type of value (describe) Asset Valuation

This report reflects the following value (if not Current, see comments):  ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Approaches developed for this appraisal:  ☒ Sales Comparison Approach  ☒ Cost Approach  ☐ Income Approach    (See Reconciliation Comments and Scope of Work)

Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: The intended use of the appraisal is for establishing the asset value.

## ASSIGNMENT

Intended User(s) (by name or type): The client listed below and any others that may be identified by the client that could have a need to the appraisal

Client: Miguel & Michelle Sosa    Address: 253 Beauregard Hts, Hampton, VA 23669

Appraiser: Billie Jo Pelkey    Address: 819 Cedar Point Circle, Elizabeth City, NC 27909

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 60 | | | 2-4 Unit | 0 % | ☐ Likely  ☐ In Process * |
| Property values: | ☒ Increasing | ☐ Stable | ☐ Declining | ☐ Tenant 5 | Low 105 | Low 0 | Multi-Unit | 10 % | * To: |
| Demand/supply: | ☒ Shortage | ☐ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | High 860 | High 74 | Commercial | 20 % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | Pred 263 | Pred 52 | Vacant | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Subject is generally bounded by Back River North, Beach Road East, Fox Hill Road South, and Southwest Branch Back River West. The subject is an established subdivision containing single family dwellings of average construction quality and appeal. Proximity to public amenities is average. Employment stability and market appeal are considered average. The "Other" category in present land use represents vacant land. After reviewing the sales and listing data, marketing times are typically under three months, with a sales-to-list price ratio of 100%. Sales data indicates an increase of 12.6% in the last twelve month period. This is typical and common and does not have a negative affect on the value or marketability.

## SITE DESCRIPTION

| | | |
|---|---|---|
| Dimensions: Lot and Block | | Site Area: 0.25 |
| Zoning Classification: R11 | Description: Residential | |

Zoning Compliance:  ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning

Are CC&Rs applicable?  ☐ Yes  ☒ No  ☐ Unknown  Have the documents been reviewed?  ☐ Yes  ☐ No  Ground Rent (if applicable)  $  /

Highest & Best Use as improved:  ☒ Present use, or  ☐ Other use (explain)

Actual Use as of Effective Date: Single Family    Use as appraised in this report: Singly Family

Summary of Highest & Best Use: See addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Macadam | ☒ | ☐ | Size | 11,235 sf |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | | Sidewalk | | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | | |

Other site elements:  ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone X500  FEMA Map # 5155270012H  FEMA Map Date 5/16/2016

Site Comments: There were no unusual easements, encroachments, noted as the date of inspection. No environmental conditions were noted, however this appraiser is not an expert in this field.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | FWA |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | Brick/Average | Slab | | Area Sq. Ft. | 0 | Type | Hvac |
| # of Stories | 2 | Exterior Walls | Brk/Alumin/Avg | Crawl Space | Brick | % Finished | 0 | Fuel | Gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | Asphalt/Average | Basement | | Ceiling | | | |
| Design (Style) | Colonial | Gutters & Dwnspts. | Aluminum | Sump Pump | | Walls | | Cooling | None |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Thermal/Avg | Dampness | | Floor | | Central | |
| Actual Age (Yrs.) | 52 | Storm/Screens | Yes/Average | Settlement | Average | Outside Entry | | Other | |
| Effective Age (Yrs.) | 20 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Hdwd/V/Laminate/Avg | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # 1 | | Garage | # of cars (4 Tot.) |
| Walls | Plaster/Average | Range/Oven | ☒ | Drop Stair | ☐ | Patio None | Woodstove(s) # 0 | Attach. | 2 |
| Trim/Finish | Wood/Average | Disposal | ☐ | Scuttle | ☒ | Deck Wood | | Detach. | 0 |
| Bath Floor | Tile/Average | Dishwasher | ☒ | Doorway | ☒ | Porch Open/Enclosed | | Blt-In | 0 |
| Bath Wainscot | Fiberglass/Average | Fan/Hood | ☒ | Floor | ☐ | Fence Vinyl | | Carport | 0 |
| Doors | Wood/Average | Microwave | ☐ | Heated | ☐ | Pool None | | Driveway | 2 |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface | Concrete |

Finished area above grade contains:  10 Rooms  5 Bedrooms  2.1 Bath(s)  2,513 Square Feet of Gross Living Area Above Grade

Additional features: Privacy fence, deck, open porch, enclosed porch, fireplace, and appliances.

Describe the condition of the property (including physical, functional and external obsolescence): C4;No external inadequacies were noted. Subject has curable functional and physical obsolescence with the cooling system, porch foundation is cracked, unfinished wall in a bedroom, and wear and tear around the windows. Hvac is not working properly at the time of inspection and per client needs to be replaced which all can impact the marketability of the subject which is taken into account with the subject value.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: WillowOaks

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

**TRANSFER HISTORY**

Data Source(s): City Records/REIN MLS

**1st Prior Subject Sale/Transfer**

Analysis of sale/transfer history and/or any current agreement of sale/listing: There has been no prior sales of the subject property within the last three years of the date of inspection. There has been no reported sales of the comparables within one year prior to the sales used in this report.

Date:
Price:
Source(s):

**2nd Prior Subject Sale/Transfer**

Date:
Price:
Source(s):

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 253 Beauregard Hts Hampton, VA 23669 | 705 Greenville Ct Hampton, VA 23669 | | 314 Falmouth Turning Hampton, VA 23669 | | 404 Fort Worth St Hampton, VA 23669 | |
| Proximity to Subject | | 0.57 miles SE | | 0.25 miles NW | | 0.49 miles E | |
| Sale Price | $ | | 195,000 | | 275,000 | | 239,000 |
| Sale Price/GLA | $ /sq.ft. | 97.40 /sq.ft. | | 103.46 /sq.ft. | | 141.34 /sq.ft. | |
| Data Source(s) | Public Records | REIN MLS #103 | | REIN MLS #103 | | REIN MLS #103 | |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Arms Length FHA;0 | | Arms Length Cash;0 | | Arms Length FHA;0 | |
| Date of Sale/Time | | 07/07/2021 | | 08/30/2021 | | 08/27/2021 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | N;Res; | N;Res; | +5,000 | N;Res; | 0 | Adv;Res;Bsy Rd | +10,000 |
| Site | 0.25 | 0.16 | 0 | 0.28 | 0 | .20 | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Colonial | Garrison | 0 | Colonial | | Garrison | 0 |
| Quality of Construction | Q4 | Q4 | +20,000 | Q4 | | Q4 | |
| Age | 52 | 60 | 0 | 58 | 0 | 58 | 0 |
| Condition | C4 | C4 | | C4 | -25,000 | C4 | -20,000 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 10 / 5 / 2.1 | 10 / 4 / 2.0 | +2,000 | 9 / 5 / 2.1 | 0 | 8 / 4 / 2.0 | +2,000 |
| Gross Living Area | 2,513 sq.ft. | 2,002 sq.ft. | +12,800 | 2,658 sq.ft. | -3,600 | 1,691 sq.ft. | +20,600 |
| Basement & Finished | Crawl | Slab | 0 | Crawl | | Slab | 0 |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | City/City | City/City | | City/City | | City/City | |
| Heating/Cooling | FWA/None | FWA/CAC | -1,500 | FWA/CAC | -1,500 | FWA/CAC | -1,500 |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | Insulated | |
| Garage/Carport | Attached 2 Car | Attached 1 Car | +4,000 | Attached 2 Car | | Attached 2 Car | |
| Porch/Patio/Deck | OP/EP/Deck | Patio | +5,000 | OP/EP | +1,000 | None Noted | +6,000 |
| Fireplace | 1 | 0 | +1,000 | 1 | | 1 | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 48,300 | ☐ + ☒ - $ | -29,100 | ☒ + ☐ - $ | 17,100 |
| Adjusted Sale Price of Comparables | | $ | 243,300 | $ | 245,900 | $ | 256,100 |

Summary of Sales Comparison Approach The comparables selected are three closed sales in the subject market. Comparables 2, and 3 have a condition adjustment due to upgrades in kitchens, baths, etc. The condition adjustments are based on comments and photos provided by the agents involved, inspections performed, and data located in company files. Other adjustments reflect typical physical differences. All differences between the subject property and the comparables that were not adjusted for were considered nominal or similar, no adjustment was warranted in this appraisers opinion. All comparable sales were considered and weighted equally.

Indicated Value by Sales Comparison Approach $ 245,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: WillowOaks

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**   ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): __Site value estimate is based on a review of__
recent land sales, tax records, and listings in the subject market area.

| ESTIMATED | ☐ REPRODUCTION OR | ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 60,000 |
|---|---|---|---|---|---|---|
| Source of cost data: | Marshall And Swift/Local Builders | | DWELLING | 2,513 Sq.Ft. @ $  85.00 | =$ | 213,605 |
| Quality rating from cost service: | Average | Effective date of cost data: 12/16/2021 | | 0 Sq.Ft. @ $ | =$ | |

Comments on Cost Approach (gross living area calculations, depreciation, etc.):

| | | Sq.Ft. @ $ | =$ | |
|---|---|---|---|---|

The Marshall and Swift Residential Cost Handbook and local builders
were utilized to help determine the replacement cost news. The
modified Age-Life Method was used to estimate depreciation. The land
to value ratio exceeds 30% which is typical of homes in this area. This
has no adverse affect on value or marketability.

| | Sq.Ft. @ $ | =$ | |
|---|---|---|---|
| | Sq.Ft. @ $ | =$ | |
| Appl, fp, etc. | | =$ | 28,400 |
| Garage/Carport | 533 Sq.Ft. @ $  25.00 | =$ | 13,325 |
| Total Estimate of Cost-New | | =$ | 255,330 |
| Less | Physical | Functional | External | | |
| Depreciation | 85,101 | | | =$( | 85,101 ) |
| Depreciated Cost of Improvements | | | | =$ | 170,229 |
| "As-is" Value of Site Improvements | | | | =$ | 15,000 |
| | | | | =$ | |
| Estimated Remaining Economic Life (if required): 40 Years | | | | =$ | |
| INDICATED VALUE BY COST APPROACH | | | | =$ | 245,229 |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   **Indicated Value by Income Approach** _____

Summary of Income Approach (including support for market rent and GRM):   No income statement was performed due to the lack of rental data.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project: _____

Describe common elements and recreational facilities: _____

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $ | 245,000 | Cost Approach (if developed) $ | 245,229 | Income Approach (if developed) $ | |

Final Reconciliation   Both the cost and sales comparison approaches were considered in the estimated value with most emphasis being placed
on the sales comparison analysis. The cost approach is limited due to the estimated depreciation. The income approach is less reliable due
to the limited amount of rental data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:   This report meets the requirements of an appraisal report. The complete appraisal consist of information contained in this report and data located in company files.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **245,000** , as of: **12/16/2021** , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains **26** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
| ☒ Map Addenda | ☐ Additional Sales | ☒ Cost Addendum | ☒ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☒ 1004MC | | |

Client Contact: 757-386-0072     Client Name: Miguel & Michelle Sosa

E-Mail: sosa7@cox.net     Address: 253 Beauregard Hts, Hampton, VA 23669

## SIGNATURES

**APPRAISER**

Appraiser Name: Billie Jo Pelkey

Company: Billie Jo Pelkey

Phone: (757) 708-6059     Fax:

E-Mail: bjp@tga757.com

Date of Report (Signature): 12/21/2021

License or Certification #: 4001017061     State: VA

Designation: Licensed Real Estate Appraiser

Expiration Date of License or Certification: 02/28/2023

Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection: 12/16/2021

**SUPERVISORY APPRAISER (if required)**
or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:

Company:

Phone:     Fax:

E-Mail:

Date of Report (Signature):

License or Certification #:     State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection:

# Assumptions, Limiting Conditions & Scope of Work

| Property Address: | 253 Beauregard Hts | City: | Hampton | | State: | VA | Zip Code: | 23669 | File No.: | WillowOaks |
|---|---|---|---|---|---|---|---|---|---|---|
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | | | | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | | | | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

## Additional Comments:

**Clarification of Intended Use and Intended Users**

The intended user of this appraisal report is the client. The intended use is to evaluate the property that is the subject of this appraisal report for establishing asset value, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report  form, and definition of market value. No additional intended users are identified by the appraiser. Simply because a third party may    receive a copy of the appraisal report, does not mean that the third party is an intended user as that term is defined in this GP form.

**Inspection Comments**

The appraiser is not a home or environmental inspector. If a home or environmental inspection is utilized at the request of any of the parties to the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known to the appraiser, may impact the opinion of market value.

**Highest & Best Use:**

Defined: the reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

The highest and best use of the subject property "as vacant" and "as improved", considering its residential zoning and neighborhood character, is that of the subject's present use as a single family residential dwelling.

The Replacement Cost used in the cost approach are used for valuation purposes only. No-one, client or third party should rely on these figures for insurance purposes.

Please see additional addendum.

Certifications

| Property Address: | 253 Beauregard Hts | | City: | Hampton | State: | VA | Zip Code: | 23669 |
| | | | | | | File No.: | WillowOaks | |
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: 757-386-0072 | Client Name: Miguel & Michelle Sosa |
| E-Mail: sosa7@cox.net | Address: 253 Beauregard Hts, Hampton, VA 23669 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Billie Jo Pelkey* | |
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: | Company: |
| Phone: (757) 708-6059    Fax: | Phone:    Fax: |
| E-Mail: bjp@tqa757.com | E-Mail: |
| Date Report Signed: 12/21/2021 | Date Report Signed: |
| License or Certification #: 4001017061    State: VA | License or Certification #:    State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

112 Beverly St
Hampton, VA 23669
PINE GROVE COURT 1 L7. BB

**FOR**

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

**OPINION OF VALUE**

124,000

**AS OF**

12/16/2021

**BY**

Billie Jo Pelkey
Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059
bjp@tga757.com

| Owner | Miguel A Sosa | | | | | File No. | PineGroveCt3 |
|---|---|---|---|---|---|---|---|
| Property Address | 112 Beverly St | | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | | |

## TABLE OF CONTENTS

| | |
|---|---|
| Cover Page | 1 |
| Letter of Transmittal | 2 |
| USPAP Identification | 3 |
| GP Residential | 4 |
| GP Residential Certifications Addendum | 7 |
| Supplemental Addendum | 9 |
| UAD Definitions Addendum | 11 |
| Market Conditions Addendum to the Appraisal Report | 14 |
| Analytics Addendum | 15 |
| Analytics Addendum | 16 |
| Building Sketch | 17 |
| Subject Photos | 18 |
| Subject Photos | 19 |
| Interior Photos | 20 |
| Plat Map | 21 |
| Aerial Map | 22 |
| Comparable Photos 1-3 | 23 |
| Location Map | 24 |
| License | 25 |

Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059

12/21/2021

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

Re: Property:     112 Beverly St
                  Hampton, VA 23669
    Owner:        Miguel A. Sosa
    File No.:     PineGroveCt3

Opinion Of Value: $  124,000
Effective Date:      12/16/2021

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the uniform standards of professional appraisal practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Billie Jo Pelkey
Licensed Real Estate Appraiser
License or Certification #: 4001017061
State: VA      Expires: 02/28/2023
bjp@tga757.com

| Owner | Miguel A Sosa | | | | File No. PineGroveCt3 |
| Property Address | 112 Beverly St | | | | |
| City | Hampton | County | Hampton | State VA | Zip Code 23669 |
| Client | Miguel & Michelle Sosa | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    less than three months.

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
| --- | --- |
| Signature: *Billie Jo Pelkey* | Signature: |
| Name: Billie Jo Pelkey | Name: |
| Licensed Real Estate Appraiser | |
| State Certification #: | State Certification #: |
| or State License #: 4001017061 | or State License #: |
| State: VA    Expiration Date of Certification or License: 02/28/2023 | State:    Expiration Date of Certification or License: |
| Date of Signature and Report: 12/21/2021 | Date of Signature: |
| Effective Date of Appraisal: 12/16/2021 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): 12/16/2021 | Date of Inspection (if applicable): |

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGroveCt3

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address: 112 Beverly St | City: Hampton | State: VA | Zip Code: 23669 |

County: Hampton    Legal Description: PINE GROVE COURT 1 L7. BB

Assessor's Parcel #: 8002937

Tax Year: 2022   R.E. Taxes: $ 1,861.00   Special Assessments: $ 0   Borrower (if applicable): N/A

Current Owner of Record: Miguel A Sosa    Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ 0 ☐ per year ☐ per month

Market Area Name: Pine Grove Court    Map Reference: 47260    Census Tract: 0107.02

The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or ☒ other type of value (describe) Asset Valuation

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☒ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The intended use of the appraisal is for establishing the asset value.

## ASSIGNMENT

Intended User(s) (by name or type): The client listed below and any others that may be identified by the client that could have a need to the appraisal

Client: Miguel & Michelle Sosa    Address: 253 Beauregard Hts, Hampton, VA 23669

Appraiser: Billie Jo Pelkey    Address: 819 Cedar Point Circle, Elizabeth City, NC 27909

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 60 | | | 2-4 Unit | 0 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant 5 | Low 85 | 0 | Multi-Unit | 10 % | * To: |
| Demand/supply: | ☒ Shortage | ☐ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | High 860 | 180 | Commercial | 20 % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | Pred 230 | 56 | Vacant | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Subject is generally bounded by Southwest Branch Back River North, Fox Hill Road East, E. Mercury Blvd South, and Southwest Branch Back River West. The subject is an established subdivision containing single family dwellings of average construction quality and appeal. Proximity to public amenities is average. Employment stability and market appeal are considered average. The "Other" category in present land use represents vacant land. After reviewing the sales and listing data, marketing times are typically under three months, with a sales-to-list price ratio of 100%. Sales data indicates an increase of 10.7% in the last twelve month period. This is typical and common and does not have a negative affect on the value or marketability.

## SITE DESCRIPTION

Dimensions: Lot and Block    Site Area: 0.22

Zoning Classification: R9    Description: Residential

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☐ No   Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family    Use as appraised in this report: Singly Family

Summary of Highest & Best Use: See addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Macadam | ☒ | ☐ | Size | 9,749 sf |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☒ | ☐ | Shape | Rectangle |
| Water | ☒ | ☐ | | Sidewalk | | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 5155270019H   FEMA Map Date 5/16/2016

Site Comments: There were no unusual easements, encroachments, noted as the date of inspection. No environmental conditions were noted, however this appraiser is not an expert in this field.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | FWA |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | Concrete | Area Sq. Ft. | 0 | Type | Heat Pump |
| # of Stories | 1 | Exterior Walls | Vinyl/Average | Crawl Space | | % Finished | | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Archt/Average | Basement | | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | Aluminum/Avg | Sump Pump | | Walls | | Cooling | Yes |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Thermal/Avg | Dampness | | Central | Yes |
| Actual Age (Yrs.) | 69 | Storm/Screens | Yes/Average | Settlement | Average | Outside Entry | | Other | Yes |
| Effective Age (Yrs.) | 15 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile/Average | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # 0 | | Garage | # of cars ( 4 Tot.) |
| Walls | Dw/Average | Range/Oven | ☒ | Drop Stair | ☒ | Patio | None | Woodstove(s) # 0 | Attach. | 0 |
| Trim/Finish | Wood/Average | Disposal | ☐ | Scuttle | ☒ | Deck | Wood | | Detach. | 2 |
| Bath Floor | Vinyl/Average | Dishwasher | ☐ | Doorway | ☒ | Porch | None | | Blt.-In | 0 |
| Bath Wainscot | Fiberglass/Avg | Fan/Hood | ☐ | Floor | ☒ | Fence | Wood/Chain | | Carport | 0 |
| Doors | Wood/Average | Microwave | ☐ | Heated | ☐ | Pool | None | | Driveway | 2 |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | | Surface | Concrete |

Finished area above grade contains: 5 Rooms 3 Bedrooms 1 Bath(s) 1,460 Square Feet of Gross Living Area Above Grade

Additional features: Privacy fence, deck, and appliances.

Describe the condition of the property (including physical, functional and external obsolescence): C4;No physical, functional, or external inadequacies were noted.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGroveCt3

| | |
|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data Source(s): City Records/REIN MLS | |

**TRANSFER HISTORY**

**1st Prior Subject Sale/Transfer**

| | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: | There has been no other prior sales of |
| Price: | the subject property within the last three years of the date of inspection. There has been no reported |
| Source(s): | sales of the comparables within one year prior to the sales used in this report. |

**2nd Prior Subject Sale/Transfer**

| | |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 112 Beverly St Hampton, VA 23669 | 109 Beverly St Hampton, VA 23669 | | 14 Westover St Hampton, VA 23669 | | 330 Shawen Dr Hampton, VA 23669 | |
| Proximity to Subject | | 0.05 miles N | | 0.50 miles SW | | 0.43 miles SE | |
| Sale Price | $ | | $ 142,000 | | $ 120,000 | | $ 105,000 |
| Sale Price/GLA | $ /sq.ft. | $ 145.79 /sq.ft. | | $ 72.95 /sq.ft. | | $ 136.72 /sq.ft. | |
| Data Source(s) | Public Records | REIN MLS #10391884, DOM 31 | | REIN MLS #10385331, DOM 36 | | REIN MLS #10389180, DOM 2 | |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Arms Length FHA;0 | | Arms Length Conventional;0 | | Arms Length Conventional;0 | |
| Date of Sale/Time | | 09/16/2021 | | 09/23/2021 | | 08/03/2021 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | N;Res | N;Res | | N;Res | | N;Res | |
| Site | 0.22 | 0.22 | | 0.17 | 0 | 0.35 | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Cape | 0 | Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 69 | 69 | | 73 | 0 | 68 | 0 |
| Condition | C4 | C3 | -35,000 | C4 | | C4 | |
| Above Grade | Total 5 Bdrms 3 Baths 1 | Total 5 Bdrms 3 Baths 1 | | Total 5 Bdrms 3 Baths 1 | | Total 6 Bdrms 2 Baths 1 | +3,000 |
| Room Count | 5  3  1 | 5  3  1 | | 5  3  1 | | 6  2  1 | 0 |
| Gross Living Area | 1,460 sq.ft. | 974 sq.ft. | +9,700 | 1,645 sq.ft. | -3,700 | 768 sq.ft. | +13,800 |
| Basement & Finished | Slab | Slab | | Slab | | Slab | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | City/City | City/City | | City/City | | City/City | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/None | +1,500 |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | Insulated | |
| Garage/Carport | Detached 2 Car | 1C dw | +8,000 | 1C dw | +8,000 | Detached 2 Car | |
| Porch/Patio/Deck | Deck | None | +1,000 | OP/Deck | -2,000 | None | +1,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -16,300 | ☒ + ☐ - | $ 2,300 | ☒ + ☐ - | $ 19,300 |
| Adjusted Sale Price of Comparables | | $ 125,700 | | $ 122,300 | | $ 124,300 | |

Summary of Sales Comparison Approach  The comparables selected are three closed sales in the subject market. Comparable 1 has a condition
adjustment due to upgrades in kitchens, baths, etc. The condition adjustments are based on comments and photos provided by the agents involved,
inspections performed, and data located in company files. Other adjustments reflect typical physical differences. All differences between the subject
property and the comparables that were not adjusted for were considered nominal or similar, no adjustment was warranted in this appraisers opinion.
All comparable sales were considered and weighted equally.

**SALES COMPARISON APPROACH**

| | |
|---|---|
| Indicated Value by Sales Comparison Approach $ | 124,000 |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

## COST APPROACH TO VALUE (if developed)

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): Site value estimate is based on a review of recent land sales, tax records, and listings in the subject market area.

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 51,000 |
| Source of cost data: Marshall And Swift/Local Builders | DWELLING 1,460 Sq.Ft. @ $ 70.00 | =$ | 102,200 |
| Quality rating from cost service: Average Effective date of cost data: 12/16/2021 | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ | |
| The Marshall & Swift Residential Cost Handbook and local builders | Sq.Ft. @ $ | =$ | |
| were utilized to help determine the replacement cost news. The | Sq.Ft. @ $ | =$ | |
| modified Age-Life Method was used to estimate depreciation. The land | Garage/Carport 528 Sq.Ft. @ $ 20.00 | =$ | 10,560 |
| to value ratio exceeds 30% which is typical of homes in this area. This | Total Estimate of Cost-New | =$ | 112,760 |
| has no adverse affect on value or marketability. | Less Physical Functional External | | |
| | Depreciation 33,828 | =$ | 33,828 |
| | Depreciated Cost of Improvements | =$ | 78,932 |
| | "As-is" Value of Site Improvements | =$ | 12,000 |
| | | =$ | |
| | | =$ | |
| Estimated Remaining Economic Life (if required): 35 Years | INDICATED VALUE BY COST APPROACH | =$ | 141,932 |

## INCOME APPROACH TO VALUE (if developed) ☐ The Income Approach was not developed for this appraisal.

| | | |
|---|---|---|
| Estimated Monthly Market Rent 1,050 X Gross Rent Multiplier 119 = $ 124,950 | | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM): The gross rent multiplier was obtained from the rental data contained in company files, MLS, and the sales data.

## PROJECT INFORMATION FOR PUDs (if applicable) ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 124,000 Cost Approach (if developed) $ 141,932 Income Approach (if developed) $ 124,950

Final Reconciliation All three approaches were considered in the estimated value with most emphasis being placed on the sales comparison analysis. The cost approach is limited due to the estimated depreciation.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: This report meets the requirements of an appraisal report. The complete appraisal consist of information contained in this report and data located in company files.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 124,000 , as of 12/16/2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 25 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work ☒ Limiting Cond./Certifications ☐ Narrative Addendum ☒ Photograph Addenda ☒ Sketch Addendum
☒ Map Addenda ☐ Additional Sales ☒ Cost Addendum ☒ Flood Addendum ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☐ Extraordinary Assumptions ☒ 1004MC ☐

Client Contact: 757-386-0072 Client Name: Miguel & Michelle Sosa
E-Mail: sosa7@cox.net Address: 253 Beauregard Hts, Hampton, VA 23669

## SIGNATURES

APPRAISER

SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Appraiser Name: Billie Jo Pelkey
Company: Billie Jo Pelkey
Phone: (757) 708-6059 Fax:
E-Mail: bjp@tqa757.com
Date of Report (Signature): 12/21/2021
License or Certification #: 4001017061 State: VA
Designation: Licensed Real Estate Appraiser
Expiration Date of License or Certification: 02/28/2023
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 12/16/2021

Supervisory or Co-Appraiser Name:
Company:
Phone: Fax:
E-Mail:
Date of Report (Signature):
License or Certification #: State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Assumptions, Limiting Conditions & Scope of Work

PineGroveCt3

| Property Address: | 112 Beverly St | City: | Hampton | State: | VA | Zip Code: | 23669 |
|---|---|---|---|---|---|---|---|
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | | |

File No.:

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments:**

**Clarification of Intended Use and Intended Users**

The intended user of this appraisal report is the client. The intended use is to evaluate the property that is the subject of this appraisal report for establishing asset value, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report     form, and definition of market value. No additional intended users are identified by the appraiser. Simply because a third party may     receive a copy of the appraisal report, does not mean that the third party is an intended user as that term is defined in this GP form.

**Inspection Comments**

The appraiser is not a home or environmental inspector. If a home or environmental inspection is utilized at the request of any of the parties to the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known to the appraiser, may impact the opinion of market value.

**Highest & Best Use:**

Defined: the reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

The highest and best use of the subject property "as vacant" and "as improved", considering its residential zoning and neighborhood character, is that of the subject's present use as a single family residential dwelling.

The Replacement Cost used in the cost approach are used for valuation purposes only. No-one, client or third party should rely on these figures for insurance purposes.

Please see additional addendum.

## Certifications

| | | | | | File No.: PineGroveCt3 |
|---|---|---|---|---|---|
| Property Address: | 112 Beverly St | | City: Hampton | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: 757-386-0072 | Client Name: Miguel & Michelle Sosa |
|---|---|
| E-Mail: sosa7@cox.net | Address: 253 Beauregard Hts, Hampton, VA 23669 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Billie Jo Pelkey* | |
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: | Company: |
| Phone: (757) 708-6059   Fax: | Phone:   Fax: |
| E-Mail: bjp@tqa757.com | E-Mail: |
| Date Report Signed: 12/21/2021 | Date Report Signed: |
| License or Certification #: 4001017061   State: VA | License or Certification #:   State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

1269 N King St
Hampton, VA 23669
MIDLAND L22.PT21.23.BA. PCA.

**FOR**

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

**OPINION OF VALUE**

118,000

**AS OF**

12/16/2021

**BY**

Billie Jo Pelkey
Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059
bjp@tga757.com

| Owner | Miguel A Sosa | | | | | File No. | Midland | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 1269 N King St | | | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 | |
| Client | Miguel & Michelle Sosa | | | | | | | |

**TABLE OF CONTENTS**

Cover Page ....................................................................................................................... 1
Letter of Transmittal .......................................................................................................... 2
USPAP Identification .......................................................................................................... 3
GP Residential .................................................................................................................... 4
GP Residential Certifications Addendum ........................................................................... 7
Supplemental Addendum .................................................................................................... 9
UAD Definitions Addendum ............................................................................................... 11
Market Conditions Addendum to the Appraisal Report ..................................................... 14
Analytics Addendum ........................................................................................................... 15
Analytics Addendum ........................................................................................................... 16
Building Sketch ................................................................................................................... 17
Subject Photos .................................................................................................................... 18
Subject Photos .................................................................................................................... 19
Interior Photos ..................................................................................................................... 20
Plat Map .............................................................................................................................. 21
Aerial Map ........................................................................................................................... 22
Comparable Photos 1-3 ...................................................................................................... 23
Location Map ....................................................................................................................... 24
License ................................................................................................................................ 25

Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059

12/21/2021

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

Re:  Property:        1269 N King St
                      Hampton, VA 23669
     Owner:           Miguel A. Sosa
     File No.:        Midland

Opinion Of Value: $  118,000
Effective Date:      12/16/2021

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the uniform standards of professional appraisal practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Billie Jo Pelkey
Licensed Real Estate Appraiser
License or Certification #: 4001017061
State: VA      Expires: 02/28/2023
bjp@tga757.com

| Owner | Miguel A Sosa | | | | File No. | Midland |
| Property Address | 1269 N King St | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time

(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: __less than three months.__

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

APPRAISER:

SUPERVISORY or CO-APPRAISER (if applicable):

Signature: *Billie Jo Pelkey*
Name: Billie Jo Pelkey
Licensed Real Estate Appraiser
State Certification #:
or State License #: 4001017061
State: VA  Expiration Date of Certification or License: 02/28/2023
Date of Signature and Report: 12/21/2021
Effective Date of Appraisal: 12/16/2021
Inspection of Subject: ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable): 12/16/2021

Signature:
Name:
State Certification #:
or State License #:
State:  Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable):

# RESIDENTIAL APPRAISAL REPORT

File No. Midland

## SUBJECT

| | | | | |
|---|---|---|---|---|
| Property Address: 1269 N King St | | City: Hampton | State: VA | Zip Code: 23669 |

County: Hampton City   Legal Description: MIDLAND L22.PT21.23.BA. PCA.

Assessor's Parcel #: 8005688

Tax Year: 2022   R.E. Taxes: $ 1,761.80   Special Assessments: $ 0   Borrower (if applicable): N/A

Current Owner of Record: Miguel A Sosa   Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)   HOA: $ 0 ☐ per year ☐ per month

Market Area Name: Midland   Map Reference: 47260   Census Tract: 0107.01

The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or ☒ other type of value (describe) Asset Valuation

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☒ Income Approach   (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The intended use of the appraisal is for establishing the asset value.

Intended User(s) (by name or type): The client listed below and any others that may be identified by the client that could have a need to the appraisal

Client: Miguel & Michelle Sosa   Address: 253 Beauregard Hts, Hampton, VA 23669

Appraiser: Billie Jo Pelkey   Address: 819 Cedar Point Circle, Elizabeth City, NC 27909

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | PRICE $(000) | AGE (yrs) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | | | One-Unit | 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 60 | | | 2-4 Unit | 0 % | ☐ In Process * |
| Property values: | ☒ Increasing | ☐ Stable | ☐ Declining | ☒ Tenant 5 | 60 Low 0 | | Multi-Unit | 10 % | * To: |
| Demand/supply: | ☒ Shortage | ☐ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | 660 High 180 | | Commercial | 20 % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | 209 Pred 50 | | Vacant | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Subject is generally bounded by Little Back River Road North, Woodland Road East, E. Mercury Blvd South, and N. King Street West. The subject is in an established subdivision containing single family dwellings of average construction quality and appeal. Proximity to public amenities is average. Employment stability and market appeal are considered average. The "Other" category in present land use represents vacant land. After reviewing the sales and listing data, marketing times are typically under three months, with a sales-to-list price ratio of 100%. Sales data indicates an increase of 10.3% in the last twelve month period. This is typical and common and does not have a negative affect on the value or marketability.

## SITE DESCRIPTION

| | | | | |
|---|---|---|---|---|
| Dimensions: Lot and Block | | | Site Area: 0.31 | |
| Zoning Classification: C1 | | | Description: Mix | |

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☐ No   Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family   Use as appraised in this report: Singly Family

Summary of Highest & Best Use: See addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Macadam | ☒ | ☐ | Size | 13,652 sf |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☒ | ☐ | Shape | Rectangle |
| Water | ☒ | ☐ | | Sidewalk | | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☒ | ☐ | View | Residential/Bsy Road |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X500   FEMA Map # 5155270018H   FEMA Map Date 5/16/2016

Site Comments: There were no unusual easements, encroachments, noted as the date of inspection. Subject is located on a busy road which will reflect the market approach to value. No environmental conditions were noted, however this appraiser is not an expert in this field.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | Exterior Description | | Foundation | | Basement | | Heating | None |
|---|---|---|---|---|---|---|---|---|
| # of Units 1 ☐ Acc.Unit | Foundation | CCBL/Average | Slab | | Area Sq. Ft. ☒ None | | Type | |
| # of Stories 1 | Exterior Walls | Stucco/Average | Crawl Space | CCBL | % Finished 0 | | Fuel | |
| Type ☒ Det. ☐ Att. | Roof Surface | Archt/Good | Basement | | Ceiling | | | |
| Design (Style) Cottage | Gutters & Dwnspts. | Aluminum/Avg | Sump Pump | | Walls | | Cooling | None |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Window Type | Thermal/Avg | Dampness | | Floor | | Central | |
| Actual Age (Yrs.) 73 | Storm/Screens | Yes/Average | Settlement | Average | Outside Entry | | Other | |
| Effective Age (Yrs.) 20 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☐ None | Amenities | | | Car Storage ☐ None |
|---|---|---|---|---|---|---|---|---|
| Floors | Hdwd/Average | Refrigerator ☒ | Stairs ☒ | Fireplace(s) # 0 | Woodstove(s) # 0 | | Garage # of cars ( 3 Tot.) |
| Walls | Plaster/Average | Range/Oven ☒ | Drop Stair ☒ | Patio None | | | Attach. 0 |
| Trim/Finish | Wood/Average | Disposal | Scuttle ☒ | Deck None | | | Detach. 1 |
| Bath Floor | Tile/Average | Dishwasher | Doorway | Porch Enclosed | | | Bit-In 0 |
| Bath Wainscot | Tile/Average | Fan/Hood | Floor | Fence None | | | Carport 0 |
| Doors | Wood/Average | Microwave | Heated | Pool None | | | Driveway 2 |
| | | Washer/Dryer | Finished | | | | Surface Gravel/Asphalt |

Finished area above grade contains: 5 Rooms 3 Bedrooms 1.0 Bath(s) 1,291 Square Feet of Gross Living Area Above Grade

Additional features: Enclosed porch, and appliances.

Describe the condition of the property (including physical, functional and external obsolescence): C5;No physical, or external inadequacies were noted. Subject has curable functional obsolescence with the heating system. Heating was none working condition at the time of inspection and per client needs to be replaced can impact the marketability of the subject which is taken into account with the subject value.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: Midland

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): City Records/REIN MLS

| TRANSFER HISTORY | | |
|---|---|---|
| **1st Prior Subject Sale/Transfer** | | Analysis of sale/transfer history and/or any current agreement of sale/listing: There has been no prior sales of the subject property within the last three years of the date of inspection. There has been no reported sales of the comparables within one year prior to the sales used in this report. |
| Date: | | |
| Price: | | |
| Source(s): | | |
| **2nd Prior Subject Sale/Transfer** | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

**SALES COMPARISON APPROACH TO VALUE (if developed)**    [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1269 N King St Hampton, VA 23669 | 22 Westover St Hampton, VA 23669 | | 65 Salem St Hampton, VA 23669 | | 1 E Bayberry Ct Hampton, VA 23669 | |
| Proximity to Subject | | 0.16 miles NW | | 0.26 miles SW | | 0.29 miles N | |
| Sale Price | $ | $ | 127,000 | $ | 121,350 | $ | 145,000 |
| Sale Price/GLA | $ /sq.ft. | $ 89.44 /sq.ft. | | $ 91.58 /sq.ft. | | $ 180.35 /sq.ft. | |
| Data Source(s) | Public Records | REIN MLS #10377073, DOM 6 | | REIN MLS #10390628, DOM 30 | | REIN MLS #10409737, DOM 47 | |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Arms Length | | Arms Length | | Listing | |
| Concessions | | Cash;0 | | Conventional;0 | | | |
| Date of Sale/Time | | 07/02/2021 | | 09/13/2021 | | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Adv;Res;Bsy Rd | N;Res | -10,000 | N;Res | -10,000 | Adv;Res;Bsy Rd | |
| Site | 0.31 | 0.17 | 0 | 0.19 | 0 | 0.28 | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Cottage | Cottage | | Ranch | 0 | Ranch | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 73 | 73 | | 68 | 0 | 74 | 0 |
| Condition | C5 | C5 | | C5 | | C4 | -35,000 |
| Above Grade | Total 5 / Bdrms 3 / Baths 1.0 | Total 3 / Bdrms 3 / Baths 1.1 | +3,000 | Total 6 / Bdrms 3 / Baths 1.0 | | Total 4 / Bdrms 2 / Baths 1.0 | |
| Room Count | 5  3  1.0 | 3  3  1.1 | -1,500 | 6  3  1.0 | 0 | 4  2  1.0 | 0 |
| Gross Living Area | 1,291 sq.ft. | 1,420 sq.ft. | -2,600 | 1,325 sq.ft. | 0 | 804 sq.ft. | +9,700 |
| Basement & Finished | Crawl | Crawl | | Crawl | | Crawl | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | City/City | City/City | | City/City | | City/City | |
| Heating/Cooling | None/None | FWA/None | -1,500 | FWA/CAC | -3,000 | FWA/CAC | -3,000 |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | Insulated | |
| Garage/Carport | Detached 1 Car | 1C dw | +4,000 | 1C dw | +4,000 | Detached 1 Car | |
| Porch/Patio/Deck | Enclosed Porch | None | +3,000 | Open Porch | +2,000 | None | +3,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - $ | -8,600 | [ ] + [X] - $ | -7,000 | [ ] + [X] - $ | -22,300 |
| Adjusted Sale Price of Comparables | | $ | 118,400 | $ | 114,350 | $ | 122,700 |

Summary of Sales Comparison Approach    The comparables selected are two closed sales and one active listing in the subject market. Comparables 1 and 2 are in a superior location and was adjusted accordingly. Comparable 3 has a condition adjustment due to upgrades in kitchens, baths, etc. The condition adjustments are based on comments and photos provided by the agents involved, inspections performed, and data located in company files. Other adjustments reflect typical physical differences. All differences between the subject property and the comparables that were not adjusted for were considered nominal or similar, no adjustment was warranted in this appraisers opinion. All comparable sales were considered and weighted equally.

Indicated Value by Sales Comparison Approach $    118,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT
File No.:    Midland

**COST APPROACH**

**COST APPROACH TO VALUE (if developed)**    ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): ___Site value estimate is based on a review of___ recent land sales, tax records, and listings in the subject market area.

| ESTIMATED | ☐ REPRODUCTION OR | ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 51,000 |
|---|---|---|---|---|---|---|
| Source of cost data: | Marshall And Swift/Local Builders | | DWELLING | 1,291 Sq.Ft. @ $ 75.00 | =$ | 96,825 |
| Quality rating from cost service: | Average | Effective date of cost data: 12/16/2021 | | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | | | Sq.Ft. @ $ | =$ | |
| The Marshall and Swift Residential Cost Handbook and local builders | | | | Sq.Ft. @ $ | =$ | |
| were utilized to help determine the replacement cost news. The | | | | Sq.Ft. @ $ | =$ | |
| modified Age-Life Method was used to estimate depreciation. The land | | | Garage/Carport | 299 Sq.Ft. @ $ 20.00 | =$ | 5,980 |
| to value ratio exceeds 30% which is typical of homes in this area. This | | | Total Estimate of Cost-New | | =$ | 102,805 |
| has no adverse affect on value or marketability. | | | Less | Physical | Functional | External |
| | | | Depreciation | 34,265 | 3,000 | 10,000 =$ | 47,265 |
| | | | Depreciated Cost of Improvements | | | =$ | 55,540 |
| | | | "As-is" Value of Site Improvements | | | =$ | 12,000 |
| | | | | | | =$ | |
| | | | | | | =$ | |
| Estimated Remaining Economic Life (if required): | 40 Years | | INDICATED VALUE BY COST APPROACH | | =$ | 118,540 |

**INCOME APPROACH**

**INCOME APPROACH TO VALUE (if developed)**    ☐ The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $ | 1,050 | X Gross Rent Multiplier | 113 | = $ | 118,650 | **Indicated Value by Income Approach** |
|---|---|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM): ___The gross rent multiplier was obtained from the rental data contained in___ company files, MLS, and the sales data.

**PUD**

**PROJECT INFORMATION FOR PUDs (if applicable)**    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

**RECONCILIATION**

| Indicated Value by: Sales Comparison Approach $ | 118,000 | Cost Approach (if developed) $ | 118,540 | Income Approach (if developed) $ | 118,650 |
|---|---|---|---|---|---|

Final Reconciliation ___All three approaches were considered in the estimated value with most emphasis being placed on the sales comparison___ analysis. The cost approach is limited due to the estimated depreciation.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: ___This report meets the___ requirements of an appraisal report. The complete appraisal consist of information contained in this report and data located in company files.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 118,000 , as of 12/16/2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

**ATTACHMENTS**

A true and complete copy of this report contains 25 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☐ Additional Sales | ☒ Cost Addendum | ☒ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☒ 1004MC | ☐ | ☐ |

| Client Contact: | 757-386-0072 | Client Name: | Miguel & Michelle Sosa |
|---|---|---|---|
| E-Mail: | sosa7@cox.net | Address: | 253 Beauregard Hts, Hampton, VA 23669 |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|

*Billie Jo Pelkey* (signature)

| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
|---|---|
| Company: | Company: |
| Phone: (757) 708-6059    Fax: | Phone:    Fax: |
| E-Mail: bjp@tga757.com | E-Mail: |
| Date of Report (Signature): 12/21/2021 | Date of Report (Signature): |
| License or Certification #: 4001017061    State: VA | License or Certification #:    State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Assumptions, Limiting Conditions & Scope of Work

| Property Address: | 1269 N King St | | City: | Hampton | | State: | VA | Zip Code: | 23669 |
|---|---|---|---|---|---|---|---|---|---|
| Client: | Miguel & Michelle Sosa | | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | | | |
| Appraiser: | Billie Jo Pelkey | | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments:

**Clarification of Intended Use and Intended Users**

The intended user of this appraisal report is the client. The intended use is to evaluate the property that is the subject of this appraisal report for establishing asset value, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report form, and definition of market value. No additional intended users are identified by the appraiser. Simply because a third party may receive a copy of the appraisal report, does not mean that the third party is an intended user as that term is defined in this GP form.

**Inspection Comments**

The appraiser is not a home or environmental inspector. If a home or environmental inspection is utilized at the request of any of the parties to the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known to the appraiser, may impact the opinion of market value.

**Highest & Best Use:**

Defined: the reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

The highest and best use of the subject property "as vacant" and "as improved", considering its residential zoning and neighborhood character, is that of the subject's present use as a single family residential dwelling.

The Replacement Cost used in the cost approach are used for valuation purposes only. No-one, client or third party should rely on these figures for insurance purposes.

Please see additional addendum.

## Certifications

| | | | | | File No.: Midland |
|---|---|---|---|---|---|
| Property Address: | 1269 N King St | City: Hampton | | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
– The statements of fact contained in this report are true and correct.
– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.
– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
– My engagement in this assignment was not contingent upon developing or reporting predetermined results.
– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | | |
|---|---|---|
| Client Contact: 757-386-0072 | Client Name: | Miguel & Michelle Sosa |
| E-Mail: sosa7@cox.net | Address: | 253 Beauregard Hts, Hampton, VA 23669 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Billie Jo Pelkey* | |
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: Billie Jo Pelkey | Company: |
| Phone: (757) 708-6059    Fax: | Phone:    Fax: |
| E-Mail: bjp@tqa757.com | E-Mail: |
| Date Report Signed: 12/21/2021 | Date Report Signed: |
| License or Certification #: 4001017061    State: VA | License or Certification #:    State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

SIGNATURES

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

400 Cedar Dr
Hampton, VA 23669
PINE GROVE TERRACE L45. BA

**FOR**

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

**OPINION OF VALUE**

**AS OF**

12/16/2021

**BY**

Billie Jo Pelkey
Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059
bjp@tga757.com

| Owner | Miguel A. Sosa | | | | File No. | PineGrTerr2 |
| Property Address | 400 Cedar Dr | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | |

## TABLE OF CONTENTS

Cover Page ........................................................................................................................................................... 1
Letter of Transmittal ............................................................................................................................................ 2
USPAP Identification ............................................................................................................................................ 3
GP Residential ...................................................................................................................................................... 4
GP Residential ...................................................................................................................................................... 5
GP Residential ...................................................................................................................................................... 6
GP Residential Certifications Addendum ............................................................................................................. 7
Supplemental Addendum ...................................................................................................................................... 9
UAD Definitions Addendum ................................................................................................................................. 11
Market Conditions Addendum to the Appraisal Report ....................................................................................... 14
Analytics Addendum ............................................................................................................................................. 15
Analytics Addendum ............................................................................................................................................. 16
Building Sketch ..................................................................................................................................................... 17
Subject Photos ...................................................................................................................................................... 18
Interior Photos ...................................................................................................................................................... 19
Plat Map ................................................................................................................................................................ 20
Aerial Map ............................................................................................................................................................ 21
Comparable Photos 1-3 ........................................................................................................................................ 22
Location Map ........................................................................................................................................................ 23
License .................................................................................................................................................................. 24

Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059

12/21/2021

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

Re:  Property:      400 Cedar Dr
                    Hampton, VA 23669
     Owner:         Miguel A Sosa
     File No.:      PineGrTerr2

Opinion Of Value: $  88,000
Effective Date:      12/16/2021

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the uniform standards of professional appraisal practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Billie Jo Pelkey
Licensed Real Estate Appraiser
License or Certification #: 4001017061
State: VA      Expires: 02/28/2023
bjp@tga757.com

| Owner | Miguel A. Sosa | | | | File No. | PineGrTerr2 |
|---|---|---|---|---|---|---|
| Property Address | 400 Cedar Dr | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    less than three months.

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *Billie Jo Pelkey* | Signature: |
| Name: Billie Jo Pelkey | Name: |
| Licensed Real Estate Appraiser | |
| State Certification #: | State Certification #: |
| or State License #: 4001017061 | or State License #: |
| State: VA   Expiration Date of Certification or License: 02/28/2023 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 12/21/2021 | Date of Signature: |
| Effective Date of Appraisal: 12/16/2021 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): 12/16/2021 | Date of Inspection (if applicable): |

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGrTerr2

## SUBJECT

| | |
|---|---|
| Property Address: 400 Cedar Dr | City: Hampton    State: VA    Zip Code: 23669 |
| County: Hampton City | Legal Description: PINE GROVE TERRACE L45. BA |
| | Assessor's Parcel #: 8003235 |
| Tax Year: 2021 | R.E. Taxes: $ 1,253.40    Special Assessments: $ 0    Borrower (if applicable): N/A |
| Current Owner of Record: Miguel A. Sosa | Occupant: ☐ Owner  ☒ Tenant  ☐ Vacant  ☐ Manufactured Housing |
| Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe) | HOA: $ 0  ☐ per year  ☐ per month |
| Market Area Name: Pine Grove Terrace | Map Reference: 47260    Census Tract: 0107.02 |

The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or  ☒ other type of value (describe) Asset Value

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

## ASSIGNMENT

Approaches developed for this appraisal: ☒ Sales Comparison Approach  ☒ Cost Approach  ☒ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: The intended use of the appraisal is for establishing the asset value.

Intended User(s) (by name or type): The client listed below and any others that may be identified by the client that could have a need to the appraisal

Client: Miguel & Michelle Sosa    Address: 253 Beauregard Hts, Hampton, VA 23669

Appraiser: Billie Jo Pelkey    Address: 819 Cedar Point Circle, Elizabeth City, NC 27909

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban  ☐ Suburban  ☐ Rural | Predominant Occupancy | | One-Unit Housing | | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75%  ☐ 25-75%  ☐ Under 25% | | | PRICE $(000) | AGE (yrs) | | One-Unit | 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid  ☒ Stable  ☐ Slow | ☒ Owner | 60 | | | | 2-4 Unit | 0 % | ☐ Likely *  ☐ In Process * |
| Property values: | ☒ Increasing  ☐ Stable  ☐ Declining | ☐ Tenant | 5 | Low 85 | 0 | | Multi-Unit | 10 % | * To: |
| Demand/supply: | ☒ Shortage  ☐ In Balance  ☐ Over Supply | ☐ Vacant (0-5%) | | High 660 | 180 | | Commercial | 20 % | |
| Marketing time: | ☒ Under 3 Mos.  ☐ 3-6 Mos.  ☐ Over 6 Mos. | ☐ Vacant (>5%) | | Pred 265 | 56 | | Vacant | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Subject is generally bounded by Little Back River Road North, Woodland Road East, E. Mercury Blvd South, and N. King Street West. The subject is in an established subdivision containing single family dwellings of average construction quality and appeal. Proximity to public amenities is average. Employment stability and market appeal are considered average. The "Other" category in present land use represents vacant land. After reviewing the sales and listing data, marketing times are typically under three months, with a sales-to-list price ratio of 100%. Sales data indicates an increase of 6.5% in the last twelve month period. This is typical and common and does not have a negative affect on the value or marketability.

## SITE DESCRIPTION

| | |
|---|---|
| Dimensions: Lot and Block | Site Area: 0.18 |
| Zoning Classification: R9 | Description: Residential |
| Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning | |
| Are CC&Rs applicable? ☐ Yes  ☒ No  ☐ Unknown  Have the documents been reviewed? ☐ Yes  ☐ No  Ground Rent (if applicable) $   / | |
| Highest & Best Use as improved: ☒ Present use, or  ☐ Other use (explain) | |

Actual Use as of Effective Date: Single Family    Use as appraised in this report: Singly Family

Summary of Highest & Best Use: See addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Macadam | ☒ | ☐ | Size | 7,700 sf |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | | Sidewalk | | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | | |

Other site elements: ☐ Inside Lot  ☒ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes  ☒ No  FEMA Flood Zone X  FEMA Map # 5155270019H  FEMA Map Date 5/16/2016

Site Comments: There were no unusual easements, encroachments, noted as the date of inspection. No environmental conditions were noted, however this appraiser is not an expert in this field.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | FWA |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | Concrete | Area Sq. Ft. | 0 | Type | WALL |
| # of Stories | 1 | Exterior Walls | Vinyl/Average | Crawl Space | | % Finished | 0 | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Asphalt/Avg | Basement | | Ceiling | | | |
| Design (Style) | Conventional | Gutters & Dwnspts. | Aluminum/Avg | Sump Pump | | Walls | | Cooling | None |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Thermal/Avg | Dampness | | Floor | | Central | |
| Actual Age (Yrs.) | 68 | Storm/Screens | Yes/Average | Settlement | Average | Outside Entry | | Other | |
| Effective Age (Yrs.) | 15 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile/Laminate/Avg | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # 0 | | Garage | # of cars | 1 Tot.) |
| Walls | Drywall/Average | Range/Oven | ☒ | Drop Stair | ☐ | Patio | None | Attach. | 0 | |
| Trim/Finish | Wood/Average | Disposal | ☐ | Scuttle | ☒ | Deck | None | Detach. | 0 | |
| Bath Floor | Tile/Average | Dishwasher | ☐ | Doorway | ☐ | Porch | None | Blt.-In | 0 | |
| Bath Wainscot | Tile/Good | Fan/Hood | ☐ | Floor | ☐ | Fence | None | Carport | 0 | |
| Doors | Wood/Average | Microwave | ☐ | Heated | ☐ | Pool | None | Driveway | 1 | |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | Surface | Concrete | |

Finished area **above** grade contains: 5 Rooms  3 Bedrooms  1.0 Bath(s)  812 Square Feet of Gross Living Area Above Grade

Additional features: Appliances, and insulated windows.

Describe the condition of the property (including physical, functional and external obsolescence): C4-;No physical, functional, or external inadequacies were noted. Subject bath has been updated.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGrTerr2

**TRANSFER HISTORY**

| My research | ☐ did | ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. |

Data Source(s): City Records/REIN MLS

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: | There has been no other prior sales of |
| Price: | the subject property within the last three years of the date of inspection. There has been no reported |
| Source(s): | sales of the comparables within one year prior to the sales used in this report. |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)  ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 400 Cedar Dr Hampton, VA 23669 | 463 Cedar Dr Hampton, VA 23669 | 101 Beverly St Hampton, VA 23669 | 36 Cavalier Rd Hampton, VA 23669 |
| Proximity to Subject | | 0.21 miles SW | 0.50 miles NW | 0.35 miles SW |
| Sale Price | $ | $ 85,000 | $ 90,000 | $ 120,000 |
| Sale Price/GLA | $ /sq.ft. | $ 82.36 /sq.ft. | $ 125.00 /sq.ft. | $ 137.61 /sq.ft. |
| Data Source(s) | Public Records | REIN MLs #10379072, DOM 52 | REIN MLS #10406080, DOM 6 | REIN MLS #10406071, DOM 5 |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | City Records/REIN MLS/Ext Insp | City Records/REIN MLS/Ext Insp |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | Arms Length | | Arms Length | | Arms Length | |
| Concessions | | Cash;0 | | Cash;0 | | FHA;0 | |
| Date of Sale/Time | | 07/28/2021 | | 10/26/2021 | | 11/17/2021 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | N;Res | N;Res | | N;Res | | N;Res | |
| Site | 0.18 | 0.12 | 0 | 0.21 | 0 | 0.18 | |
| View | N;Res | N;Res | | N;Res | | N;Res | |
| Design (Style) | Conventional | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 68 | 67 | 0 | 67 | 0 | 78 | 0 |
| Condition | C4 | C4 | | C4 | | C3 | -20,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 3 1.0 | 5 3 1.0 | | 7 2 1.0 | 0 | 6 2 1.0 | 0 |
| Gross Living Area | 812 sq.ft. | 1,032 sq.ft. | -4,400 | 720 sq.ft. | 0 | 872 sq.ft. | 0 |
| Basement & Finished | Slab | Slab | | Slab | | Slab | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | City/City | City/City | | City/City | | City/City | |
| Heating/Cooling | FWA/None | FWA/None | | FWA/CAC | -1,500 | FWA/CAC | -1,500 |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | Insulated | |
| Garage/Carport | 1C dw | 1C dw | | 1C dw | | Detached 1 Car | -4,000 |
| Porch/Patio/Deck | None | None | | None | | None | |
| Fireplace | 0 | 0 | | 0 | | 0 | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | -4,400 | ☐ + ☒ - | -1,500 | ☐ + ☒ - | -25,500 |
| Adjusted Sale Price of Comparables | | $ | 80,600 | $ | 88,500 | $ | 94,500 |

Summary of Sales Comparison Approach  The comparables selected are three closed sales in the subject market. Comparable 3 has a condition adjustment due to upgrades in kitchens, baths, etc. The condition adjustments are based on comments and photos provided by the agents involved, inspections performed, and data located in company files. Other adjustments reflect typical physical differences. All differences between the subject property and the comparables that were not adjusted for were considered nominal or similar, no adjustment was warranted in this appraisers opinion. All comparable sales were considered and weighted equally.

**SALES COMPARISON APPROACH**

| Indicated Value by Sales Comparison Approach $ | 88,000 |
|---|---|

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGrTerr2

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☐ The Cost Approach was not developed for this appraisal

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):  <u>Site value estimate is based on a review of</u>

<u>recent land sales, tax records, and listings in the subject market area.</u>

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 51,000 |
|---|---|---|
| Source of cost data: Marshall And Swift/Local Builders | DWELLING 812 Sq.Ft. @ $ 75.00 | =$ 60,900 |
| Quality rating from cost service: Average   Effective date of cost data: 12/16/2021 | 0 Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ |
| The Marshall & Swift Residential Cost Handbook and local builders | Sq.Ft. @ $ | =$ |
| were utilized to help determine the replacement cost news. The | Sq.Ft. @ $ | =$ |
| modified Age-Life Method was used to estimate depreciation. The land | Appl | =$ 1,000 |
| to value ratio exceeds 30% which is typical of homes in this area. This | Garage/Carport 538 Sq.Ft. @ $ 20.00 | =$ 10,760 |
| has no adverse affect on value or marketability. | Total Estimate of Cost-New | =$ 72,660 |
| | Less   Physical   Functional   External | |
| | Depreciation 21,798 | =$ 21,798 |
| | Depreciated Cost of Improvements | =$ 50,862 |
| | "As-is" Value of Site Improvements | =$ 12,000 |
| | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required):  35  Years | INDICATED VALUE BY COST APPROACH | =$ 113,862 |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☐ The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $ 1,050 | X Gross Rent Multiplier 85 | = $ 89,250 | **Indicated Value by Income Approach** |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM): <u>The gross rent multiplier was obtained from the rental data contained in</u>

<u>company files, MLS, and the sales data.</u>

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $ 88,000 | Cost Approach (if developed) $ 113,862 | Income Approach (if developed) $ 89,250 |
|---|---|---|

Final Reconciliation  <u>Both the cost and sales comparison approaches were considered in the estimated value with most emphasis being placed</u>

<u>on the sales comparison analysis. The cost approach is limited due to the estimated depreciation. The income approach is less reliable due</u>

<u>to the limited amount of rental data.</u>

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:  <u>This report meets the</u>

<u>requirements of an appraisal report. The complete appraisal consist of information contained in this report and data located in company files.</u>

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 88,000 , as of: 12/16/2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 23 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work   ☒ Limiting Cond./Certifications   ☐ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☒ Cost Addendum   ☒ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☐ Extraordinary Assumptions   ☒ 1004MC   ☐

Client Contact: 757-386-0072   Client Name: Miguel & Michelle Sosa

E-Mail: sosa7@cox.net   Address: 253 Beauregard Hts, Hampton, VA 23669

## SIGNATURES

APPRAISER

*Billie Jo Pelkey*

Appraiser Name: Billie Jo Pelkey

Company: 

Phone: (757) 708-6059   Fax: 

E-Mail: bjp@tga757.com

Date of Report (Signature): 12/21/2021

License or Certification #: 4001017061   State: VA

Designation: Licensed Real Estate Appraiser

Expiration Date of License or Certification: 02/28/2023

Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection: 12/16/2021

SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name: 

Company: 

Phone:    Fax: 

E-Mail: 

Date of Report (Signature): 

License or Certification #:    State: 

Designation: 

Expiration Date of License or Certification: 

Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None

Date of Inspection: 

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Assumptions, Limiting Conditions & Scope of Work

| | | | File No.: | PineGrTerr2 |
|---|---|---|---|---|
| Property Address: | 400 Cedar Dr | City: Hampton | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | Address: 253 Beauregard Hts, Hampton, VA 23669 | | |
| Appraiser: | Billie Jo Pelkey | Address: 819 Cedar Point Circle, Elizabeth City, NC 27909 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non–invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments:**

**Clarification of Intended Use and Intended Users**

The intended user of this appraisal report is the client. The intended use is to evaluate the property that is the subject of this appraisal report for asset value, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report     form, and definition of market value. No additional intended users are identified by the appraiser. Simply because a third party may     receive a copy of the appraisal report, does not mean that the third party is an intended user as that term is defined in this GP form.

**Inspection Comments**

The appraiser is not a home or environmental inspector. If a home or environmental inspection is utilized at the request of any of the parties to the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known to the appraiser, may impact the opinion of market value.

**Highest & Best Use:**

Defined: the reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

The highest and best use of the subject property "as vacant" and "as improved", considering its residential zoning and neighborhood character, is that of the subject's present use as a single family residential dwelling.

The Replacement Cost used in the cost approach are used for valuation purposes only. No-one, client or third party should rely on these figures for insurance purposes.

Please see additional addendum.

# Certifications

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address: | 400 Cedar Dr | | | City: | Hampton | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | |
| Appraiser: | Billie Jo Pelkey | | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | |

File No.: PineGrTerr2

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: 757-386-0072 | Client Name: Miguel & Michelle Sosa |
| E-Mail: sosa7@cox.net | Address: 253 Beauregard Hts, Hampton, VA 23669 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Billie Jo Pelkey* (signature) | |
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: Billie Jo Pelkey | Company: |
| Phone: (757) 708-6059  Fax: | Phone:  Fax: |
| E-Mail: bjp@tga757.com | E-Mail: |
| Date Report Signed: 12/21/2021 | Date Report Signed: |
| License or Certification #: 4001017061  State: VA | License or Certification #:  State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

SIGNATURES

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

431 Walnut St
Hampton, VA 23669
PINE GROVE TERRACE L13. BB

**FOR**

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

**OPINION OF VALUE**

**AS OF**

12/16/2021

**BY**

Billie Jo Pelkey
Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059
bjp@tga757.com

| Owner | Miguel A Sosa | | | | | File No. | PineGrTerr |
|---|---|---|---|---|---|---|---|
| Property Address | 431 Walnut St | | | | | | |
| City | Hampton | County | Hampton City | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | | |

**TABLE OF CONTENTS**

Cover Page ................................................................................................................................... 1
Letter of Transmittal ...................................................................................................................... 2
USPAP Identification ...................................................................................................................... 3
GP Residential ............................................................................................................................... 4
GP Residential ............................................................................................................................... 5
GP Residential ............................................................................................................................... 6
GP Residential Certifications Addendum ...................................................................................... 7
Supplemental Addendum .............................................................................................................. 9
UAD Definitions Addendum .......................................................................................................... 11
Market Conditions Addendum to the Appraisal Report ............................................................... 14
Analytics Addendum ..................................................................................................................... 15
Analytics Addendum ..................................................................................................................... 16
Building Sketch .............................................................................................................................. 17
Subject Photos .............................................................................................................................. 18
Interior Photos .............................................................................................................................. 19
Plat Map ......................................................................................................................................... 20
Aerial Map ...................................................................................................................................... 21
Comparable Photos 1-3 ................................................................................................................. 22
License ............................................................................................................................................ 23
Location Map .................................................................................................................................. 24

Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059

12/21/2021

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

Re: Property:        431 Walnut St
                     Hampton, VA 23669
     Owner:          Miguel A Sosa
     File No.:       PineGrTerr

Opinion Of Value: $
Effective Date:      12/16/2021

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the uniform standards of professional appraisal practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Billie Jo Pelkey
Licensed Real Estate Appraiser
License or Certification #: 4001017061
State: VA      Expires: 02/28/2023
bjp@tga757.com

| Owner | Miguel A Sosa | | | | File No. PineGrTerr |
| Property Address | 431 Walnut St | | | | |
| City | Hampton | County | Hampton City | State VA | Zip Code 23669 |
| Client | Miguel & Michelle Sosa | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ **Appraisal Report** (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Appraisal Report** (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time

(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    less than three months.

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

**APPRAISER:**

Signature:

Name: Billie Jo Pelkey
Licensed Real Estate Appraiser
State Certification #:
or State License #: 4001017061
State: VA    Expiration Date of Certification or License: 02/28/2023
Date of Signature and Report: 12/21/2021
Effective Date of Appraisal: 12/16/2021
Inspection of Subject: ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable): 12/16/2021

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:

Name:
State Certification #:
or State License #:
State:    Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable):

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGrTerr

## SUBJECT

Property Address: 431 Walnut St    City: Hampton    State: VA    Zip Code: 23669
County: Hampton City    Legal Description: PINE GROVE TERRACE L13. BB
Assessor's Parcel #: 8003242
Tax Year: 2021    R.E. Taxes: $ 1,177    Special Assessments: $ 0    Borrower (if applicable): N/A
Current Owner of Record: Miguel A Sosa    Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ 0 ☐ per year ☐ per month
Market Area Name: Pine Grove Terrace    Map Reference: 47260    Census Tract: 0107.02
The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or ☒ other type of value (describe)    Asset Value
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☒ Income Approach    (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

## ASSIGNMENT

Intended Use: The intended use of the appraisal is for establishing the asset value.

Intended User(s) (by name or type): The client listed below and any others that may be identified by the client that could have a need to the appraisal
Client: Miguel & Michelle Sosa    Address: 253 Beauregard Hts, Hampton, VA 23669
Appraiser: Billie Jo Pelkey    Address: 819 Cedar Point Circle, Elizabeth City, NC 27909

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 60 | Low 85 | Low 0 | 2-4 Unit | 0 % | ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant 5 | High 660 | High 180 | Multi-Unit | 10 % | * To: |
| Demand/supply: | ☒ Shortage | ☐ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | Pred 236 | Pred 56 | Comm'l | 20 % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | Vacant | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Subject is generally bounded by Little Back River Road North, Woodland Road East, E. Mercury Blvd South, and N. King Street West. The subject is in an established subdivision containing single family dwellings of average construction quality and appeal. Proximity to public amenities is average. Employment stability and market appeal are considered average. The "Other" category in present land use represents vacant land. After reviewing the sales and listing data, marketing times are typically under three months, with a sales-to-list price ratio of 100%. Sales data indicates an increase of 6.5% in the last twelve month period. This is typical and common and does not have a negative affect on the value or marketability.

## SITE DESCRIPTION

Dimensions: Lot and Block    Site Area: 0.15
Zoning Classification: R9    Description: Residential
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No    Ground Rent (if applicable) $       /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family    Use as appraised in this report: Singly Family
Summary of Highest & Best Use: See addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Macadam | ☒ | ☐ | Size | 6,180 sf |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | | Sidewalk | | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 5155270019H    FEMA Map Date 5/16/2016
Site Comments: There were no unusual easements, encroachments, noted as the date of inspection. No environmental conditions were noted, however this appraiser is not an expert in this field.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | FWA |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | Concrete | Area Sq. Ft. | 0 | Type | Heat Pump |
| # of Stories | 1 | Exterior Walls | Vinyl/Average | Crawl Space | | % Finished | 0 | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Archt/Average | Basement | | Ceiling | | | |
| Design (Style) | Conventional | Gutters & Dwnspts. | Aluminum/Avg | Sump Pump | | Walls | | Cooling | None |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Thermal/Avg | Dampness | | Central | | | |
| Actual Age (Yrs.) | 67 | Storm/Screens | Yes/Average | Settlement | Average | Outside Entry | | Other | |
| Effective Age (Yrs.) | 15 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile/Average | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # 0 | Woodstove(s) # 0 | Garage | # of cars ( 3 Tot.) |
| Walls | Drywall/Average | Range/Oven | ☒ | Drop Stair | ☒ | Patio None | | Attach. | 0 |
| Trim/Finish | Wood/Average | Disposal | | Scuttle | ☒ | Deck None | | Detach. | 2 |
| Bath Floor | Tile/Average | Dishwasher | | Doorway | | Porch None | | Blt-In | 0 |
| Bath Wainscot | Tile/Good | Fan/Hood | | Floor | | Fence None | | Carport | 0 |
| Doors | Wood/Average | Microwave | | Heated | | Pool None | | Driveway | 1 |
| | | Washer/Dryer | | Finished | | | | Surface | Concrete |

Finished area above grade contains: 5 Rooms    3 Bedrooms    1.0 Bath(s)    784 Square Feet of Gross Living Area Above Grade
Additional features: Appliances, and insulated windows.
Describe the condition of the property (including physical, functional and external obsolescence): C4-;No physical, functional, or external inadequacies were noted.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.:   PineGrTerr

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):   City Records/REIN MLS

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: | There has been no other prior sales of |
| Price: | the subject property within the last three years of the date of inspection. There has been no reported |
| Source(s): | sales of the comparables within one year prior to the sales used in this report. |
| **2nd Prior Subject Sale/Transfer** | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH

**SALES COMPARISON APPROACH TO VALUE (if developed)**    [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 431 Walnut St Hampton, VA 23669 | 52 Cavalier Rd Hampton, VA 23669 | | 104 Atwell Ln Hampton, VA 23669 | | 330 Shawen Dr Hampton, VA 23669 | |
| Proximity to Subject | | 0.32 miles W | | 0.30 miles NW | | 0.19 miles W | |
| Sale Price | $ | | 142,500 | | 135,000 | | 105,000 |
| Sale Price/GLA | $ /sq.ft. | 191.53 /sq.ft. | | 142.41 /sq.ft. | | 136.72 /sq.ft. | |
| Data Source(s) | Public Records | REIN MLS #10398496, DOM 7 | | REIN MLS #10379366, DOM 6 | | REIN MLs #10389180, DOM 2 | |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Arms Length VA;0 | | Arms Length FHA;0 | | Arms Length Conventional;0 | |
| Date of Sale/Time | | 10/14/2021 | | 07/01/2021 | | 08/03/2021 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | N;Res | N;Res | | N;Res | | N;Res | |
| Site | 0.15 | 0.19 | 0 | 0.14 | 0 | 0.35 | -1,000 |
| View | N;Res | N;Res | | N;Res | | N;Res | |
| Design (Style) | Conventional | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 67 | 78 | 0 | 69 | 0 | 68 | 0 |
| Condition | C3 | C3 | -15,000 | C3 | -15,000 | C4 | +3,000 |
| Above Grade | Total 5  Bdrms 3  Baths 1.0 | Total 5  Bdrms 2  Baths 1.0 | +3,000 | Total 6  Bdrms 3  Baths 1.0 | | Total 6  Bdrms 2  Baths 1.0 | +3,000 |
| Room Count | 5  3  1.0 | 5  2  1.0 | 0 | 6  3  1.0 | 0 | 6  2  1.0 | 0 |
| Gross Living Area | 784 sq.ft. | 744 sq.ft. | 0 | 948 sq.ft. | -3,300 | 768 sq.ft. | 0 |
| Basement & Finished | Slab | Crawl | | Slab | | Slab | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | City/City | City/City | | City/City | | City/City | |
| Heating/Cooling | WALL,None | FWA/None | | FWA/CAC | -1,500 | FWA/None | |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | Insulated | |
| Garage/Carport | Detached 2 Car | Detached 1 Car | -4,000 | 1C dw | +4,000 | Detached 2 Car | |
| Porch/Patio/Deck | None | None | | OP | -2,000 | None | |
| Fireplace | 0 | 0 | | 0 | | 0 | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - | -16,000 | [ ] + [X] - | -17,800 | [X] + [ ] - | 2,000 |
| Adjusted Sale Price of Comparables | | $ | 126,500 | $ | 117,200 | $ | 107,000 |

Summary of Sales Comparison Approach   The comparables selected are three closed sales in the subject market. Comparables 1 and 2 have a condition adjustment due to upgrades in kitchens, baths, etc. The condition adjustments are based on comments and photos provided by the agents involved, inspections performed, and data located in company files. Other adjustments reflect typical physical differences. All differences between the subject property and the comparables that were not adjusted for were considered nominal or similar, no adjustment was warranted in this appraisers opinion. All comparable sales were considered and weighted equally.

Indicated Value by Sales Comparison Approach $   115,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGrTerr

**COST APPROACH TO VALUE (if developed)** ☐ The cost approach was not developed for this appraisal

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):    Site value estimate is based on a review of
recent land sales, tax records, and listings in the subject market area.

## COST APPROACH

| ESTIMATED | ☐ REPRODUCTION OR | ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 51,000 |
|---|---|---|---|---|---|---|---|
| Source of cost data: | Marshall And Swift/Local Builders | | DWELLING | 784 Sq.Ft. @ $ | 80.00 | =$ | 62,720 |
| Quality rating from cost service: | Average | Effective date of cost data: 12/16/2021 | | 0 Sq.Ft. @ $ | | =$ | |

Comments on Cost Approach (gross living area calculations, depreciation, etc.): The Marshall & Swift Residential Cost Handbook and local builders were utilized to help determine the replacement cost news. The modified Age-Life Method was used to estimate depreciation. The land to value ratio exceeds 30% which is typical of homes in this area. This has no adverse affect on value or marketability.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Sq.Ft. @ $ | | =$ | |
| | | | | Sq.Ft. @ $ | | =$ | |
| | | | Appl | | | =$ | 1,000 |
| | | | Garage/Carport | 538 Sq.Ft. @ $ | 20.00 | =$ | 10,760 |
| | | | Total Estimate of Cost-New | | | =$ | 74,480 |
| | | | Less | Physical | Functional | External | |
| | | | Depreciation | 18,620 | | | =$( 18,620) |
| | | | Depreciated Cost of Improvements | | | | =$ 55,860 |
| | | | "As-is" Value of Site Improvements | | | | =$ 15,000 |
| | | | | | | | =$ |
| | | | | | | | =$ |
| Estimated Remaining Economic Life (if required): 45 Years | | | INDICATED VALUE BY COST APPROACH | | | | =$ 121,860 |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☐ The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $ | 1,050 | X Gross Rent Multiplier | 110 | = $ | 115,500 | **Indicated Value by Income Approach** |
|---|---|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM):    The gross rent multiplier was obtained from the rental data contained in company files, MLS, and the sales data.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $ | 115,000 | Cost Approach (if developed) $ | 121,860 | Income Approach (if developed) $ | 115,500 |
|---|---|---|---|---|---|

Final Reconciliation    Both the cost and sales comparison approaches were considered in the estimated value with most emphasis being placed on the sales comparison analysis. The cost approach is limited due to the estimated depreciation. The income approach is less reliable due to the limited amount of rental data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:    This report meets the requirements of an appraisal report. The complete appraisal consist of information contained in this report and data located in company files.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 115,000 , as of: 12/16/2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 24 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☒ Cost Addendum | ☒ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☒ 1004MC | ☐ | ☐ |

Client Contact: 757-386-0072    Client Name: Miguel & Michelle Sosa
E-Mail: sosa7@cox.net    Address: 253 Beauregard Hts, Hampton, VA 23669

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Billie Jo Pelkey* (signature) | |
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: Billie Jo Pelkey | Company: |
| Phone: (757) 708-6059    Fax: | Phone:    Fax: |
| E-Mail: bjp@tga757.com | E-Mail: |
| Date of Report (Signature): 12/21/2021 | Date of Report (Signature): |
| License or Certification #: 4001017061    State: VA | License or Certification #:    State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Assumptions, Limiting Conditions & Scope of Work**

File No.: PineGrTerr

| Property Address: | 431 Walnut St | City: | Hampton | State: | VA | Zip Code: | 23669 |
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non–invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments:**

**Clarification of Intended Use and Intended Users**

The intended user of this appraisal report is the client. The intended use is to evaluate the property that is the subject of this appraisal
report for asset value, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report     form, and definition of market value.
No additional intended users are identified by the appraiser. Simply because a third party may     receive a copy of the appraisal report, does not mean that
the third party is an intended user as that term is defined in this GP form.

**Inspection Comments**

The appraiser is not a home or environmental inspector. If a home or environmental inspection is utilized at the request of any of the
parties to the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known
to the appraiser, may impact the opinion of market value.

**Highest & Best Use:**

Defined: the reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately
supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical
possibility, financial feasibility, and maximum profitability.

The highest and best use of the subject property "as vacant" and "as improved", considering its residential zoning and neighborhood
character, is that of the subject's present use as a single family residential dwelling.

The Replacement Cost used in the cost approach are used for valuation purposes only. No-one, client or third party should rely on these
figures for insurance purposes.

Please see additional addendum.

Certifications

| | | | File No.: | PineGrTerr |
|---|---|---|---|---|
| Property Address: | 431 Walnut St | City: Hampton | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | Address: 253 Beauregard Hts, Hampton, VA 23669 | | |
| Appraiser: | Billie Jo Pelkey | Address: 819 Cedar Point Circle, Elizabeth City, NC 27909 | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
– The statements of fact contained in this report are true and correct.
– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.
– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
– My engagement in this assignment was not contingent upon developing or reporting predetermined results.
– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | | |
|---|---|---|
| Client Contact: 757-386-0072 | Client Name: Miguel & Michelle Sosa | |
| E-Mail: sosa7@cox.net | Address: 253 Beauregard Hts, Hampton, VA 23669 | |
| **APPRAISER** | **SUPERVISORY APPRAISER (if required)** or CO-APPRAISER (if applicable) | |

| APPRAISER | SUPERVISORY or CO-APPRAISER |
|---|---|
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: Billie Jo Pelkey | Company: |
| Phone: (757) 708-6059   Fax: | Phone:   Fax: |
| E-Mail: bjp@tqa757.com | E-Mail: |
| Date Report Signed: 12/21/2021 | Date Report Signed: |
| License or Certification #: 4001017061   State: VA | License or Certification #:   State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 12/16/2021 | Date of Inspection: |

# APPRAISAL OF REAL PROPERTY



### LOCATED AT

329 Walnut St
Hampton, VA 23669
See attached addenda.

### FOR

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

### OPINION OF VALUE

138,000

### AS OF

12/14/2021

### BY

Billie Jo Pelkey
Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059
bjp@tga757.com

| Owner | Miguel A Sosa | | | | | | File No. | PineGroveCt2 |
|---|---|---|---|---|---|---|---|---|
| Property Address | 329 Walnut St | | | | | | | |
| City | Hampton | | County | Hampton City | | State | VA | Zip Code | 23669 |
| Client | Miguel & Michelle Sosa | | | | | | | |

**TABLE OF CONTENTS**

Cover Page ........................................................................................................................... 1
Letter of Transmittal .......................................................................................................... 2
USPAP Identification .......................................................................................................... 3
GP Residential ..................................................................................................................... 4
GP Residential ..................................................................................................................... 5
Additional Comparables 4-6 .............................................................................................. 6
GP Residential ..................................................................................................................... 7
GP Residential Certifications Addendum ........................................................................... 8
Supplemental Addendum .................................................................................................. 10
UAD Definitions Addendum .............................................................................................. 12
Market Conditions Addendum to the Appraisal Report ................................................... 15
Analytics Addendum ......................................................................................................... 16
Analytics Addendum ......................................................................................................... 17
Building Sketch ................................................................................................................. 18
Subject Photos .................................................................................................................. 19
Subject Photos .................................................................................................................. 20
Interior Photos .................................................................................................................. 21
Plat Map ............................................................................................................................ 22
Aerial Map ......................................................................................................................... 23
Comparable Photos 1-3 ..................................................................................................... 24
Comparable Photos 4-6 ..................................................................................................... 25
Location Map ..................................................................................................................... 26
License ............................................................................................................................... 27

Billie Jo Pelkey
819 Cedar Point Circle
Elizabeth City, NC 27909
(757) 708-6059

12/21/2021

Miguel & Michelle Sosa
253 Beauregard Hts
Hampton, VA 23669

Re:  Property:      329 Walnut St
                    Hampton, VA 23669
     Owner:         Miguel A Sosa
     File No.:      PineGroveCt2

Opinion Of Value: $  138,000
Effective Date:      12/14/2021

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal
report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood
and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed
and the report was prepared in accordance with the uniform standards of professional appraisal practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and
limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of
additional service to you.

Sincerely,

Billie Jo Pelkey
Licensed Real Estate Appraiser
License or Certification #: 4001017061
State: VA      Expires: 02/28/2023
bjp@tga757.com

| Owner | Miguel A Sosa | | | | File No. PineGroveCt2 |
|---|---|---|---|---|---|
| Property Address | 329 Walnut St | | | | |
| City | Hampton | County | Hampton City | State VA | Zip Code 23669 |
| Client | Miguel & Michelle Sosa | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    less than three months.

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *Billie Jo Pelkey* | Signature: |
| Name: Billie Jo Pelkey | Name: |
| Licensed Real Estate Appraiser | |
| State Certification #: | State Certification #: |
| or State License #: 4001017061 | or State License #: |
| State: VA   Expiration Date of Certification or License: 02/28/2023 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 12/21/2021 | Date of Signature: |
| Effective Date of Appraisal: 12/14/2021 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): 12/14/2021 | Date of Inspection (if applicable): |

# RESIDENTIAL APPRAISAL REPORT

File No. PineGroveCt2

## SUBJECT

Property Address: 329 Walnut St    City: Hampton    State: VA    Zip Code: 23669
County: Hampton City    Legal Description: See attached addenda.
Assessor's Parcel #: 8003165
Tax Year: 2022    R.E. Taxes: $ 1,318.69    Special Assessments: $ 0    Borrower (if applicable): N/A
Current Owner of Record: Miguel A Sosa    Occupant: [ ] Owner [X] Tenant [ ] Vacant [ ] Manufactured Housing
Project Type: [ ] PUD [ ] Condominium [ ] Cooperative [ ] Other (describe)    HOA: $ [ ] per year [ ] per month
Market Area Name: Pine Grove Court    Map Reference: 47260    Census Tract: 0107.02

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: [ ] Market Value (as defined), or [X] other type of value (describe) Asset Value
This report reflects the following value (if not Current, see comments): [X] Current (the Inspection Date is the Effective Date) [ ] Retrospective [ ] Prospective
Approaches developed for this appraisal: [X] Sales Comparison Approach [X] Cost Approach [X] Income Approach    (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Leased Fee [ ] Other (describe)
Intended Use: The intended use of the appraisal is for establishing the asset value.

Intended User(s) (by name or type): The client listed below and any others that may be identified by the client that could have a need to the appraisal
Client: Miguel & Michelle Sosa    Address: 253 Beauregard Hts, Hampton, VA 23669
Appraiser: Billie Jo Pelkey    Address: 819 Cedar Point Circle, Elizabeth City, NC 27909

## MARKET AREA DESCRIPTION

| Location: | [ ] Urban [X] Suburban [ ] Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | [X] Over 75% [ ] 25-75% [ ] Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 60 % | [X] Not Likely |
| Growth rate: | [ ] Rapid [X] Stable [ ] Slow | [X] Owner 60 | | | 2-4 Unit 0 % | [ ] In Process * |
| Property values: | [ ] Increasing [X] Stable [ ] Declining | [ ] Tenant 5 | Low 85 | 0 | Multi-Unit 10 % | * To: |
| Demand/supply: | [X] Shortage [ ] In Balance [ ] Over Supply | [ ] Vacant (0-5%) | High 660 | 180 | Comm'l 20 % | |
| Marketing time: | [X] Under 3 Mos. [ ] 3-6 Mos. [ ] Over 6 Mos. | [ ] Vacant (>5%) | Pred 236 | 56 | Vacant 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Subject is generally bounded by Little Back River Road North, Woodland Road East, E. Mercury Blvd South, and N. King Street West. The subject is in an established subdivision containing single family dwellings of average construction quality and appeal. Proximity to public amenities is average. Employment stability and market appeal are considered average. The "Other" category in present land use represents vacant land. After reviewing the sales and listing data, marketing times are typically under three months, with a sales-to-list price ratio of 100%. Sales data indicates an increase of 6.5% in the last twelve month period. This is typical and common and does not have a negative affect on the value or marketability.

## SITE DESCRIPTION

Dimensions: Lot and Block    Site Area: 0.21
Zoning Classification: R9    Description: Residential
Zoning Compliance: [X] Legal [ ] Legal nonconforming (grandfathered) [ ] Illegal [ ] No zoning
Are CC&Rs applicable? [ ] Yes [X] No [ ] Unknown    Have the documents been reviewed? [ ] Yes [ ] No    Ground Rent (if applicable) $ /
Highest & Best Use as improved: [X] Present use, or [ ] Other use (explain)

Actual Use as of Effective Date: Single Family    Use as appraised in this report: Singly Family
Summary of Highest & Best Use: See addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | | Street | Macadam | [X] | [ ] | Size | 9,060 sf |
| Gas | [X] | [ ] | | Curb/Gutter | | [X] | [ ] | Shape | Rectangular |
| Water | [X] | [ ] | | Sidewalk | | [X] | [ ] | Drainage | Adequate |
| Sanitary Sewer | [X] | [ ] | | Street Lights | | [X] | [ ] | View | Residential |
| Storm Sewer | [X] | [ ] | | Alley | None | | | | |

Other site elements: [ ] Inside Lot [ ] Corner Lot [ ] Cul de Sac [ ] Underground Utilities [ ] Other (describe)
FEMA Spec'l Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map # 5155270019H    FEMA Map Date 5/16/2016
Site Comments: There were no unusual easements, encroachments, noted as the date of inspection. No environmental conditions were noted, however this appraiser is not an expert in this field.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | [X] None | Heating | FWA |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 [ ] Acc.Unit | Foundation | Concrete/Average | Slab | Concrete | Area Sq. Ft. | 0 | Type | Heat Pump |
| # of Stories | 1 | Exterior Walls | Vinyl/Average | Crawl Space | | % Finished | 0 | Fuel | Electric |
| Type [X] Det. [ ] Att. | | Roof Surface | Archt/Average | Basement | | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | Aluminum/Avg | Sump Pump | | Walls | | Cooling | Yes |
| [X] Existing [ ] Proposed [ ] Und.Cons. | | Window Type | Thermal/Avg | Dampness | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 68 | Storm/Screens | Yes/Average | Settlement | Average | Outside Entry | | Other | |
| Effective Age (Yrs.) | 10 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | [ ] None | Amenities | | Car Storage | [ ] None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Laminate/Good | Refrigerator | [X] | Stairs | [X] | Fireplace(s) # 0 | | Garage | # of cars ( 1 Tot.) |
| Walls | Drywall/Average | Range/Oven | [X] | Drop Stair | [X] | Patio None | Woodstove(s) # 0 | Attach. | 0 |
| Trim/Finish | Wood/Average | Disposal | [ ] | Scuttle | [X] | Deck None | | Detach. | 0 |
| Bath Floor | Laminate/Good | Dishwasher | [ ] | Doorway | | Porch None | | Bit.-In | 0 |
| Bath Wainscot | Tile/Good | Fan/Hood | [ ] | Floor | | Fence None | | Carport | 0 |
| Doors | Wood/Average | Microwave | [ ] | Heated | | Pool None | | Driveway | 1 |
| | | Washer/Dryer | [ ] | Finished | | | | Surface | Gravel |

Finished area above grade contains: 5 Rooms 3 Bedrooms 1.0 Bath(s) 786 Square Feet of Gross Living Area Above Grade
Additional features: Appliances, and insulated windows.

Describe the condition of the property (including physical, functional and external obsolescence): C3:.No physical, functional, or external inadequacies were noted. Subject has newer laminate flooring, remodeled bath and paint.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.: PineGroveCt2

My research ☐ did ☒ did not reveal any prior sales or transfer of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): City Records/REIN MLS

<table>
<tr><td rowspan="10">TRANSFER HISTORY</td><td colspan="2">1st Prior Subject Sale/Transfer</td><td colspan="2">Analysis of sale/transfer history and/or any current agreement of sale/listing:</td></tr>
<tr><td>Date:</td><td></td><td colspan="2" rowspan="3">There has been no other prior sales of the subject property within the last three years of the date of inspection. There has been no reported sales of the comparables within one year prior to the sales used in this report.</td></tr>
<tr><td>Price:</td><td></td></tr>
<tr><td>Source(s):</td><td></td></tr>
<tr><td colspan="2">2nd Prior Subject Sale/Transfer</td><td colspan="2"></td></tr>
<tr><td>Date:</td><td></td><td colspan="2"></td></tr>
<tr><td>Price:</td><td></td><td colspan="2"></td></tr>
<tr><td>Source(s):</td><td></td><td colspan="2"></td></tr>
</table>

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 329 Walnut St Hampton, VA 23669 | 407 Walnut St Hampton, VA 23669 | | 52 Cavalier Rd Hampton, VA 23669 | | 109 Beverly St Hampton, VA 23669 | |
| Proximity to Subject | | 0.09 miles SE | | 0.27 miles SW | | 0.41 miles NW | |
| Sale Price | $ | | 153,000 | | 142,500 | | 142,000 |
| Sale Price/GLA | $ /sq.ft. | 177.08 /sq.ft. | | 191.53 /sq.ft. | | 145.79 /sq.ft. | |
| Data Source(s) | Public Records | REIN MLS #10402795, DOM 18 | | REIN MLS #10398496, DOM 7 | | REIN MLS #10391884, DOM 31 | |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Arms Length FHA;0 | | Arms Length VA;0 | | Arms Length FHA;0 | |
| Date of Sale/Time | | 10/29/2021 | | 10/14/2021 | | 09/16/2021 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | N;Res | N;Res | | N;Res | | N;Res | |
| Site | 0.21 | 0.14 | 0 | 0.19 | 0 | 0.22 | 0 |
| View | N;Res | N;Res | | N;Res | | N;Res | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 68 | 68 | | 78 | 0 | 69 | 0 |
| Condition | C3 | C3 | -15,000 | C3 | | C3 | |
| Above Grade | Total 5 Bdrms 3 Baths 1.0 | Total 5 Bdrms 3 Baths 1.0 | | Total 5 Bdrms 2 Baths 1.0 | 0 | Total 5 Bdrms 3 Baths 1.0 | |
| Room Count | | | | | | | |
| Gross Living Area | 786 sq.ft. | 864 sq.ft. | 0 | 744 sq.ft. | 0 | 974 sq.ft. | -3,800 |
| Basement & Finished | Slab | Slab | | Crawl | | Slab | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | City/City | City/City | | City/City | | City/City | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/None | +1,500 | FWA/CAC | |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | Insulated | |
| Garage/Carport | 1C dw | 1C dw | | Detached 1 Car | -4,000 | 1C dw | |
| Porch/Patio/Deck | None | None | | None | | | |
| Fireplace | 0 | 0 | | 0 | | 0 | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -15,000 | ☐ + ☒ - $ | -2,500 | ☐ + ☒ - $ | -3,800 |
| Adjusted Sale Price of Comparables | | Net 9.8 % Gross 9.8 % $ | 138,000 | Net 1.8 % Gross 3.9 % $ | 140,000 | Net 2.7 % Gross 2.7 % $ | 138,200 |

Summary of Sales Comparison Approach The comparables selected are five closed sales in the subject market. Comparable 1 has a condition adjustment due to upgrades in kitchens, baths, etc. The condition adjustments are based on comments and photos provided by the agents involved, inspections performed, and data located in company files. Other adjustments reflect typical physical differences. All differences between the subject property and the comparables that were not adjusted for were considered nominal or similar, no adjustment was warranted in this appraisers opinion. All comparable sales were considered and weighted equally.

Indicated Value by Sales Comparison Approach $ 138,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# ADDITIONAL COMPARABLE SALES

File No.: PineGroveCt2

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 329 Walnut St  Hampton, VA 23669 | 104 Atwell Ln  Hampton, VA 23669 | | 307 Pine Grove Ave  Hampton, VA 23669 | | | |
| Proximity to Subject | | 0.13 miles W | | 0.29 miles NW | | | |
| Sale Price | $ | $ | 135,000 | $ | 140,000 | $ | |
| Sale Price/GLA | $        /sq.ft. | $ 142.41 /sq.ft. | | $ 162.04 /sq.ft. | | $        /sq.ft. | |
| Data Source(s) | Public Records | REIN MLS #10379366, DOM 6 | | REIN MLS #10376827, DOM 4 | | | |
| Verification Source(s) | Visual Inspect | City Records/REIN MLS/Ext Insp | | City Records/REIN MLS/Ext Insp | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Arms Length  FHA;0 | | Arms Length  Conventional;0 | | | |
| Date of Sale/Time | | 07/01/2021 | | 06/29/2021 | | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | N;Res | N;Res | | N;Res | | | |
| Site | 0.21 | 0.14 | 0 | 0.25 | 0 | | |
| View | N;Res | N;Res | | N;Res | | | |
| Design (Style) | Ranch | Ranch | | Ranch | | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Age | 68 | 69 | 0 | 69 | 0 | | |
| Condition | C3 | C3 | | C3 | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 5 | 3 | 1.0 | 6 | 3 | 1.0 | 0 | 5 | 3 | 1.0 | | |
| Gross Living Area | 786 sq.ft. | 948 sq.ft. | -3,200 | 864 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | Slab | Slab | | Slab | | | |
| Rooms Below Grade | 0 | 0 | | 0 | | | |
| Functional Utility | City/City | City/City | | City/City | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | | |
| Energy Efficient Items | Insulated | Insulated | | Insulated | | | |
| Garage/Carport | 1C dw | 1C dw | | 1C dw | | | |
| Porch/Patio/Deck | None | OP | -2,000 | None | | | |
| Fireplace | 0 | 0 | | 0 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -5,200 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net 3.9 %  Gross 3.9 % $ | 129,800 | Net 0.0 %  Gross 0.0 % $ | 140,000 | Net 0.0 %  Gross 0.0 % $ | |
| Summary of Sales Comparison Approach | See prior comments. | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL REPORT

File No.:    PineGroveCt2

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**    ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):    Site value estimate is based on a review of
recent land sales, tax records, and listings in the subject market area.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 60,000 |
|---|---|---|---|---|
| Source of cost data:    Marshall And Swift/Local Builders | DWELLING | 786 Sq.Ft. @ $ 89.00 | =$ | 69,954 |
| Quality rating from cost service:  Average   Effective date of cost data:  12/16/2021 | | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ | |
| The Marshall and Swift Residential Cost Handbook and local builders | | Sq.Ft. @ $ | =$ | |
| were utilized to help determine the replacement cost news. The | | Sq.Ft. @ $ | =$ | |
| modified Age-Life Method was used to estimate depreciation. The land | Appl, etc. | | =$ | 5,000 |
| to value ratio exceeds 30% which is typical of homes in this area. This | Garage/Carport | Sq.Ft. @ $ | =$ | |
| has no adverse affect on value or marketability. | Total Estimate of Cost-New | | =$ | 74,954 |
| | Less    Physical | Functional    External | | |
| | Depreciation    12,495 | | =$ | 12,495 |
| | Depreciated Cost of Improvements | | =$ | 62,459 |
| | "As-is" Value of Site Improvements | | =$ | 15,000 |
| | | | =$ | |
| Estimated Remaining Economic Life (if required):    50  Years | INDICATED VALUE BY COST APPROACH | | =$ | 137,459 |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**    ☐ The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $  1,050  X Gross Rent Multiplier  132  = $  138,600 | **Indicated Value by Income Approach** |
|---|---|

Summary of Income Approach (including support for market rent and GRM):    The gross rent multiplier was obtained from the rental data contained in
company files, MLS, and the sales data.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $  138,000 | Cost Approach (if developed) $  137,459 | Income Approach (if developed) $  138,600 |
|---|---|---|

Final Reconciliation    Both the cost and sales comparison approaches were considered in the estimated value with most emphasis being placed
on the sales comparison analysis. The cost approach is limited due to the estimated depreciation. The income approach is less reliable due
to the limited amount of rental data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:    This report meets the requirements of an appraisal report. The complete appraisal consist of information contained in this report and data located in company files.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $  138,000 , as of:  12/14/2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains  27  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☒ Cost Addendum | ☒ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☒ 1004MC | ☐ | ☐ |

| Client Contact:  757-386-0072 | Client Name:  Miguel & Michelle Sosa |
|---|---|
| E-Mail:  sosa7@cox.net | Address:  253 Beauregard Hts, Hampton, VA 23669 |

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) |
|---|---|
| | or CO-APPRAISER (if applicable) |
| Appraiser Name:  Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company:  Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Phone:  (757) 708-6059    Fax: | Company: |
| E-Mail:  bjp@tga757.com | Phone:    Fax: |
| Date of Report (Signature):  12/21/2021 | E-Mail: |
| License or Certification #:  4001017061    State:  VA | Date of Report (Signature): |
| Designation:  Licensed Real Estate Appraiser | License or Certification #:    State: |
| Expiration Date of License or Certification:  02/28/2023 | Designation: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Expiration Date of License or Certification: |
| Date of Inspection:  12/14/2021 | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Assumptions, Limiting Conditions & Scope of Work

| | | | | | | File No.: | PineGroveCt2 |
|---|---|---|---|---|---|---|---|
| Property Address: | 329 Walnut St | | City: | Hampton | | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | | | | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments:**

**Clarification of Intended Use and Intended Users**

The intended user of this appraisal report is the client. The intended use is to evaluate the property that is the subject of this appraisal report for asset value, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report      form, and definition of market value. No additional intended users are identified by the appraiser. Simply because a third party may       receive a copy of the appraisal report, does not mean that the third party is an intended user as that term is defined in this GP form.

**Inspection Comments**

The appraiser is not a home or environmental inspector. If a home or environmental inspection is utilized at the request of any of the parties to the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known to the appraiser, may impact the opinion of market value.

**Highest & Best Use:**

Defined: the reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

The highest and best use of the subject property "as vacant" and "as improved", considering its residential zoning and neighborhood character, is that of the subject's present use as a single family residential dwelling.

The Replacement Cost used in the cost approach are used for valuation purposes only. No-one, client or third party should rely on these figures for insurance purposes.

Please see additional addendum.

# Certifications

| | | | File No.: | PineGroveCt2 |
|---|---|---|---|---|
| Property Address: | 329 Walnut St | City: Hampton | State: VA | Zip Code: 23669 |
| Client: | Miguel & Michelle Sosa | Address: | 253 Beauregard Hts, Hampton, VA 23669 | |
| Appraiser: | Billie Jo Pelkey | Address: | 819 Cedar Point Circle, Elizabeth City, NC 27909 | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: 757-386-0072 | Client Name: Miguel & Michelle Sosa |
|---|---|
| E-Mail: sosa7@cox.net | Address: 253 Beauregard Hts, Hampton, VA 23669 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Billie Jo Pelkey* | |
| Appraiser Name: Billie Jo Pelkey | Supervisory or Co-Appraiser Name: |
| Company: | Company: |
| Phone: (757) 708-6059    Fax: | Phone:    Fax: |
| E-Mail: bjp@tga757.com | E-Mail: |
| Date Report Signed: 12/21/2021 | Date Report Signed: |
| License or Certification #: 4001017061    State: VA | License or Certification #:    State: |
| Designation: Licensed Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 02/28/2023 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 12/14/2021 | Date of Inspection: |

Label Matrix for local noticing
0422-4
Case 21-50907-FJS
Eastern District of Virginia
Newport News
Wed Dec 29 12:14:34 EST 2021

BANK OF AMERICA, N.A.
BWW Law Group, LLC
8100 Three Chopt Rd, Suite 240
Richmond, VA 23229-4833

Select Portfolio Servicing, Inc.
BWW Law Group, LLC
8100 Three Chopt Rd, Suite 240
Richmond, VA 23229-4833

United States Bankruptcy Court
2400 West Avenue, Suite 110
Newport News, VA 23607-4328

Alicia Sosa
253 Beauregard Heights
Hampton, VA 23669-1558

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

City of Newport News
Office of the Treasurer
PO Box 975
Newport News, VA 23607-0975

Convergent Outsourcing, Inc.
Attn: Bankruptcy
800 Sw 39th St, Ste 100
Renton, WA 98057-4927

Credence Resource Management, LLC
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287-7666

Credit Control Corporation
Attn: Bankruptcy
Po Box 120570
Newport News, VA 23612-0570

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Eliza Sosa
c/o Wayne Powell, Esquire
14407 Justice Road, Suite 1
Midlothian, VA 23113-6875

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680-9441

Hampton Circuit Court
Attn: Civil Division
PO Box 40
Hampton, VA 23669-0040

Internal Revenue Service
Centralized Insolvency Ops.
Post Office Box 7346
Philadelphia, PA 19101-7346

Linda Bremmer
408 Walnut Street
Hampton, VA 23669-2273

Midland Funding, LLC
PO Box 98875
Las Vegas, NV 89193-8875

Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261-9098

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SPS, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Sterling Chambers
112 Beverly Street
Hampton, VA 23669-1925

Wilmington Savings Fund Society, FSB, not in
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Christian D. DeGuzman
DeGuzman Law, PLLC
JANAF Office Building
5900 E. Virginia Beach Blvd.
Suite 507
Norfolk, VA 23502-2490

John P. Fitzgerald, III
Office of the U.S. Trustee, Region 4 -NN
200 Granby Street, Room 625
Norfolk, VA 23510-1819

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669-1558

R. Clinton Stackhouse Jr.
Chapter 12/13 Trustee
341 Dial 866-619-3642 Code: 3054410
7021 Harbour View Boulevard Suite 101
Suffolk, VA 23435-2869

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA 23502-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.                    (u)Nationstar Mortgage LLC d/b/a Mr. Cooper                    (u)Wilmington Savings Fund Society, FSB, not

(u)Johnnie Brickey                          End of Label Matrix
Daphia Drive                                Mailable recipients    26
                                            Bypassed recipients     4
                                            Total                  30