**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| IN RE:<br><br>**MIGUEL ANGEL SOSA AVILA,**<br><br>         **DEBTOR.** | **CHAPTER 13**<br>**CASE NO.: 21-50907-FJS** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **U.S. BANK NATIONAL TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISTION TRUST**<br>                    MOVANT,<br>V.<br><br>**MIGUEL ANGEL SOSA AVILA,**<br>      **DEBTOR,**<br>AND<br>**KELLY M. BARNHART,**<br>        **TRUSTEE.**<br>                RESPONDENTS. | FILED PURSUANT TO 11 U.S.C SECTION 362 |

## NOTICE OF MOTION AND HEARING THEREON

U.S. BANK NATIONAL TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISTION TRUST has filed papers with the Court to lift the Stay of 11 U.S.C. Section 362(a) on the property located at 253 BEAUREGARD HTS, HAMPTON, VA 23669.

_____
Brandon R Jordan
Virginia Bar # 72170
Robertson, Anschutz, Schneid & Crane LLC
11900 Parklawn Drive
Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Fax: 240-238-2767
Email: bjordan@rascrane.com
*Counsel to Movant*

1

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before the 14th day from the date of service of this Motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> United States Bankruptcy Court
> **EASTERN** District of Virginia
> 600 Granby Street, Room 400
> Norfolk, VA 23510-1915

You must also send a copy to:

> Brandon R. Jordan
> Robertson, Anschutz, Schneid & Crane LLC
> 11900 Parklawn Drive, Suite 310
> Rockville, MD 20852

And to:

> KELLY M. BARNHART, Trustee
> 7021 HARBOUR VIEW BLVD, SUITE 101
> SUFFOLK, VA 23435

Attend the hearing scheduled for **January 19, 2024 at 9:30 A.M.** to be held in at Newport News Courtroom, 2400 West Avenue, Newport News, VA 23607.

If you or your attorney do not take these steps, **the Court may decide you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief without holding a hearing.**

Date: December 12, 2023

> **/s/ BRANDON R. JORDAN**
> Brandon R. Jordan, Esquire
> VA Bar No. 72170
> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> 11900 Parklawn Drive, Suite 310
> Rockville, MD 20852
> Phone: 470-321-7112, ext. 52270
> Fax: (240) 238-2767
> Email: bjordan@raslg.com
> *Counsel for Movant*

# CERTIFICATE OF SERVICE

I certify that on December 12, 2023, a true copy of the foregoing Notice of Motion And Hearing Thereon was served upon all necessary parties by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Via U.S. Mail:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

Via CM/ECF:

Christian D. DeGuzman
DeGuzman Law, PLLC
JANAF Office Building
5900 E. Virginia Beach Blvd.
Suite 507
Norfolk, VA 23502

Kelly M. Barnhart
Chapter 12/13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435

Gerard R. Vetter
Office of the U.S. Trustee, Region 4 -NN
200 Granby Street, Room 625
Norfolk, VA 23510

/s/ **BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
VA Bar No. 72170
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Phone: 470-321-7112, ext. 52270
Fax: (240) 238-2767
Email: bjordan@raslg.com
*Counsel for Movant*