# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re:   Miguel Angel Sosa Avila,          XXX-XX-1639                          Case No.: 21-50907-FJS
                                                                                               Chapter 13

Debtor.

## <u>DIRECTIVE FOR VOLUNTARY PAYMENTS TO BE MADE BY DEBTOR</u>

The Debtor having filed a petition under Chapter 13, title 11 of the United States Code, or having converted this case from Chapter 7;

IT IS DIRECTED, that commencing immediately and continuing on the 7th day of each and every month thereafter until further Directive from the Trustee, the Debtor shall pay to KELLY M. BARNHART, TRUSTEE, using the TFS Bill Pay system, monthly payments as follows:

**$781.66 FOR 1 MONTH STARTING JAN 2022, THEN**
**$2,181.66 FOR 3 MONTHS STARTING FEB 2022, THEN**
**$1,992.72 FOR 23 MONTHS STARTING MAY 2022, THEN**
**$1,055.73 FOR 33 MONTHS STARTING APR 2024**.

The above monthly payments provide a total funding of **$87,998.29**.

**THIS DIRECTIVE IS ENTERED PURSUANT TO AMENDED STANDING ORDER 23-15 OF THE UNITED STATES BANKRTUPCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA**.

Dated: May 13, 2024                                /s/ Kelly M. Barnhart
                                                              Kelly M. Barnhart, VSB No. 65246
                                                              Chapter 13 Trustee
                                                              7021 Harbour View Blvd., Ste 101
                                                              Suffolk, VA  23435
                                                              Telephone: (757) 233-8294; (757) 226-0287
                                                              kbarnhart@kmbch13.com

## <u>Certificate of Service</u>

I hereby certify that a true copy of this Directive was sent to the Debtor, via first-class mail, postage prepaid, on May 13, 2024.

                                                              /s/ Kelly M. Barnhart
                                                              Kelly M. Barnhart
                                                              Chapter 13 Trustee