**United States Bankruptcy Court**
**Eastern District of Virginia**
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**Case Number**   21−50907−FJS
**Chapter**   13

**In re:**

Miguel Angel Sosa Avila
aka Miguel Angel Sosa
253 Beauregard Heights
Hampton, VA 23669

SSN: xxx−xx−1639                              EIN: NA

**NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR
AMENDED/MODIFIED CHAPTER 13 PLAN**

Notice is hereby given of the entry of an order of this court on May 14, 2024, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   May 14, 2024                    For the Court,

                                         William C. Redden, Clerk
[ntcConfCh13PlanvNov2020.jsp]            United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Miguel Angel Sosa Avila  
    Debtor

Case No. 21-50907-FJS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-6     User: JillGlenn     Page 1 of 3  
Date Rcvd: May 14, 2024     Form ID: ntc13cfp     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Angel Sosa Avila, 253 Beauregard Heights, Hampton, VA 23669-1558 |
| cr | + | BANK OF AMERICA, N.A., BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| cr | + | Select Portfolio Servicing, Inc., BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| 15789620 | + | Alicia Sosa, 253 Beauregard Heights, Hampton, VA 23669-1558 |
| 15789623 | | City of Newport News, Office of the Treasurer, PO Box 975, Newport News, VA 23607-0975 |
| 15789628 | + | Eliza Sosa, c/o E. Wayne Powell, Esquire, 421 Branchway Rd., N. Chesterfield, VA 23236-3034 |
| 15789630 | + | Hampton Circuit Court, Attn: Civil Division, PO Box 40, Hampton, VA 23669-0040 |
| 15789632 | + | Linda Bremmer, 408 Walnut Street, Hampton, VA 23669-2273 |
| 15789633 | | Midland Funding, LLC, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15799823 | + | Sterling Chambers, 112 Beverly Street, Hampton, VA 23669-1925 |
| 15826860 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2024 00:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15789621 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 00:34:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15823010 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 00:34:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 15789626 | | Email/Text: bankruptcy@credcontrol.com | May 15 2024 00:34:00 | Credit Control Corporation, Attn: Bankruptcy, Po Box 120570, Newport News, VA 23612-0000 |
| 15789622 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 01:00:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15789624 | + | Email/Text: convergent@ebn.phinsolutions.com | May 15 2024 00:35:03 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 15789625 | + | Email/Text: bankruptcy@credencerm.com | May 15 2024 00:35:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 15789627 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2024 00:59:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15789629 | | Email/Text: ECF@fayservicing.com | May 15 2024 00:34:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-0000 |
| 15799822 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 00:34:00 | Internal Revenue Service, Centralized Insolvency Ops., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 15818614 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 00:49:32 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 21-50907-FJS   Doc 111   Filed 05/16/24   Entered 05/17/24 00:14:37   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0422-6 | User: JillGlenn | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: ntc13cfp | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15794025 | | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | May 15 2024 00:34:00 | Wilmington Savings Fund Society, FSB, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15789634 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 15 2024 00:34:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15820480 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 15 2024 00:34:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15789635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 15 2024 00:49:04 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-0000 |
| 16189962 | + | Email/Text: RASEBN@raslg.com | | |
| | | | May 15 2024 00:34:00 | Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15789636 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | May 15 2024 00:35:00 | SPS, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15817492 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | May 15 2024 00:35:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15974374 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | May 15 2024 00:34:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 16189695 | + | Email/Text: RASEBN@raslg.com | | |
| | | | May 15 2024 00:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Eliza Sosa |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| 15789631 | | Johnnie Brickey, Daphia Drive |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | SELECT PORTFOLIO SERVICING, INC., BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024          Signature:     /s/Gustava Winters

District/off: 0422-6     User: JillGlenn     Page 3 of 3
Date Rcvd: May 14, 2024     Form ID: ntc13cfp     Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Brandon R. Jordan | on behalf of Creditor U.S. Bank Trust National Association bjordan@raslg.com  rascrane@ecf.courtdrive.com |
| Christian D. DeGuzman | on behalf of Debtor Miguel Angel Sosa Avila cdd147@gmail.com deguzmanlaw@gmail.com,christian@deguzmanlawfirm.com;deguzman.christiand.r116544@notify.bestcase.com |
| Dane Exnowski | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ernest Wayne Powell | on behalf of Plaintiff Eliza Sosa wpowell@ewplg.com |
| Ernest Wayne Powell | on behalf of Creditor Eliza Sosa wpowell@ewplg.com |
| Gerard R. Vetter | ustpregion04.no.ecf@usdoj.gov |
| Heather Diane Bock | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 heather.bock@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jason Meyer Krumbein | on behalf of Defendant Miguel Angel Sosa Avila jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email |
| Kelly M. Barnhart | kbarnhart@kmbch13.com |
| Kelly Megan Barnhart | on behalf of Trustee R. Clinton Stackhouse  Jr. barnhart@rgblawfirm.com, janice@rgblawfirm.com |
| Kinnera Bhoopal | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Linda Pierre | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Maria A. Tsagaris | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mary F. Balthasar Lake | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor BANK OF AMERICA  N.A. Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor Select Portfolio Servicing  Inc. Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Phillip Raymond | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| William M. Savage | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com |

TOTAL: 20