**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

In re:  Miguel Angel Sosa Avila,                                Case No.: 21-50907-FJS
                                                                                                                                       Chapter 13

Debtor.

## ORDER CONFIRMING PLAN

The Chapter 13 Plan (the "**Plan**") filed by the Debtor on April 12, 2024, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the Plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1)      The Plan as filed or modified is CONFIRMED.

(2)      Upon entry of this order, all property of the estate revests in the Debtor. Notwithstanding such revesting, the Debtor shall not, without obtaining prior court approval, as it relates to real or personal property: transfer, sell, acquire, encumber, refinance, enter into a loan modification, or incur debt (whether secured or unsecured) exceeding the cumulative total of $5,000.00 in principal. A motion seeking approval of any such transaction shall (i) provide proper notice to the Chapter 13 Trustee and all other appropriate parties and (ii) include a complete disclosure of the terms of the proposed transaction.

(3)      All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.

All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor at their address of record.

All undisbursed funds on deposit with the Chapter 13 Trustee on or after the date of an order of conversion shall be disbursed to the Debtor.

(4)      The holder of each secured claim provided for in paragraphs 4A or 4D of the Plan shall retain the lien securing such claim until the earlier of (i) the payment of the underlying debt determined under nonbankruptcy law or (ii) discharge under § 1328 or (iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding. If this case is dismissed or converted without completion of the Plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.

(5)     The Debtor shall provide copies of tax returns to the Chapter 13 Trustee upon request.

(6)     In any chapter 13 case (1) that involves any claim that is secured by a security interest in the Debtor's principal residence for which the plan provides that either the trustee or Debtor will make contractual installment payments and (2) where there is no order terminating or annulling the automatic stay related to such claim, the Debtor shall file, within 30 days of completion of the plan payments due under the terms of any confirmed plan, a certification (in addition to the certification required under LBR 4008-2(A)) as to whether all contractual installment payments due during the life of the case have been made. If the Debtor fails to timely file a certification, or if the Debtor's certification states that not all contractual installment payments were made during the Chapter 13 case, the standing trustee shall file a motion to dismiss without a discharge.

Date: May 14 2024

/s/ Frank J Santoro
United States Bankruptcy Judge

Entered on Docket: May 14 2024

I ask for this:

/s/ Kelly M. Barnhart
Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee
7021 Harbour View Blvd., Ste 101
Suffolk, VA  23435
Telephone: (757) 233-8294; (757) 226-0287
kbarnhart@kmbch13.com

**PARTIES TO RECEIVE COPIES**:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

Christian D'Angelo DeGuzman, Esquire
5900 E Virginia Beach Blvd Ste 507
Janaf Office Building
Norfolk, VA 23502

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 21-50907-FJS
Miguel Angel Sosa Avila  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6      User: JillGlenn      Page 1 of 3
Date Rcvd: May 14, 2024      Form ID: pdford3      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Angel Sosa Avila, 253 Beauregard Heights, Hampton, VA 23669-1558 |
| cr | + | BANK OF AMERICA, N.A., BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| cr | + | Select Portfolio Servicing, Inc., BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| 15789620 | + | Alicia Sosa, 253 Beauregard Heights, Hampton, VA 23669-1558 |
| 15789623 | | City of Newport News, Office of the Treasurer, PO Box 975, Newport News, VA 23607-0975 |
| 15789628 | + | Eliza Sosa, c/o E. Wayne Powell, Esquire, 421 Branchway Rd., N. Chesterfield, VA 23236-3034 |
| 15789630 | + | Hampton Circuit Court, Attn: Civil Division, PO Box 40, Hampton, VA 23669-0040 |
| 15789632 | + | Linda Bremmer, 408 Walnut Street, Hampton, VA 23669-2273 |
| 15789633 | | Midland Funding, LLC, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15799823 | + | Sterling Chambers, 112 Beverly Street, Hampton, VA 23669-1925 |
| 15826860 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.no.ecf@usdoj.gov | May 15 2024 00:35:00 | UST smg Newport News, Office of the U. S. Trustee, 200 Granby Street Room 625, Norfolk, VA 23510-1814 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2024 00:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15789621 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 00:34:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15823010 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 00:34:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 15789626 | | Email/Text: bankruptcy@credcontrol.com | May 15 2024 00:34:00 | Credit Control Corporation, Attn: Bankruptcy, Po Box 120570, Newport News, VA 23612-0000 |
| 15789622 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 00:59:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15789624 | + | Email/Text: convergent@ebn.phinsolutions.com | May 15 2024 00:35:03 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 15789625 | + | Email/Text: bankruptcy@credencerm.com | May 15 2024 00:35:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 15789627 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2024 01:00:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15789629 | | Email/Text: ECF@fayservicing.com | May 15 2024 00:34:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-0000 |
| 15799822 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 00:34:00 | Internal Revenue Service, Centralized Insolvency |

Case 21-50907-FJS   Doc 112   Filed 05/16/24   Entered 05/17/24 00:14:37   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0422-6 | User: JillGlenn | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdford3 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ops., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 15818614 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 00:49:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15794025 | | Email/Text: BankruptcyECFMail@mccalla.com | May 15 2024 00:34:00 | Wilmington Savings Fund Society, FSB, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15789634 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2024 00:34:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15820480 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2024 00:34:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15789635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:49:09 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-0000 |
| 16189962 | + | Email/Text: RASEBN@raslg.com | May 15 2024 00:34:00 | Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15789636 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 00:35:00 | SPS, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15817492 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 00:35:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15974374 | + | Email/Text: bkteam@selenefinance.com | May 15 2024 00:34:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 16189695 | + | Email/Text: RASEBN@raslg.com | May 15 2024 00:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Eliza Sosa |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| 15789631 | | Johnnie Brickey, Daphia Drive |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | SELECT PORTFOLIO SERVICING, INC., BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2024     Signature:     /s/Gustava Winters

Case 21-50907-FJS   Doc 112   Filed 05/16/24   Entered 05/17/24 00:14:37   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0422-6 | User: JillGlenn | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdford3 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Brandon R. Jordan | on behalf of Creditor U.S. Bank Trust National Association bjordan@raslg.com rascrane@ecf.courtdrive.com |
| Christian D. DeGuzman | on behalf of Debtor Miguel Angel Sosa Avila cdd147@gmail.com deguzmanlaw@gmail.com,christian@deguzmanlawfirm.com;deguzman.christiand.r116544@notify.bestcase.com |
| Dane Exnowski | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ernest Wayne Powell | on behalf of Plaintiff Eliza Sosa wpowell@ewplg.com |
| Ernest Wayne Powell | on behalf of Creditor Eliza Sosa wpowell@ewplg.com |
| Gerard R. Vetter | ustpregion04.no.ecf@usdoj.gov |
| Heather Diane Bock | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 heather.bock@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jason Meyer Krumbein | on behalf of Defendant Miguel Angel Sosa Avila jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email |
| Kelly M. Barnhart | kbarnhart@kmbch13.com |
| Kelly Megan Barnhart | on behalf of Trustee R. Clinton Stackhouse Jr. barnhart@rgblawfirm.com, janice@rgblawfirm.com |
| Kinnera Bhoopal | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Linda Pierre | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Maria A. Tsagaris | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mary F. Balthasar Lake | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor BANK OF AMERICA N.A. Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor Select Portfolio Servicing Inc. Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Phillip Raymond | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| William M. Savage | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com |

TOTAL: 20