## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

### OMNIBUS SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Brandon R. Jordan hereby withdraws his appearance as counsel of record for creditors in the bankruptcy cases listed on the attached Exhibit A, as he has resigned from the firm Robertson, Anschutz, Schneid, Crane & Partners, PLLC effective August 30, 2024.

Attorney Keith M. Yacko hereby enters his appearance as counsel of record for the same creditors in the cases listed on the attached Exhibit A and requests that he be placed on the mailing list of those creditors, parties in interest, and counsel who receive all notices in these proceedings.

Dated: August 30, 2024

| | |
|---|---|
| By: **/s/ Keith M. Yacko** | By: **/s/ BRANDON R. JORDAN** |
| Keith Yacko, Esquire | Brandon R. Jordan, Esquire |
| Keith M. Yacko, VSB #37854 | VSB No. 72170 |

Effective Date of Substitution: August 30, 2024



20-059003 - BrJ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2024, I caused this Substitution of Counsel to be served through the Court's CM/ECF electronic filing system to the parties in the cases listed in the attached Exhibit A.

    **/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire VA Bar No. 72170
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Phone: 470-321-7112, ext. 52270
Fax: (240) 238-2767
Email: bjordan@raslg.com

20-059003 - BrJ

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 19-50484-SCS | Richard Alan Marshall and Tommie Ann Marshall | 13 | 04/05/19 | N/A | N/A |
| 19-50581-SCS | Darlene Pegram | 13 | 04/19/19 | N/A | N/A |
| 19-50790-SCS | Cindy Lou Jordan | 13 | 06/03/19 | N/A | N/A |
| 19-51211-SCS | Carolyn Sandra Harris | 13 | 08/21/19 | N/A | N/A |
| 19-51482-SCS | Shawn Elliott Robinson and Catherine Lorraine Robinson | 13 | 10/14/19 | N/A | N/A |
| 19-51555-SCS | Tony Curtis Carr | 13 | 10/24/19 | N/A | N/A |
| 19-51711-FJS | Dwayne Donald Harms | 13 | 11/22/19 | N/A | N/A |
| 20-50100-FJS | Nancy Carroll Hill | 13 | 01/23/20 | N/A | N/A |
| 20-50202-SCS | Juanita Congo Seay | 13 | 02/13/20 | N/A | N/A |
| 20-50251-SCS | Thomas Daryle Middleton and Felicia Yvonne Johnson | 13 | 02/21/20 | N/A | N/A |
| 20-51119-FJS | James W Austin and Linda Major Austin | 13 | 10/23/20 | N/A | N/A |
| 20-51161-FJS | Frederica Telma Stevens | 13 | 11/04/20 | N/A | N/A |
| 20-51163-SCS | James E. Warren, Jr. | 13 | 11/05/20 | N/A | N/A |
| 20-51237-FJS | Camaron Jordan Woods and Latasha Nicole Woods | 13 | 12/03/20 | N/A | N/A |
| 20-51308-SCS | Daisy Mae Clemons | 13 | 12/28/20 | N/A | N/A |
| 21-50087-FJS | Denise Johns | 13 | 02/01/21 | N/A | N/A |
| 21-50208-SCS | Robert W. Wilson, Jr. | 13 | 03/16/21 | N/A | N/A |
| 21-50367-SCS | Tamika Lashawn Pinn | 13 | 04/27/21 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 21-50375-SCS | Linda Fraser | 13 | 04/29/21 | N/A | N/A |
| 21-50376-FJS | Willie Claude Stephenson, Jr. and Sherri Marlina Knight-Stephenson | 13 | 04/30/21 | N/A | N/A |
| 21-50622-SCS | Rudolph Shaw, Jr. | 13 | 07/28/21 | N/A | N/A |
| 21-50895-SCS | Suzanne Renee Mullins | 13 | 12/03/21 | N/A | N/A |
| 21-50907-FJS | Miguel Angel Sosa Avila | 13 | 12/08/21 | N/A | N/A |
| 22-50095-FJS | Johnny Oliver Stallings, Sr. | 13 | 02/18/22 | N/A | N/A |
| 22-50205-SCS | Ervin Enos Bailey | 13 | 04/01/22 | N/A | N/A |
| 22-50280-SCS | Deborah Lovelace Wright | 13 | 04/27/22 | N/A | N/A |
| 22-50283-FJS | Michael Anthony Wade | 13 | 04/28/22 | N/A | N/A |
| 22-50415-SCS | Henry Harold Pittman | 7 | 07/05/22 | N/A | N/A |
| 22-50500-SCS | Rebecca Aimee Duncan | 13 | 08/09/22 | N/A | N/A |
| 22-50754-SCS | Jason Edward Pickens and Jerri Beth Pickens | 13 | 11/16/22 | N/A | N/A |
| 22-50768-SCS | Jenever Hill Brown | 13 | 11/18/22 | N/A | N/A |
| 22-50774-FJS | George Herman Turner, Jr. | 13 | 11/21/22 | N/A | N/A |
| 22-50816-SCS | Sandra Lynn Holsten | 13 | 12/08/22 | N/A | N/A |
| 23-50059-FJS | John Omar Ruiz, Jr. | 13 | 01/27/23 | N/A | N/A |
| 23-50225-FJS | Sherri Lynn Jackson | 13 | 03/22/23 | N/A | N/A |
| 23-50237-SCS | Saundra P. Green | 13 | 03/28/23 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 23-50316-FJS | Robin Alicia Jones | 13 | 04/28/23 | N/A | N/A |
| 23-50367-FJS | Sylvia Eviet Jordan | 13 | 05/17/23 | N/A | N/A |
| 23-50496-FJS | Clyde D. Johnson | 13 | 07/13/23 | N/A | N/A |
| 23-50514-FJS | Alexsondra Parks Barnes | 13 | 07/20/23 | N/A | N/A |
| 23-50568-SCS | Roy White and Cynthia White | 13 | 08/14/23 | N/A | N/A |
| 23-50578-FJS | Jimmy Allen and Blossie Mae Massenburg | 13 | 08/17/23 | N/A | N/A |
| 23-50602-FJS | Richard Victor Arms and Pamela Kaye Arms | 13 | 08/28/23 | N/A | N/A |
| 23-50628-SCS | Zina Maria Taliaferro | 13 | 09/08/23 | N/A | N/A |
| 23-50770-SCS | Lynnette Joan Cain | 13 | 10/27/23 | N/A | N/A |
| 23-50908-SCS | Michael Anthony McManus and Belinda McClendon-McManus | 13 | 12/13/23 | N/A | N/A |
| 23-50918-SCS | Antonio Carlos Newman | 13 | 12/18/23 | N/A | N/A |
| 24-50005-FJS | Karen N. Davis | 13 | 01/02/24 | N/A | N/A |
| 24-50023-FJS | Lee Allan Thorne and Susan Renee Bryant | 13 | 01/11/24 | N/A | N/A |
| 24-50158-FJS | Calvin Drew | 13 | 03/05/24 | N/A | N/A |
| 24-50175-SCS | Vincent Edward Teel and Lavarr Vanessa Teel | 13 | 03/08/24 | N/A | N/A |
| 24-50320-FJS | Doris Jean Nelson | 13 | 04/30/24 | N/A | N/A |
| 24-50327-SCS | Paul Hansin and Kathy Horseman Hansin | 13 | 05/02/24 | N/A | N/A |
| 24-50333-FJS | Adolfo Castro and Elizabeth Ann Castro | 13 | 05/06/24 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 24-50342-SCS | Charmell JoAnne Wright | 7 | 05/09/24 | N/A | N/A |
| 24-50373-SCS | Elizabeth Auguste Harris | 7 | 05/20/24 | N/A | N/A |
| 24-50507-FJS | Danny Carlton Ramsey | 7 | 07/11/24 | N/A | N/A |