## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### NOTICE OF WITHDRAWAL AND SUBSTITUTION
### OF COUNSEL

PLEASE TAKE NOTICE that Robertson, Anschutz, Schneid, Crane, & Partners PLLC, by counsel, hereby gives notice that Trenita J. Stewart (VSB #48412) withdraws as counsel from the cases listed on attached Exhibit A effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE THAT Keith M. Yacko, Esq., an attorney employed by Robertson, Anschutz, Schneid, Crane, & Partners PLLC, will be substituted as counsel in place of Trenita J. Stewart in the cases listed on the attached Exhibit A.

Dated: January 16, 2025

    Respectfully Submitted,
    Robertson, Anschutz, Schneid, Crane, &
    Partners PLLC,

    By:

    /s/ *Trenita J. Stewart*_____
    Trenita J. Stewart, VSB # 48412

    /s/__*Keith M. Yacko*_____
    Keith M. Yacko, Esq. VSB # 37854

### CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of January, 2025, a copy of the foregoing Notice of Withdrawal and Substitution of Counsel was served electronically via the CM/ECF system.

    /s/ *Trenita J. Stewart*_____
    Trenita J. Stewart, VSB # 48412

**EXHIBIT A**

| | Case No. | Case Title | Chapter/Date Filed | | | |
|---|---|---|---|---|---|---|
| Stewart, Trenita Jackson (aty) (277 cases) | 16-13433-BFK | Darrall A Griffin | 11 | 10/09/16 | N/A | N/A |
| | 17-35415-BFK | Courtney Darlene Ferrell | 13 | 10/30/17 | N/A | N/A |
| | 18-10001-BFK | Scott David Gale and Janice Gale | 13 | 01/01/18 | N/A | N/A |
| | 18-10492-KHK | Cathy Alphena Harris | 13 | 02/13/18 | N/A | N/A |
| | 18-32038-KLP | Latney M. Smith | 13 | 04/17/18 | N/A | N/A |
| | 18-34358-BFK | Pamela Sue Hill | 13 | 08/27/18 | N/A | N/A |
| | 18-35037-KLP | Timothy Wayne Blankenship and Stacey Celia Blankenship | 13 | 10/05/18 | N/A | N/A |
| | 19-13384-BFK | Young Hee Ko | 13 | 10/15/19 | N/A | N/A |
| | 19-13415-KHK | Hilary J Summers-Royce | 13 | 10/17/19 | N/A | N/A |
| | 19-14102-KHK | Thanh Trung Nguyen and Lynn Tran | 13 | 12/17/19 | N/A | N/A |
| | 19-30609-KLP | Bonnie Jane Brown | 13 | 02/05/19 | N/A | N/A |
| | 19-33004-KLP | Angela Genise Irby | 13 | 06/05/19 | N/A | N/A |
| | 19-33490-KLP | Linda Lee Magoon | 13 | 07/02/19 | N/A | N/A |
| | 19-33518-BFK | Wilbert Collin Getties and Geneva Moore Getties | 13 | 07/03/19 | N/A | N/A |
| | 19-33563-BFK | Shelynda Lavetta Colbert-Capers | 13 | 07/09/19 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-33676-KLP | Darryl Frederick Husband, Sr. | 13 | 07/16/19 | N/A | N/A |
| | 19-33701-BFK | Marcia Roberta Bracy | 13 | 07/17/19 | N/A | N/A |
| | 19-33974-KLP | Steven A. Genett and Kathleen A. Genett | 13 | 07/31/19 | N/A | N/A |
| | 19-34146-KHK | Karen Michelle Hopkins | 13 | 08/09/19 | N/A | N/A |
| | 19-34158-KLP | Matasha Denise Watson | 13 | 08/09/19 | N/A | N/A |
| | 19-34217-KHK | Jason Troy Pye and Sharon Renee Pye | 13 | 08/14/19 | N/A | N/A |
| | 19-34247-KLP | Calvin Edward Davis | 13 | 08/15/19 | N/A | N/A |
| | 19-34436-KHK | Courtney Demain Hall and Shereeta Yvette Hall | 13 | 08/25/19 | N/A | N/A |
| | 19-34860-KLP | Travis Orrin Beard and Jessica Nicole Beard | 13 | 09/18/19 | N/A | N/A |
| | 19-35165-KLP | Ronald Lee Davis and Teresa Lee Davis | 13 | 10/01/19 | N/A | N/A |
| | 19-35307-KLP | Adam M. Williams and Brittany N. Williams | 13 | 10/08/19 | N/A | N/A |
| | 19-35352-FJS | Daisy Day Foster | 13 | 10/10/19 | N/A | N/A |
| | 19-35781-BFK | Larry Darwin James, Sr. and Pauletta Denise James | 13 | 10/31/19 | N/A | N/A |
| | 19-36047-BFK | Thomas D. Delbridge and Dorissa S. Delbridge | 13 | 11/18/19 | N/A | N/A |
| | 19-36299-BFK | Rafael F Garcia | 13 | 12/02/19 | N/A | N/A |
| | 19-36318-BFK | Richard Dennis Sharp, Jr. and Laura Merideth Sharp | 13 | 12/03/19 | N/A | N/A |
| | 19-36453-KLP | Carl Fredrick Smith, Sr. | 13 | 12/12/19 | N/A | N/A |

| | Case # | Debtor(s) | Ch | Filed | | |
|---|---|---|---|---|---|---|
| | 19-36521-KLP | Felicia Marie Campbell | 13 | 12/16/19 | N/A | N/A |
| | 19-36570-FJS | Leslie Theresa Moore | 13 | 12/18/19 | N/A | N/A |
| | 19-51211-SCS | Carolyn Sandra Harris | 13 | 08/21/19 | N/A | N/A |
| | 19-51319-FJS | Cheryl Johnson Andrews | 13 | 09/12/19 | N/A | N/A |
| | 19-73930-SCS | Kara Lisa Rea | 13 | 10/22/19 | N/A | N/A |
| | 19-74060-SCS | Jack C. Bryant and Patricia Anne Bryant | 13 | 10/31/19 | N/A | N/A |
| | 19-74132-FJS | Garry Strawn Cofield and Rita Weaver Cofield | 13 | 11/06/19 | N/A | N/A |
| | 19-74270-SCS | Russell Anthony Drewrey | 13 | 11/18/19 | N/A | N/A |
| | 20-10015-KHK | Yvonne V Morales | 13 | 01/03/20 | N/A | N/A |
| | 20-12139-KHK | Edwin R. Ferrell | 13 | 09/23/20 | N/A | N/A |
| | 20-12698-KHK | William Russell Harvey | 13 | 12/14/20 | N/A | N/A |
| | 20-30026-KLP | Sharonda Lee Cunningham | 13 | 01/02/20 | N/A | N/A |
| | 20-30601-KLP | Karen Lorraine Demps | 13 | 02/04/20 | N/A | N/A |
| | 20-30642-KLP | Barbara H. Adams | 13 | 02/06/20 | N/A | N/A |
| | 20-30922-KLP | Derek Demond Crocker | 13 | 02/21/20 | N/A | N/A |
| | 20-31391-KLP | Marylinn Christine Minor | 13 | 03/11/20 | N/A | N/A |
| | 20-31537-KLP | Denita Johnson Taylor | 13 | 03/17/20 | N/A | N/A |

|  | Case | Debtor | Ch | Filed | | |
|---|---|---|---|---|---|---|
|  | 20-31977-KLP | Phyllis Tine Bullock | 13 | 04/17/20 | N/A | N/A |
|  | 20-32436-KLP | Robert W. Woodley, Jr. | 13 | 05/22/20 | N/A | N/A |
|  | 20-33482-KLP | Jody Terrell Williams | 13 | 08/17/20 | N/A | N/A |
|  | 20-33733-KLP | Van Nessa Davis-Thornton | 13 | 09/04/20 | N/A | N/A |
|  | 20-34532-FJS | Matthew Brian Cahen | 13 | 11/12/20 | N/A | N/A |
|  | 20-34546-KLP | Tony Edward Cosby | 13 | 11/13/20 | N/A | N/A |
|  | 20-34739-KLP | Bobby Gene Brittle and LaRue Dean Brittle | 7 | 12/01/20 | N/A | N/A |
|  | 20-35037-FJS | Jeffrey Green | 13 | 12/31/20 | N/A | N/A |
|  | 20-51032-SCS | Jennifer Dawn Kennedy | 13 | 09/24/20 | N/A | N/A |
|  | 20-71082-SCS | Ronnie Carthen Anderson and Felecia Marie Anderson | 13 | 03/27/20 | N/A | N/A |
|  | 20-71152-SCS | Michael A. McNeal and Linda F. McNeal | 13 | 04/02/20 | N/A | N/A |
|  | 20-71618-SCS | Naomi Frost Jackson | 13 | 05/28/20 | N/A | N/A |
|  | 20-71801-SCS | Kwan Soon Lord | 13 | 06/19/20 | N/A | N/A |
|  | 20-71942-FJS | Darrick Renarche White | 13 | 07/06/20 | N/A | N/A |
|  | 20-72669-FJS | Leontine Teasley Bracy | 13 | 09/30/20 | N/A | N/A |
|  | 21-10024-KHK | Yvette Dawn Ware | 13 | 01/08/21 | N/A | N/A |
|  | 21-10395-KHK | Charles Guillermo Prat | 13 | 03/12/21 | N/A | N/A |

| | Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|---|
| | 21-10984-BFK | Greta E Summerville | 13 | 05/31/21 | N/A | N/A |
| | 21-11683-KHK | Thomas Richard-Lee Cross | 13 | 10/06/21 | N/A | N/A |
| | 21-30398-BFK | Stanley Bernard Stith | 13 | 02/05/21 | N/A | N/A |
| | 21-31503-KLP | Gregory A Oley | 13 | 05/06/21 | N/A | N/A |
| | 21-31608-KHK | Paul Cohen | 13 | 05/14/21 | N/A | N/A |
| | 21-32023-KLP | Cherrelle Lee Hurt | 13 | 06/25/21 | N/A | N/A |
| | 21-32033-KLP | David M. Carter and Angela T. Carter | 13 | 06/27/21 | N/A | N/A |
| | 21-32379-KLP | Lisa Ellen Homza | 13 | 08/02/21 | N/A | N/A |
| | 21-32798-KLP | Arnetta Price Brackett | 13 | 09/16/21 | N/A | N/A |
| | 21-32996-KLP | Sandra Lee Wayne | 13 | 10/06/21 | N/A | N/A |
| | 21-33289-KHK | Demetrius Andre Carter and Laura Wiggins Carter | 13 | 11/02/21 | N/A | N/A |
| | 21-70996-SCS | Linda Denise Beverly | 13 | 05/07/21 | N/A | N/A |
| | 21-71468-FJS | Sylvester Lee and Sandy M. Lee | 13 | 07/21/21 | N/A | N/A |
| | 21-71508-SCS | Clemetta Devonne Harrison | 13 | 07/28/21 | N/A | N/A |
| | 21-72163-FJS | Alex Torres and Donna Lee Torres | 13 | 11/15/21 | N/A | N/A |
| | 21-72228-SCS | Sherman Charles Pierce and Valerie Lorraine Pierce | 13 | 11/24/21 | N/A | N/A |
| | 22-10511-BFK | Walter Schatz, Jr. | 13 | 04/25/22 | N/A | N/A |

| | Case | Debtor(s) | Ch | Filed | | |
|---|---|---|---|---|---|---|
| | 22-10848-KHK | William Anthony Duggan and Theresa Leonard Duggan | 13 | 06/30/22 | N/A | N/A |
| | 22-10874-KHK | Allyson Catherine Reilly | 13 | 07/07/22 | N/A | N/A |
| | 22-11377-KHK | Jin Sang Ryu | 13 | 10/14/22 | N/A | N/A |
| | 22-11491-KHK | James Todd O'Neill | 13 | 11/01/22 | N/A | N/A |
| | 22-11647-KHK | Daniel A Nix and Kelly M Nix | 13 | 11/30/22 | N/A | N/A |
| | 22-30993-KHK | Michael G. Johnson, Sr. and Margaret Hence-Johnson | 13 | 04/15/22 | N/A | N/A |
| | 22-31040-FJS | Johnny Williams | 13 | 04/20/22 | N/A | N/A |
| | 22-31591-KLP | Wanda Ann Reynolds | 13 | 06/15/22 | N/A | N/A |
| | 22-32392-BFK | Todd D. Norris | 13 | 08/31/22 | N/A | N/A |
| | 22-32810-FJS | Valencia Petrina Townsend | 13 | 10/06/22 | N/A | N/A |
| | 22-33022-KHK | Margaret Ann Berry | 13 | 10/24/22 | N/A | N/A |
| | 22-33088-KHK | Nelson Lester Perry | 13 | 10/28/22 | N/A | N/A |
| | 22-33093-FJS | Anya Monet Lanier | 13 | 10/31/22 | N/A | N/A |
| | 22-50095-FJS | Johnny Oliver Stallings, Sr. | 13 | 02/18/22 | N/A | N/A |
| | 22-50500-SCS | Rebecca Aimee Duncan | 13 | 08/09/22 | N/A | N/A |
| | 22-70060-SCS | Shelia Gordon Burton | 13 | 01/14/22 | N/A | N/A |
| | 22-71328-SCS | Shairon Kodell Gregory and Jennette Deandra Gregory | 13 | 08/05/22 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 22-71843-FJS | Roberto Mangione, Jr. | 13 | 11/01/22 | N/A | N/A |
| | 22-72006-FJS | Calvin Roosevelt Hicks, Jr. | 13 | 11/28/22 | N/A | N/A |
| | 23-10882-KHK | Andy H Sakka | 13 | 05/26/23 | N/A | N/A |
| | 23-10958-KHK | Marco Antonio Jimenez and Maria Roxana Jimenez | 7 | 06/08/23 | N/A | N/A |
| | 23-11451-KHK | Fernando Xavier Landivar | 13 | 09/08/23 | N/A | N/A |
| | 23-11911-BFK | Joann I Donis and Constantinos D Donis | 13 | 11/21/23 | N/A | N/A |
| | 23-12013-BFK | Steven Williams Baden | 13 | 12/10/23 | N/A | N/A |
| | 23-30018-BFK | Ibolya J. Lewis | 13 | 01/04/23 | N/A | N/A |
| | 23-30211-KHK | Marcel Alonzo Minor | 13 | 01/23/23 | N/A | N/A |
| | 23-30487-KHK | Cheryl A. McGuire | 13 | 02/15/23 | N/A | N/A |
| | 23-30513-KLP | Betty Jean Ryman | 13 | 02/16/23 | N/A | N/A |
| | 23-30827-KLP | Diane Harris Wilson | 13 | 03/10/23 | N/A | N/A |
| | 23-30876-KLP | Conway E King and Michelle J. King | 13 | 03/14/23 | N/A | N/A |
| | 23-30973-KLP | William Richard Cowling, III | 13 | 03/21/23 | N/A | N/A |
| | 23-31420-KLP | Da'Mon La'Kei Charity | 13 | 04/24/23 | N/A | N/A |
| | 23-31536-KLP | Renee Richardson | 13 | 05/01/23 | N/A | N/A |
| | 23-31807-KHK | Linda L Ferguson | 13 | 05/25/23 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-31983-FJS | Tanya Nicole Brown | 13 | 06/09/23 | N/A | N/A |
| | 23-32308-KHK | Kevin Maurice Lee and Jackqueline Jackson Lee | 13 | 07/07/23 | N/A | N/A |
| | 23-32469-KLP | Ulrica Graham Smallwood | 13 | 07/20/23 | N/A | N/A |
| | 23-32475-KLP | Anthony Wayne Holt | 13 | 07/20/23 | N/A | N/A |
| | 23-32890-FJS | Marcia Anita Rhodes | 13 | 08/24/23 | N/A | N/A |
| | 23-32946-KLP | Javier Bernardo Vargas and Jelissa Magdalena Vargas | 13 | 08/28/23 | N/A | N/A |
| | 23-33145-FJS | Bruce Mcallister Baker, Sr. | 13 | 09/13/23 | N/A | N/A |
| | 23-33292-KHK | Diana Gordon Williams | 7 | 09/25/23 | N/A | N/A |
| | 23-33336-FJS | Suzette Muriel Walker | 13 | 09/28/23 | N/A | N/A |
| | 23-33598-FJS | Michael Edward Luck | 13 | 10/18/23 | N/A | N/A |
| | 23-33680-KLP | Krystal Dawn Lucas | 13 | 10/24/23 | N/A | N/A |
| | 23-33727-KLP | Anthony Amos Greene and Joyce Lynn Greene | 13 | 10/27/23 | N/A | N/A |
| | 23-33786-KHK | Sharon Smith Davis | 13 | 11/01/23 | N/A | N/A |
| | 23-34267-KLP | Elaine Denise Mitchell | 13 | 12/14/23 | N/A | N/A |
| | 23-34273-KHK | Pamela Jean Miller | 13 | 12/14/23 | N/A | N/A |
| | 23-50918-SCS | Antonio Carlos Newman | 13 | 12/18/23 | N/A | N/A |
| | 23-71393-SCS | Colette Boone Ruffin | 13 | 07/26/23 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-71682-SCS | Keita Trae Malloy | 13 | 09/11/23 | N/A | N/A |
| | 23-71931-SCS | Eric Troy DeWitt | 13 | 10/17/23 | N/A | N/A |
| | 23-72279-SCS | Maggie Lynn Moore | 13 | 12/04/23 | N/A | N/A |
| | 24-10101-BFK | Fabilo P Kakosso and Lindsay A Kakosso | 7 | 01/20/24 | N/A | N/A |
| | 24-10110-KHK | Preston A. Wells | 13 | 01/23/24 | N/A | N/A |
| | 24-10176-KHK | Vonda Kay Merrill | 13 | 01/31/24 | N/A | N/A |
| | 24-10198-KHK | Juan R. Garcia Jr. | 13 | 02/05/24 | N/A | N/A |
| | 24-10224-BFK | Debbie Lynn Fortune | 13 | 02/12/24 | N/A | N/A |
| | 24-10726-BFK | Mayer Raymond David Cohen | 13 | 04/16/24 | N/A | N/A |
| | 24-10731-BFK | John William Burner | 13 | 04/17/24 | N/A | N/A |
| | 24-10766-KHK | Kimberly S Perry | 13 | 04/23/24 | N/A | N/A |
| | 24-10861-BFK | Linda Denise Good | 13 | 05/07/24 | N/A | N/A |
| | 24-11069-KHK | Muhannad Fowzi Jweinat | 13 | 06/11/24 | N/A | N/A |
| | 24-11123-BFK | Helen Cecilia Johnson | 13 | 06/18/24 | N/A | N/A |
| | 24-11161-BFK | Edgardo Aguiles Quintanilla | 13 | 06/25/24 | N/A | N/A |
| | 24-11218-KHK | Bradley Currell Jones and Sarah Elizabeth Jones | 13 | 07/05/24 | N/A | N/A |
| | 24-11345-BFK | Anne-Marie Burton | 13 | 07/24/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | [24-11387-BFK](#) | George Mark Gibb and Claudia Gibb | 13 | 07/29/24 | N/A | N/A |
| | [24-11437-BFK](#) | Dawit Negash | 7 | 08/06/24 | N/A | N/A |
| | [24-11452-KHK](#) | William Jonathan Ball, Sr. and Marivic V. Hart-Ball | 13 | 08/08/24 | N/A | N/A |
| | [24-11488-KHK](#) | Stephanie Anita Finney and John Fitzgerald Finney | 13 | 08/14/24 | N/A | N/A |
| | [24-11675-BFK](#) | Darbie Gilmore Durrett | 13 | 09/10/24 | N/A | N/A |
| | [24-11730-KHK](#) | Crystal A. McDaniel and Thomas J. McDaniel | 13 | 09/17/24 | N/A | N/A |
| | [24-11812-KHK](#) | Daniel Ray King | 13 | 09/27/24 | N/A | N/A |
| | [24-11933-BFK](#) | Brian M Lucas | 13 | 10/16/24 | N/A | N/A |
| | [24-11968-KHK](#) | Sherry Bernice Maxie | 13 | 10/23/24 | N/A | N/A |
| | [24-11970-BFK](#) | Dorothy Louise Divers | 13 | 10/23/24 | N/A | N/A |
| | [24-11983-BFK](#) | Robert T Yarbray, Jr. and Veronica E Yarbray | 13 | 10/25/24 | N/A | N/A |
| | [24-12036-KHK](#) | Yazmin P Bell | 7 | 10/31/24 | N/A | N/A |
| | [24-12038-BFK](#) | Ericka N Cox | 13 | 10/31/24 | N/A | N/A |
| | [24-12066-BFK](#) | Juliene Catherine Logan | 13 | 11/04/24 | N/A | N/A |
| | [24-12091-BFK](#) | Most Delwara Yasmin | 13 | 11/08/24 | N/A | N/A |
| | [24-12155-KHK](#) | Donna Marie Burns | 13 | 11/19/24 | N/A | N/A |
| | [24-12202-KHK](#) | Manjeet K. Brar | 13 | 11/26/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-12258-BFK | Elinor E Moges | 13 | 12/04/24 | N/A | N/A |
| | 24-12277-BFK | Irma Ayala Ramirez | 13 | 12/07/24 | N/A | N/A |
| | 24-12304-KHK | Pamela LaCovey | 13 | 12/12/24 | N/A | N/A |
| | 24-12316-BFK | Edward Bart Rogers | 13 | 12/16/24 | N/A | N/A |
| | 24-30045-KLP | James Johnson and Wanda Scott-Johnson | 13 | 01/05/24 | N/A | N/A |
| | 24-30096-BFK | Debra Dianne Fortune | 13 | 01/11/24 | N/A | N/A |
| | 24-30569-KLP | Darryl Antonio Bailey | 13 | 02/16/24 | N/A | N/A |
| | 24-30787-FJS | John Terence Crosby | 13 | 03/01/24 | N/A | N/A |
| | 24-30921-FJS | Adalynn Marie Farley | 13 | 03/11/24 | N/A | N/A |
| | 24-30960-KHK | Percell Douglas Massenburg, Jr. and Bertha Ann Massenburg | 13 | 03/13/24 | N/A | N/A |
| | 24-31109-FJS | Dominique Alexandas Ross | 13 | 03/22/24 | N/A | N/A |
| | 24-31163-KLP | Phyllis Jean Cheely | 13 | 03/27/24 | N/A | N/A |
| | 24-31198-KLP | Sarah Lynne Wright | 13 | 03/29/24 | N/A | N/A |
| | 24-31216-KLP | Christina A'isha Choice | 13 | 03/30/24 | N/A | N/A |
| | 24-31304-KLP | William Gregory Meredith and Barbara Ann Meredith | 13 | 04/05/24 | N/A | N/A |
| | 24-31432-KLP | Paulette Lee Tyler | 13 | 04/15/24 | N/A | N/A |
| | 24-31666-KLP | Terence Richard Sullivan and Jason Smith Sullivan | 13 | 04/30/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-31720-KLP | Daniel Cecil Scott | 13 | 05/03/24 | N/A | N/A |
| | 24-31783-BFK | Patrice Branch Jones | 13 | 05/08/24 | N/A | N/A |
| | 24-31800-BFK | Thomas Forster Cook | 13 | 05/09/24 | N/A | N/A |
| | 24-32144-KHK | Diondra Lanette Lee-Cutler | 13 | 06/06/24 | N/A | N/A |
| | 24-32202-KLP | David Michael Roinnel and Peyton Daye Roinnel | 13 | 06/11/24 | N/A | N/A |
| | 24-32241-KLP | Cynthia Nordstrom Glass | 13 | 06/14/24 | N/A | N/A |
| | 24-32308-KLP | Calvin Edward Towles, Jr. | 13 | 06/20/24 | N/A | N/A |
| | 24-32454-KLP | Stephaine Anne Farina | 13 | 07/02/24 | N/A | N/A |
| | 24-32468-FJS | Walton James Gray | 13 | 07/03/24 | N/A | N/A |
| | 24-32510-KRH | Bettina Carleen Jordan | 13 | 07/08/24 | N/A | N/A |
| | 24-32536-BFK | Randall W Calhoun | 13 | 07/09/24 | N/A | N/A |
| | 24-32551-KLP | Carolyn Diane Brown | 13 | 07/09/24 | N/A | N/A |
| | 24-32615-KRH | Christopher Paul Hazel | 7 | 07/15/24 | N/A | N/A |
| | 24-32629-KHK | Carlton Plato Washington | 13 | 07/16/24 | N/A | N/A |
| | 24-32763-KHK | Ivis Alberto Brizuela Gomez | 13 | 07/25/24 | N/A | N/A |
| | 24-32868-FJS | Ricky Bernard Johnson | 13 | 08/01/24 | N/A | N/A |
| | 24-32873-KLP | Talmon Lee Jones | 13 | 08/01/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-32880-KLP | Monet Keeve | 13 | 08/02/24 | N/A | N/A |
| | 24-32970-FJS | Angelo Devaughn Newman | 13 | 08/09/24 | N/A | N/A |
| | 24-33027-BFK | Sharmonique Taylor Burrow | 13 | 08/14/24 | N/A | N/A |
| | 24-33028-KLP | Tiffany Darshell Overton | 13 | 08/15/24 | N/A | N/A |
| | 24-33079-KLP | Carmela Deanne Watson-Fuller | 13 | 08/19/24 | N/A | N/A |
| | 24-33119-BFK | Joseph Lloyd Via, JR and Kyli Marie Via | 7 | 08/22/24 | N/A | N/A |
| | 24-33134-FJS | Krishawn L Monroe | 13 | 08/22/24 | N/A | N/A |
| | 24-33262-KLP | Wanda Michelle Rich | 13 | 08/30/24 | N/A | N/A |
| | 24-33313-KLP | Doris Lee Holmes | 13 | 09/04/24 | N/A | N/A |
| | 24-33319-KHK | Kellye Shavone Lovelace | 13 | 09/04/24 | N/A | N/A |
| | 24-33350-KLP | Albert Henry Maiolino and Elaine Danforth Maiolino | 13 | 09/06/24 | N/A | N/A |
| | 24-33408-KLP | Isaiah DaShawn Bray and Aundraya Nicole Bray | 13 | 09/12/24 | N/A | N/A |
| | 24-33496-FJS | Brandy Michelle Ellard | 13 | 09/19/24 | N/A | N/A |
| | 24-33773-FJS | Mabel Gertrude Lewis | 13 | 10/08/24 | N/A | N/A |
| | 24-33834-BFK | Diane Michelle Omer | 13 | 10/11/24 | N/A | N/A |
| | 24-33919-KLP | Sterlita Hawkins Nicholson | 13 | 10/18/24 | N/A | N/A |
| | 24-34026-KLP | Michelle Yvette Williams | 13 | 10/24/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-34064-KHK | Maurice G. Blankenship, Jr. | 13 | 10/28/24 | N/A | N/A |
| | 24-34099-KLP | Eugene Stanford Thorne, Jr. | 13 | 10/30/24 | N/A | N/A |
| | 24-34101-KHK | Ismael Vasquez Castro and Hillary Faith Castro | 7 | 10/30/24 | N/A | N/A |
| | 24-34120-KLP | Kelly Shelton Bucher | 13 | 10/31/24 | N/A | N/A |
| | 24-34169-BFK | Jeffrey P Covington | 13 | 11/03/24 | N/A | N/A |
| | 24-34179-BFK | Akena Norman | 13 | 11/04/24 | N/A | N/A |
| | 24-34216-FJS | Avis Deneen Young | 13 | 11/06/24 | N/A | N/A |
| | 24-34261-KLP | Jeff Scott McCallum and Ashley Marie McCallum | 13 | 11/08/24 | N/A | N/A |
| | 24-34341-KLP | Henry Sam Rosenbaum | 13 | 11/14/24 | N/A | N/A |
| | 24-34349-KLP | Jamie Kaye Boothe | 13 | 11/15/24 | N/A | N/A |
| | 24-34386-FJS | Kalena Nicole Becker and Joseph Henry Becker | 13 | 11/19/24 | N/A | N/A |
| | 24-34394-KLP | Joe Louis Meredith, Jr. | 13 | 11/19/24 | N/A | N/A |
| | 24-34395-KHK | Renee Richardson | 13 | 11/19/24 | N/A | N/A |
| | 24-34477-KHK | Cynthia Hope Seay | 13 | 11/25/24 | N/A | N/A |
| | 24-34479-FJS | Cortland Eugene Berry | 13 | 11/25/24 | N/A | N/A |
| | 24-34481-BFK | Brenda Vita Williams | 13 | 11/25/24 | N/A | N/A |
| | 24-34503-KHK | Tonia D. Barbettini | 13 | 11/26/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-34528-KLP | Reuben Benjamin Greene | 13 | 11/27/24 | N/A | N/A |
| | 24-34565-KLP | Monica Jenine Williams | 13 | 12/02/24 | N/A | N/A |
| | 24-34612-KLP | Sharese Nicole Charity | 13 | 12/05/24 | N/A | N/A |
| | 24-34632-KLP | Javier Bernardo Vargas and Jelissa Magdalena Vargas | 13 | 12/06/24 | N/A | N/A |
| | 24-34650-KLP | Mack Arthur Broadnax, Sr. | 13 | 12/09/24 | N/A | N/A |
| | 24-34663-KHK | Simone Rachelle Walston | 13 | 12/10/24 | N/A | N/A |
| | 24-34718-KLP | Sylvia Laraine Fulford | 13 | 12/14/24 | N/A | N/A |
| | 24-34761-FJS | Kevin Dwight Murray | 13 | 12/18/24 | N/A | N/A |
| | 24-50304-FJS | Hazel Gilchrist King | 13 | 04/24/24 | N/A | N/A |
| | 24-50320-FJS | Doris Jean Nelson | 13 | 04/30/24 | N/A | N/A |
| | 24-50788-FJS | Shanee Shavonne Frazier | 13 | 10/22/24 | N/A | N/A |
| | 24-50828-SCS | Eric Samuel Moore, Sr. | 13 | 11/05/24 | N/A | N/A |
| | 24-50839-SCS | Kevin Le'Ron Butts | 13 | 11/07/24 | N/A | N/A |
| | 24-50878-FJS | Celestine Harvey Crear | 13 | 11/22/24 | N/A | N/A |
| | 24-50938-SCS | Chermont Blackwell Foster | 13 | 12/11/24 | N/A | N/A |
| | 24-50955-FJS | Pamela Jean Dalton | 13 | 12/16/24 | N/A | N/A |
| | 24-70225-SCS | Yakitha Tamara Egana | 13 | 02/06/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-70417-SCS | Shannon Llamont Hawkins and Tia Shanae Hawkins | 13 | 02/29/24 | N/A | N/A |
| | 24-70516-FJS | Altisha Meeshun Glover | 13 | 03/13/24 | N/A | N/A |
| | 24-70665-SCS | Victoria Walton Porter | 13 | 03/29/24 | N/A | N/A |
| | 24-70698-FJS | Herman Lazion Mayfield, Jr. | 13 | 04/02/24 | N/A | N/A |
| | 24-70855-FJS | Janice Lawrence James | 13 | 04/23/24 | N/A | N/A |
| | 24-71124-SCS | Jonathan Edward Wells | 13 | 05/23/24 | N/A | N/A |
| | 24-71283-FJS | Kendrick Lamont Thompson | 13 | 06/14/24 | N/A | N/A |
| | 24-71486-SCS | Leverne Brooks | 13 | 07/10/24 | N/A | N/A |
| | 24-71577-SCS | Chandler Lee Scarborough | 13 | 07/22/24 | N/A | N/A |
| | 24-71579-SCS | Linda Elaine Joyner | 13 | 07/23/24 | N/A | N/A |
| | 24-72035-FJS | Roy Chester Speller, Jr. and Chintada Tamar Alexander-Speller | 13 | 09/20/24 | N/A | N/A |
| | 24-72077-FJS | Christopher Allen Jenkins | 13 | 09/27/24 | N/A | N/A |
| | 24-72151-FJS | Mae Charles Wilson | 13 | 10/07/24 | N/A | N/A |
| | 24-72203-FJS | LaTara A. Person-Bell | 13 | 10/15/24 | N/A | N/A |
| | 24-72303-FJS | Ronald Elmore Shepherd | 13 | 10/28/24 | N/A | N/A |
| | 24-72340-SCS | Rafael Marcell Bynum and Shanta Shaneil Bynum | 13 | 10/31/24 | N/A | N/A |
| | 24-72364-SCS | Donna Teresa Neil | 13 | 11/04/24 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-72369-SCS | Tieheim Jennings | 13 | 11/05/24 | N/A | N/A |
| | 24-72400-SCS | Tyrone Eugene Uzzle and Caroline Rose Uzzle | 7 | 11/11/24 | N/A | N/A |
| | 24-72404-SCS | Todd Marshall Palm | 13 | 11/12/24 | N/A | N/A |
| | 24-72457-SCS | Shannon Lynn Lawrence | 13 | 11/19/24 | N/A | N/A |
| | 24-72514-FJS | Thomas E. Hollingsworth | 13 | 11/25/24 | N/A | N/A |
| | 24-72516-SCS | Melvin Century Jordan, Sr. | 13 | 11/25/24 | N/A | N/A |
| | 24-72644-FJS | Henry Vernard Simon | 7 | 12/10/24 | N/A | N/A |