**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

___

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that BWW Law Group, LLC, by counsel, hereby gives notice that Mary F. Balthasar Lake, Esquire (VSB # 34899) withdraws a counsel from the cases listed on the attached Exhibit A effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Joseph Romano, an attorney employed by BWW Law Group, LLC, will be substituted as counsel in place of Mary F. Balthasar Lake in the cases listed on the attached Exhibit A.

                                                Respectfully Submitted,
                                                BWW Law Group, LLC

Dated: March 26, 2025                  /s/ Joseph Romano
                                                Joseph Romano, VSB# 98911
                                                BWW Law Group, LLC
                                                8100 Three Chopt Rd.
                                                Suite 240
                                                Richmond, VA 23229
                                                (804) 282-0463 (phone)
                                                (804) 282-0541 (facsimile)
                                                bankruptcy@bww-law.com
                                                *Attorney for the Creditor*

                                                /s/ Mary F. Balthasar Lake
                                                Mary F. Balthasar Lake, VSB #34899

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of March, 2025, a copy of the foregoing Notice of Withdrawal and Substitution of Counsel was served electronically via CM/ECF.

                                            /s/ Joseph Romano
                                            Joseph Romano, Esquire

| Case Number | Case Name | Chapter | Date |
|---|---|---|---|
| 22-32247-BFK | Paulette Jurhee Hodges | 13 | 2/20/2023 |
| 19-31137-FJS | Andrew John Ison | 13 | 2/20/2023 |
| 19-34000-BFK | Sharon D Ross | 13 | 2/20/2023 |
| 19-36490-FJS | Wilbert Hanks | 13 | 2/20/2023 |
| 19-36579-KHK | Brenda Evans Creighton | 13 | 2/20/2023 |
| 20-30213-BFK | Christen Richardson Gray | 13 | 2/20/2023 |
| 20-34567-KLP | Alexandria Stewart Dillard | 13 | 2/20/2023 |
| 21-30671-BFK | Brian Keith Tyler | 13 | 2/20/2023 |
| 21-31059-KLP | Oscar Armando Aldana | 13 | 2/20/2023 |
| 21-31503-KLP | Gregory A Oley | 13 | 2/20/2023 |
| 21-31704-KLP | Daryl Charles Wake | 13 | 2/20/2023 |
| 21-32640-KLP | Celestine Hart Robinson | 13 | 2/20/2023 |
| 21-33072-KLP | Vernon Duval Byrd | 13 | 2/20/2023 |
| 21-33084-KRH | Lashondra Keyvette Baskerville | 13 | 2/20/2023 |
| 21-33572-KRH | Dondray Anthony Davis McDowney | 13 | 2/20/2023 |
| 21-50511-FJS | Joseph M. Brown, Jr | 13 | 2/20/2023 |
| 21-50664-SCS | Milburn Gary Cox, Jr. and Marina Margarita Cox | 13 | 2/20/2023 |
| 21-50775-FJS | Nicole Charese Taylor | 13 | 2/20/2023 |
| 21-50907-FJS | Miguel Angel Sosa Avila | 13 | 2/20/2023 |
| 21-50921-SCS | Joseph Lewis Ramsey, Jr. | 13 | 2/20/2023 |
| 21-71161-FJS | Lola Elizabeth Apelt | 13 | 2/20/2023 |
| 21-71751-SCS | Keith Diaz | 13 | 2/20/2023 |
| 19-74543-SCS | Wayne Pharham and Susan Clarice Pharham | 13 | 2/20/2023 |

| Case | Chapter | Date |
|---|---|---|
| 21-72374-FJS Mary Alice McCollum | 13 | 2/20/2023 |
| 22-10058-KHK Alfreda Jeanette Smith | 13 | 2/20/2023 |
| 22-10427-KHK Henry Herbert Tucker | 7 | `2/20/2023 |
| 22-30035-KRH Jacqueline Lea Gregory-Redmond | 13 | 2/20/2023 |
| 22-30110-KRH Kristen M Stell | 13 | 2/20/2023 |
| 22-30416-KRH Raquel I Rivera and Rolando A Lopez | 13 | 2/20/2023 |
| 22-30620-KRH David Lawrence Brewer and Marilyn Jeanne Johnson | 13 | 2/20/2023 |
| 22-31468-KLP Virginia S. Dixon | 13 | 2/20/2023 |
| 22-31579-KRH Augustus G. Newsome | 13 | 2/20/2023 |
| 22-31628-KRH Shavone L. Thomas | 13 | 2/20/2023 |
| 22-31640-KLP Michael Alan Czerwik | 13 | 2/20/2023 |
| 22-31690-KLP Dustin John Eastvold | 13 | 2/20/2023 |
| and Lauren Elizabeth Eastvold | 13 | 2/20/2023 |
| 22-31708-KRH Essence M. Capate | 13 | 2/20/2023 |
| 22-31732-KRH Maurice Clifton Woods | 13 | 2/20/2023 |
| and Jeanette Bailey Woods | 13 | 2/20/2023 |
| 22-31788-KRH Terri Khorassani-Abri | 13 | 2/20/2023 |
| 22-31801-KRH David Paul Ramirez and Nicole Leanne Travis | 13 | 2/20/2023 |
| 22-31813-KRH Quincy J. Peoples | 13 | 2/20/2023 |
| 22-31912-KLP Benjamin Rosado and Jennifer Marie Cronch | 13 | 2/20/2023 |
| 22-31919-KRH Juliette Hayes Brandon | 13 | 2/20/2023 |
| 22-31976-KLP Michael Jason Owens | 13 | 2/20/2023 |
| 22-32005-KLP Mildred Juanita Scott | 13 | 2/20/2023 |
| 22-32006-KLP Regenia Brooks Carter-Pride | 13 | 2/20/2023 |
| 22-32011-KLP Taura Turnage Morris | 13 | 2/20/2023 |

| Case | Ch | Date |
|---|---|---|
| 22-32029-KLP Jason Ray Blake and Julie Miller Blake | 13 | 2/20/2023 |
| 22-32041-KLP Lakesha Shanta Knight | 13 | 2/20/2023 |
| 22-32053-KLP Charles R Pierce and Johanna M Pierce | 13 | 2/20/2023 |
| 22-32057-KRH Eddie B McKay | 13 | 2/20/2023 |
| 22-32060-KLP Kermit J. Richardson and Khalilah W. Richardson | 13 | 2/20/2023 |
| 22-32062-KRH Mario Valentino Lewis | 13 | 2/20/2023 |
| 22-32088-KLP Gregory D. Howard | 13 | 2/20/2023 |
| 22-32092-KLP Renee Richardson | 13 | 2/20/2023 |
| 22-32174-KRH Dianna M. Fortune | 13 | 2/20/2023 |
| 22-32183-KRH Kristin Bethune | 13 | 2/20/2023 |
| 22-32196-KLP Alonzo Hall | 13 | 2/20/2023 |
| 22-32207-KRH JoAnne Lavinia Robinson | 13 | 2/20/2023 |
| 22-32209-KLP Judy Margaret Johnson | 13 | 2/20/2023 |
| 22-32218-KRH Mark Kevin Schwab, Jr. | 13 | 2/20/2023 |
| 22-32242-KRH John Noggin and Ramona Noggin | 13 | 2/20/2023 |
| 22-32247-KRH Paulette Jurhee Hodges | 13 | 2/20/2023 |
| 22-32259-KLP Arturo Montecinos | 13 | 2/20/2023 |
| 22-32388-KRH Shirley H. Armstrong | 13 | 2/20/2023 |
| 22-32392-KRH Todd D. Norris | 13 | 2/20/2023 |
| 22-32431-KLP Douglas E Sorrell | 13 | 2/20/2023 |
| 22-32454-KRH David Wayne Daniels | 13 | 2/20/2023 |
| 22-32464-KRH Heather Rene Legros | 13 | 2/20/2023 |
| 22-32554-KLP Cynthia V. Belton | 13 | 2/20/2023 |
| 22-32578-KRH Marquita Moore | 13 | 2/20/2023 |
| 22-32606-KRH Teresa Annette Johnson | 13 | 2/20/2023 |

| Case | Ch. | Date |
|---|---|---|
| 22-32646-KRH Willie Bradford Dickerson | 13 | 2/20/2023 |
| 22-32666-KLP Marlon Willard Warren and Felice Sharonda Warren | 13 | 2/20/2023 |
| 22-32688-KRH Melinda Crotts | 13 | 2/20/2023 |
| 22-32692-KLP Mary Louise Brown | 13 | 2/20/2023 |
| 22-32705-KRH Inger Stephanie Dzwlewicz | 13 | 2/20/2023 |
| 22-32707-KRH Stanley Alexander Pegram | 13 | 2/20/2023 |
| 22-32721-KLP Clinton Antonio Venable | 13 | 2/20/2023 |
| 22-32742-KRH Nicole Una Robinson | 13 | 2/20/2023 |
| 22-32747-KRH Debra Updike Gregory | 13 | 2/20/2023 |
| 22-32787-KRH Brian Michael Daigneault | 13 | 2/20/2023 |
| 22-32812-KLP Earl Haith Brown and Carolyn Diane Brown | 13 | 2/20/2023 |
| 22-32825-KLP Doris Lee Holmes | 13 | 2/20/2023 |
| 22-32854-KRH Jacob William Joseph Barber | 13 | 2/20/2023 |
| 22-32856-KRH Cecil Lamont Green and Rasha Lanae Tyler | 13 | 2/20/2023 |
| 22-32858-KLP Stephanie Elaine Carter | 13 | 2/20/2023 |
| 22-32886-KRH Frank Edward Lamb | 13 | 2/20/2023 |
| 22-32917-KRH Tameka Vaughan Dorsey | 13 | 2/20/2023 |
| 22-32953-KLP Justin Stoltz | 13 | 2/20/2023 |
| 22-32956-KLP Tanya Nicole Brown | 13 | 2/20/2023 |
| 22-32969-KLP Steven Christopher Firkins | 13 | 2/20/2023 |
| 22-32970-KLP Cheryl Yvette Veney | 13 | 2/20/2023 |
| 22-32993-KLP Bradley Joesph Lafontaine and Erica Rae Lafontaine | 13 | 2/20/2023 |
| 22-33008-KLP Michael Garland Vincent | | |

| | | |
|---|---|---|
| 22-33059-KLP Tae Il Lee | 13 | 2/20/2023 |
| 22-33069-KLP Mark Robert Loan, Jr. | 13 | 2/20/2023 |
| 22-33083-KLP Tiffany Suzanne Bailey | 13 | 2/20/2023 |
| 22-50075-SCS Martitia Arnell Ricks | 13 | 2/20/2023 |
| 22-50180-FJS LaTonya Yvette Hawkins | 13 | 2/20/2023 |
| 22-50189-FJS Jacqueline Illawenette Slade | 13 | 2/20/2023 |
| 22-50212-SCS William Milton Robertson | 13 | 2/20/2023 |
| 22-50219-SCS Robert L Strickland, Jr. | 13 | 2/20/2023 |
| 22-50234-FJS Celia Annette Parham | 13 | 2/20/2023 |
| 22-50337-SCS Sharon L. Carleton | 13 | 2/20/2023 |
| 22-50364-FJS Terry Ann Mundy | 13 | 2/20/2023 |
| 22-50381-FJS Dennis Noah Parker | 13 | 2/20/2023 |
| 22-50410-SCS Sandhya Herur Rajasekhara | 13 | 2/20/2023 |
| 22-50415-SCS Henry Harold Pittman | 13 | 2/20/2023 |
| 22-50416-SCS Scott Allen Speight | 13 | 2/20/2023 |
| 22-50445-FJS Kimberly Bell Vinson | 13 | 2/20/2023 |
| 22-50485-SCS Shalene Chaz Hart | 13 | 2/20/2023 |
| 22-50496-FJS Douglas Ronald Boyd | 13 | 2/20/2023 |
| 22-50500-SCS Rebecca Aimee Duncan | 13 | 2/20/2023 |
| 22-50513-SCS Wendy Carol Guilford | 13 | 2/20/2023 |
| 22-70071-FJS Willie L Casper, Jr | 13 | 2/20/2023 |
| 22-70156-FJS Steven Wayne Beck<br>　　　and Josephine Carreon Beck | 13 | 2/20/2023 |
| 22-70194-FJS Joven Flores Sumulong | 13 | 2/20/2023 |
| 22-70235-FJS Russell Todd Luther | 13 | 2/20/2023 |
| 22-70297-FJS Robert Alexander Bergland | | |

| | | |
|---|---|---|
| and Jarilynn Dawnielle Bergland | 13 | 2/20/2023 |
| 22-70376-FJS LaTonya Smith | 13 | 2/20/2023 |
| 22-70392-SCS Robert Glenn Johnson | 13 | 2/20/2023 |
| 22-70455-SCS James Keith Lewis, II | 13 | 2/20/2023 |
| 22-70554-SCS Leah Drake Stith | 13 | 2/20/2023 |
| 22-70570-FJS Theresa M Smith | 13 | 2/20/2023 |
| 22-70580-SCS Thomas King Ok | 13 | 2/20/2023 |
| 22-70645-FJS Patricia Andrea Wright | 13 | 2/20/2023 |
| 22-70674-FJS David Ramon Baez | | |
| and Christine Marie Baez | 13 | 2/20/2023 |
| 22-70683-SCS Jesse Lewis Gutierrez | | |
| and Michelle Araza Gutierrez | 13 | 2/20/2023 |
| 22-70714-SCS Rose Mary DeAngelo | 13 | 2/20/2023 |
| 22-70737-SCS Mary Virginia Lach | 13 | 2/20/2023 |
| 22-70786-SCS Rozaland V McCall-Williams | 13 | 2/20/2023 |
| 22-70789-FJS Sheba Janine Caine | 13 | 2/20/2023 |
| 22-70820-FJS David-Kurt Way | 13 | 2/20/2023 |
| 22-70840-SCS Venice Lynn Gregory | 13 | 2/20/2023 |
| 22-70907-SCS Michael Sean Smellie | | |
| and Donna Kate Smellie | 13 | 2/20/2023 |
| 22-70918-FJS Ayanna Lena Broom | 13 | 2/20/2023 |
| 22-70965-FJS Robert James Livingston, Jr. | 13 | 2/20/2023 |
| 22-70993-SCS Julian Christopher Durden | 13 | 2/20/2023 |
| 22-71076-FJS Christine Yvonne Holt | 13 | 2/20/2023 |
| 22-71117-SCS JaToria Adell Jones | 13 | 2/20/2023 |
| 22-71161-FJS Juan Dimetrius Holt | | |
| and Tammy Hayes Holt | 13 | 2/20/2023 |
| 22-71181-SCS Percy Cowell | | |

| | | |
|---|---|---|
| and Joycelyn Mae Cowell | 13 | 2/20/2023 |
| 22-71186-FJS Tuwanna Evette Johnson | 13 | 2/20/2023 |
| 22-71198-SCS Tristan Rossi | 13 | 2/20/2023 |
| 22-71236-FJS Michelle Robertson Capps | 13 | 2/20/2023 |
| 22-71269-FJS William Fleming Sutton | 13 | 2/20/2023 |
| 22-71349-SCS Faith Bullock | 13 | 2/20/2023 |
| 22-71406-SCS Rachel Lyn Notaro | 13 | 2/20/2023 |
| 19-13166-BFK Susan Elizabeth Thurston | 13 | 2/20/2023 |
| 19-14150-BFK Marla Lynn Howell | 13 | 2/20/2023 |
| 21-11290-BFK Liaqat Ali | 13 | 2/20/2023 |
| 20-10574-KHK Johnny Kwame Dwobeng | 13 | 2/20/2023 |
| 20-10584-KHK Richard Alan Winn | 13 | 2/20/2023 |
| 20-10604-KHK Lien T Dang | 13 | 2/20/2023 |
| 20-11837-KHK Evelyne N Sama | 13 | 2/20/2023 |
| 21-10024-KHK Yvette Dawn Ware | 13 | 2/20/2023 |
| 21-10244-KHK Elizabeth A Kallighan | 13 | 2/20/2023 |
| 21-11597-KHK Jeannette Denise Grover | 13 | 2/20/2023 |
| 21-11683-KHK Thomas Richard-Lee Cross | 13 | 2/20/2023 |