**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**In re:**

**MIGUEL ANGEL SOSA AVILA,**          Case No. 21-50907-FJS
                                       Chapter 13
　　　　**Debtor.**

**ORDER OF DISMISSAL**

　　　　Upon the Consent Order Settling Trustee's Motion to Dismiss Case for Failure to Commence Plan Payments (the "**Consent Order**"), entered by this Court on December 03, 2024 as Docket Item No. 116, which resolved the Motion to Dismiss Case, Miguel Angel Sosa Avila (the "**Debtor**") was to make a cure payment in the amount of $2,739.57, and make regular monthly plan payments, beginning in December of 2024, and each month thereafter as such payments became due for the duration of the term of the plan or the Trustee could submit an order of dismissal for consideration. The Debtor has failed to comply with the terms of the Consent Order and, as of July 01, 2025, is behind in plan payments totaling $3,490.93 through July 2025. Based on the foregoing, it is

　　　　**ADJUDGED, ORDERED** and **DECREED** that upon entry of this Order, the case shall be **DISMISSED**; it is further

　　　　**ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached Copy List.

Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, VA 23435
Telephone - (757) 233-8294 and (757) 226-0287
Facsimile - (757) 333-3434
kbarnhart@kmbch13.com
/alv

Entered in Newport News the \_\_\_\_\_ day of _____, 2025.

    Jul 9 2025                      /s/ Frank J Santoro

UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jul 10 2025

Notice of entry of Order or Judgment

I ASK FOR THIS:

*/s/Kelly M. Barnhart*
Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9022-1, the Order has been endorsed by all required parties.

                                                         */s/Kelly M. Barnhart*

Copy List:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

Christian D. DeGuzman, Esquire (*via CM/ECF*)