**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**In re:**

**MIGUEL ANGEL SOSA AVILA,**   Case No. 21-50907-FJS
                                Chapter 13
  **Debtor.**

## ORDER OF DISMISSAL

Upon the Consent Order Settling Trustee's Motion to Dismiss Case for Failure to Commence Plan Payments (the "**Consent Order**"), entered by this Court on December 03, 2024 as Docket Item No. 116, which resolved the Motion to Dismiss Case, Miguel Angel Sosa Avila (the "**Debtor**") was to make a cure payment in the amount of $2,739.57, and make regular monthly plan payments, beginning in December of 2024, and each month thereafter as such payments became due for the duration of the term of the plan or the Trustee could submit an order of dismissal for consideration. The Debtor has failed to comply with the terms of the Consent Order and, as of July 01, 2025, is behind in plan payments totaling $3,490.93 through July 2025. Based on the foregoing, it is

**ADJUDGED, ORDERED** and **DECREED** that upon entry of this Order, the case shall be **DISMISSED**; it is further

**ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached Copy List.

Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, VA 23435
Telephone - (757) 233-8294 and (757) 226-0287
Facsimile - (757) 333-3434
kbarnhart@kmbch13.com
/alv

Entered in Newport News the _____ day of _____, 2025.

    Jul 9 2025                         /s/ Frank J Santoro

                                UNITED STATES BANKRUPTCY JUDGE

                                Entered On Docket: Jul 10 2025

Notice of entry of Order or Judgment

I ASK FOR THIS:

*/s/Kelly M. Barnhart*
Kelly M. Barnhart, VSB No. 65246
Chapter 13 Trustee

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9022-1, the Order has been endorsed by all required parties.

                                                    */s/Kelly M. Barnhart*

Copy List:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669


Christian D. DeGuzman, Esquire (*via CM/ECF*)

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 21-50907-FJS

Miguel Angel Sosa Avila  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6  User: JillGlenn  Page 1 of 2

Date Rcvd: Jul 10, 2025  Form ID: pdford6  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Angel Sosa Avila, 253 Beauregard Heights, Hampton, VA 23669-1558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Christian D. DeGuzman | on behalf of Debtor Miguel Angel Sosa Avila cdd147@gmail.com deguzmanlaw@gmail.com,christian@dgzmnlaw.com,sarah@dgzmnlaw.com;deguzman.christiand.r116544@notify.bestcase.com |
| Dane Exnowski | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ernest Wayne Powell | on behalf of Creditor Eliza Sosa wpowell@ewplg.com |
| Ernest Wayne Powell | on behalf of Plaintiff Eliza Sosa wpowell@ewplg.com |

| | | |
|---|---|---|
| District/off: 0422-6 | User: JillGlenn | Page 2 of 2 |
| Date Rcvd: Jul 10, 2025 | Form ID: pdford6 | Total Noticed: 1 |

Francisco J. Cardona
    on behalf of Creditor U.S. Bank Trust National Association fcardona@raslg.com

Heather Diane Bock
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 heather.bock@mccalla.com, mccallaecf@ecf.courtdrive.com

Jason Meyer Krumbein
    on behalf of Defendant Miguel Angel Sosa Avila jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email

Joseph Romano
    on behalf of Creditor BANK OF AMERICA  N.A. joseph.romano@bww-law.com, bankruptcy@bww-law.com

Joseph Romano
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. joseph.romano@bww-law.com, bankruptcy@bww-law.com

Joseph Romano
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 joseph.romano@bww-law.com, bankruptcy@bww-law.com

Joseph Romano
    on behalf of Creditor Select Portfolio Servicing  Inc. joseph.romano@bww-law.com, bankruptcy@bww-law.com

Keith M. Yacko
    on behalf of Creditor U.S. Bank Trust National Association keiyacko@raslg.com ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Kelly M. Barnhart
    kbarnhart@kmbch13.com

Kelly Megan Barnhart
    on behalf of Trustee R. Clinton Stackhouse  Jr. barnhart@rgblawfirm.com, janice@rgblawfirm.com

Kinnera Bhoopal
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Linda Pierre
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com

Maria A. Tsagaris
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew W. Cheney
    ustpregion04.no.ecf@usdoj.gov

Phillip Raymond
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

William M. Savage
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com

TOTAL: 21