**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
NEWPORT NEWS DIVISION

| | |
|---|---|
| In re:  Miguel Angel Sosa Avila ) | |
| ) | |
| Debtor.  ) | Case No. **21-50907-FJS** |
| ) | |
| ) | |
| ) | Chapter      13 |
| ) | |
| 253 Beauregard Heights ) | |
| Hampton, VA 23669 ) | |
| ) | |
| Last four digits of SSN: 1639 ) | |

**NOTICE OF
MOTION AND HEARING**

The Debtor has filed papers with the Court to Vacate Order of Dismissal.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want to be heard on this matter, then **on or before twenty-one (21) days from the date of service of this notice,** you or your attorney must:

**[ X ]** File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

      Clerk of Court
      United States Bankruptcy Court
      600 Granby Street, Room 400
      Norfolk, VA 23510-1915

You must also mail a copy to:

      Christian D. DeGuzman, Esquire
      DeGuzman Law, PLLC
      JANAF Building, Fifth Floor
      5900 E. Virginia Beach Blvd., Suite 507
      Norfolk, VA 23502

      Kelly M. Barnhart
      Chapter 12/13 Trustee
      7021 Harbour View Boulevard, Suite 101
      Suffolk, Virginia 23435

[ ]  Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ X ]  Attend the hearing on the motion (or objection) scheduled to be held on <u>September 19, 2025</u> at <u>10:00 A.M</u>. at Newport News Courtroom, U.S. Courthouse, 2400 West Avenue, Newport News, VA 23607.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  July 15, 2025                                         /s/ Christian D. DeGuzman
                                                                                        *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I certify that I, on the 15th day of July, 2025, transmitted a true copy of the foregoing Notice of Motion electronically through the Court's CM/ECF system and/or by first-class mail to the Chapter 13 trustee, the United States trustee, the Debtors and to all creditors and parties in interest on the mailing matrix attached below.

                                                                            /s/ Christian D. DeGuzman
                                                                            Christian D. DeGuzman

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
NEWPORT NEWS DIVISION

IN RE:

| | | |
|---|---|---|
| MIGUEL ANGEL SOSA AVILA | ) | |
| | ) | Case No. **21-50907-FJS** |
| Debtor. | ) | Chapter 13 |

**MOTION TO VACATE**
**ORDER OF DISMISSAL**

To this Honorable Court:

COMES NOW the Debtor, by counsel, and moves this Court to vacate its Order of Dismissal and reinstate his Chapter 13 case, and in support of his motion make the following representations:

1. On December 8, 2021, the Debtor filed a voluntary petition in bankruptcy under Chapter 13 of the Bankruptcy Code.

2. Kelly M. Barnhart is the trustee of the Debtor's case.

3. The Debtor's current Chapter 13 plan, a sixty-month plan filed on April 12, 2024 and confirmed by the Court on May 14, 2014 (the "**Plan**"), provides for payments in the amount of $781.66 per month for 1 month, then $2,181.66 per month for 3 months, then $1,992.72 per month for 23 months, then $1,055.73 per month for 33 months.

4. The Debtor is currently in Month 43 of 60 of the Plan and to-date has paid in a total of $66,255.58.

5. On December 3, 2024, the Court entered an Order Settling the Trustee's Motion to Dismiss (the "Consent Order") and therein mandated that the Debtor cure all plan arrears by making cure payments of $304.40 each month from December 2024 through July 2025 and then one cure payment of $304.57 in August of 2025 (the "Cure Payments") in addition to payments of $1,055.73 due pursuant to the Plan.

6. The Debtor has since made all regular Plan payments of $1,055.73 since entry of the Consent Order; however, due to a misunderstanding with the office of the Debtor's counsel,

he failed to make any of the Cure Payments.  Therefore, on July 10, 2024, this Court entered an Order of Dismissal.

7. The Debtor now fully acknowledges that he understands the terms of the Consent Order and very much wishes to cure all Plan arrears and complete the remaining 17 months of the Plan.  If the Court would be inclined to grant this Motion, he fully intends to remit the $3,500.77 needed to cure the plan arrears-*in addition to the regular Plan payments for August and September 2025 of $1,055.73 each*-within fourteen (14) days from entry of an order granting this Motion.  The source of funds for a for the $3,500.77 cure payment would be from a gift from the Debtor's daughter.

WHEREFORE, the Debtor respectfully requests that this Court vacate its Order of Dismissal and reinstate his Chapter 13 case so that he may cure all Plan arrears and complete his Chapter 13 Plan term, and for such other relief as the Court deems proper.

Date: July 15, 2025

Respectfully submitted,
Miguel Angel Sosa Avila

/s/ Christian D. DeGuzman
Christian D. DeGuzman, Esq.
*Counsel for the Debtor*

Christian D. DeGuzman, VSB No. 79336
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that I, on the 15th day of July, 2025, transmitted a true copy of the foregoing Motion electronically through the Court's CM/ECF system and/or by first-class mail to the Chapter 13 trustee, the United States trustee, the Debtors and to all creditors and parties in interest on the mailing matrix attached below.

/s/ Christian D. DeGuzman
Christian D. DeGuzman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-4<br>Case 21-50907-FJS<br>Eastern District of Virginia<br>Newport News<br>Tue Jul 15 09:10:58 EDT 2025 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | BANK OF AMERICA, N.A.<br>BWW Law Group, LLC<br>8100 Three Chopt Rd, Suite 240<br>Richmond, VA 23229-4833 |
| SELECT PORTFOLIO SERVICING, INC.<br>BWW Law Group, LLC<br>8100 Three Chopt Road, Suite 240<br>Richmond, VA 23229-4833 | U.S. Bank Trust National Association<br>Robertson, Anschutz, Schneid & Crane LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | Wilmington Savings Fund Society, FSB, not in<br>BWW Law Group, LLC<br>8100 Three Chopt Rd, Suite 240<br>Richmond, VA 23229-4833 |
| United States Bankruptcy Court<br>2400 West Avenue, Suite 110<br>Newport News, VA 23607-4328 | Alicia Sosa<br>253 Beauregard Heights<br>Hampton, VA 23669-1558 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | City of Newport News<br>Office of the Treasurer<br>PO Box 975<br>Newport News, VA 23607-0975 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>800 Sw 39th St, Ste 100<br>Renton, WA 98057-4927 |
| Credence Resource Management, LLC<br>Attn: Bankruptcy<br>4222 Trinity Mills Road Suite 260<br>Dallas, TX 75287-7666 | (p)CREDIT CONTROL CORPORATION<br>ATTN CREDIT CONTROL CORPORATION<br>11821 ROCK LANDING DR<br>NEWPORT NEWS VA 23606-4225 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Eliza Sosa<br>c/o E. Wayne Powell, Esquire<br>421 Branchway Rd.<br>N. Chesterfield, VA 23236-3034 | (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | Hampton Circuit Court<br>Attn: Civil Division<br>PO Box 40<br>Hampton, VA 23669-0040 |
| Internal Revenue Service<br>Centralized Insolvency Ops.<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linda Bremmer<br>408 Walnut Street<br>Hampton, VA 23669-2273 |
| Midland Funding, LLC<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Mr. Cooper<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas, TX 75261-9098 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Robertson, Anschutz, Schneid, Crane &<br>Partners, PLLC<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 | SPS, Inc<br>Attn: Bankruptcy<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Sterling Chambers<br>112 Beverly Street<br>Hampton, VA 23669-1925 | U.S. Bank Trust National Association<br>Robertson, Anschutz, Schneid, & Crane PL<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 |

| | | |
|---|---|---|
| U.S. Bank Trust National Association<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 | Wilmington Savings Fund Society, FSB et al<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | (p)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 |
| Christian D. DeGuzman<br>DeGuzman Law, PLLC<br>JANAF Office Building<br>5900 E. Virginia Beach Blvd.<br>Suite 507<br>Norfolk, VA 23502-2490 | Kelly M. Barnhart<br>Chapter 12/13 Trustee<br>341 Dial: 866-619-3642 Code: 3054410<br>7021 Harbour View Blvd., Suite 101<br>Suffolk, VA 23435-2869 | Matthew W. Cheney<br>Office of the U.S. Trustee, Region 4 -NN<br>200 Granby Street, Room 625<br>Norfolk, VA 23510-1819 |
| Miguel Angel Sosa Avila<br>253 Beauregard Heights<br>Hampton, VA 23669-1558 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Control Corporation<br>Attn: Bankruptcy<br>Po Box 120570<br>Newport News, VA 23612-0000 | Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680-0000 | Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Norfolk, VA 23502-0000 |
| Wilmington Savings Fund Society, FSB, not in<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)Select Portfolio Servicing, Inc.<br>BWW Law Group, LLC<br>8100 Three Chopt Rd, Suite 240<br>Richmond, VA 23229-4833 |
| (u)Wilmington Savings Fund Society, FSB, not | (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | (u)Johnnie Brickey<br>Daphia Drive |
| (u) Eliza Sosa | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     7<br>Total                  43 | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

IN RE:

MIGUEL ANGEL SOSA AVILA    )
                                                            )    Case No. **21-50907-FJS**
Debtor.    )    Chapter 13

## ORDER GRANTING MOTION
## TO VACATE ORDER OF DISMISSAL

THIS CAUSE came upon the motion of Miguel Angel Sosa Avila (the "**Debtor**"), by counsel, to vacate the Court's Order of Dismissal and reinstate his Chapter 13 case (the "**Motion**"), the Court being advised as follows:

1. On December 8, 2021, the Debtor filed a voluntary petition in bankruptcy under Chapter 13 of the Bankruptcy Code.

2. Kelly M. Barnhart is the trustee of the Debtor's case.

3. The Debtor's current Chapter 13 plan, a sixty-month plan filed on April 12, 2024 and confirmed by the Court on May 14, 2014 (the "Plan"), provides for payments in the amount of $781.66 per month for 1 month, then $2,181.66 per month for 3 months, then $1,992.72 per month for 23 months, then $1,055.73 per month for 33 months.

4. The Debtor is currently in Month 43 of 60 of the Plan and to-date has paid in a total of $66,255.58.

5. On December 3, 2024, the Court entered an Order Settling the Trustee's Motion to Dismiss (the "Consent Order") and therein mandated that the Debtor cure all plan arrears by making cure payments of $304.40 each month from December 2024 through July 2025 and then one

Christian D. DeGuzman
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)

cure payment of $304.57 in August of 2025 (the "Cure Payments") in addition to payments of $1,055.73 due pursuant to the Plan.

6. The Debtor has since made all regular Plan payments of $1,055.73 since entry of the Consent Order; however, due to a misunderstanding with the office of the Debtor's counsel, he failed to make any of the Cure Payments. Therefore, on July 10, 2024, this Court entered an Order of Dismissal.

7. The Debtor now fully acknowledges that he understands the terms of the Consent Order and desires to cure all Plan arrears and complete the remaining 17 months of the Plan. If the Court would be inclined to grant this Motion to Vacate Order of Dismissal, he intends to remit the $3,500.77 needed to cure the plan arrears, in addition to the regular Plan payments for August and September 2025 of $1,055.73 each, within fourteen (14) days from entry of an order granting this Motion. The source of funds for a for the $3,500.77 cure payment would be from a gift from the Debtor's daughter.

WHEREFORE, it is hereby ORDERED that the Motion is granted, the order dismissing case is vacated and the Debtor's Chapter 13 case is hereby reinstated so that he may cure his Chapter 13 Plan arrears and continue making Plan payments, and

It is further ORDERED that the Debtor shall remit a payment to the trustee in the amount of 3,500.77-in addition to any regular plan payments which come due prior to entry of this order-within fourteen (14) days from entry of this Order, and

It is further ORDERED, that the Debtor shall remain current on all future Plan payments, and

It is further ORDERED that, if the Debtor fails to comply with the terms of this Order, the Chapter 13 trustee may submit a Dismissal Order, which will be entered by this Court without further notice of opportunity for hearing.

Date: _____

                      U.S. Bankruptcy Judge

Entered on Docket:_____

I ask for this:

/s/ Christian D. DeGuzman, VSB No. 79336
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)
*Counsel for Debtor*

SEEN:

/s/ _____
Kelly M. Barnhart, VSB #65246
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000 (ph)

## **LOCAL RULE 9022-1(C) CERTIFICATION**

      COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

      /s/_____
      Christian D. DeGuzman

Parties to receive copies:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

Kelly M. Barnhart
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435