**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
NEWPORT NEWS DIVISION

IN RE:

| | | |
|---|---|---|
| MIGUEL ANGEL SOSA AVILA | ) | |
| | ) | Case No. **21-50907-FJS** |
| Debtor. | ) | Chapter 13 |

**ORDER GRANTING MOTION**
**TO VACATE ORDER OF DISMISSAL**

THIS CAUSE came upon the motion of Miguel Angel Sosa Avila (the "**Debtor**"), by counsel, to vacate the Court's Order of Dismissal and reinstate his Chapter 13 case (the "**Motion**"), the Court being advised as follows:

1. On December 8, 2021, the Debtor filed a voluntary petition in bankruptcy under Chapter 13 of the Bankruptcy Code.

2. Kelly M. Barnhart is the trustee of the Debtor's case.

3. The Debtor's current Chapter 13 plan, a sixty-month plan filed on April 12, 2024 and confirmed by the Court on May 14, 2014 (the "Plan"), provides for payments in the amount of $781.66 per month for 1 month, then $2,181.66 per month for 3 months, then $1,992.72 per month for 23 months, then $1,055.73 per month for 33 months.

4. The Debtor is currently in Month 46 of 60 of the Plan and to-date has paid in a total of $66,255.58.

5. On December 3, 2024, the Court entered an Order Settling the Trustee's Motion to Dismiss (the "Consent Order") and therein mandated that the Debtor cure all plan arrears by making cure payments of $304.40 each month from December 2024 through July 2025 and then one

Christian D. DeGuzman
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)

cure payment of $304.57 in August of 2025 (the "Cure Payments") in addition to payments of $1,055.73 due pursuant to the Plan.

6. The Debtor has since made all regular Plan payments of $1,055.73 since entry of the Consent Order; however, due to a misunderstanding with the office of the Debtor's counsel, he failed to make any of the Cure Payments. Therefore, on July 10, 2024, this Court entered an Order of Dismissal.

7. The Debtor now fully acknowledges that he understands the terms of the Consent Order and desires to cure all Plan arrears and complete the remaining 17 months of the Plan. If the Court would be inclined to grant this Motion to Vacate Order of Dismissal, he intends to cure all plan arrears owed through October 2025-an amount equal to $5,916.80-within fourteen (14) days from entry of an order granting this Motion. The source of funds for a for the $5,916.80 cure payment is a gift from the Debtor's daughter.

WHEREFORE, it is hereby ORDERED that the Motion is granted, the order dismissing case is vacated and the Debtor's Chapter 13 case is hereby reinstated so that he may cure his Chapter 13 Plan arrears and continue making Plan payments, and

It is further ORDERED that the Debtor shall remit a payment to the trustee in the amount of $5,916.80 within fourteen (14) days from entry of this Order, and

It is further ORDERED, that the Debtor shall remain current on all future Plan payments, and

It is further ORDERED that, if the Debtor fails to comply with the terms of this Order, the Chapter 13 trustee may submit a Dismissal Order, which will be entered by this Court without further notice of opportunity for hearing.

Date: Oct 29 2025

/s/ Frank J Santoro
U.S. Bankruptcy Judge

Entered on Docket: Oct 30 2025

I ask for this:

/s/ Christian D. DeGuzman, VSB No. 79336
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)
*Counsel for Debtor*

SEEN:

/s/Kelly M. Barnhart
Kelly M. Barnhart, VSB #65246
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000 (ph)

## LOCAL RULE 9022-1(C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

/s/Christian D. DeGuzman
Christian D. DeGuzman

Parties to receive copies:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

Kelly M. Barnhart
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435