**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
NEWPORT NEWS DIVISION

IN RE:

MIGUEL ANGEL SOSA AVILA )

                         )     Case No. **21-50907-FJS**

        Debtor.       )             Chapter 13

**ORDER GRANTING MOTION**
**TO VACATE ORDER OF DISMISSAL**

THIS CAUSE came upon the motion of Miguel Angel Sosa Avila (the "**Debtor**"), by counsel, to vacate the Court's Order of Dismissal and reinstate his Chapter 13 case (the "**Motion**"), the Court being advised as follows:

1. On December 8, 2021, the Debtor filed a voluntary petition in bankruptcy under Chapter 13 of the Bankruptcy Code.

2. Kelly M. Barnhart is the trustee of the Debtor's case.

3. The Debtor's current Chapter 13 plan, a sixty-month plan filed on April 12, 2024 and confirmed by the Court on May 14, 2014 (the "Plan"), provides for payments in the amount of $781.66 per month for 1 month, then $2,181.66 per month for 3 months, then $1,992.72 per month for 23 months, then $1,055.73 per month for 33 months.

4. The Debtor is currently in Month 46 of 60 of the Plan and to-date has paid in a total of $66,255.58.

5. On December 3, 2024, the Court entered an Order Settling the Trustee's Motion to Dismiss (the "Consent Order") and therein mandated that the Debtor cure all plan arrears by making cure payments of $304.40 each month from December 2024 through July 2025 and then one

Christian D. DeGuzman
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)

cure payment of $304.57 in August of 2025 (the "Cure Payments") in addition to payments of $1,055.73 due pursuant to the Plan.

6. The Debtor has since made all regular Plan payments of $1,055.73 since entry of the Consent Order; however, due to a misunderstanding with the office of the Debtor's counsel, he failed to make any of the Cure Payments. Therefore, on July 10, 2024, this Court entered an Order of Dismissal.

7. The Debtor now fully acknowledges that he understands the terms of the Consent Order and desires to cure all Plan arrears and complete the remaining 17 months of the Plan. If the Court would be inclined to grant this Motion to Vacate Order of Dismissal, he intends to cure all plan arrears owed through October 2025-an amount equal to $5,916.80-within fourteen (14) days from entry of an order granting this Motion. The source of funds for a for the $5,916.80 cure payment is a gift from the Debtor's daughter.

WHEREFORE, it is hereby ORDERED that the Motion is granted, the order dismissing case is vacated and the Debtor's Chapter 13 case is hereby reinstated so that he may cure his Chapter 13 Plan arrears and continue making Plan payments, and

It is further ORDERED that the Debtor shall remit a payment to the trustee in the amount of $5,916.80 within fourteen (14) days from entry of this Order, and

It is further ORDERED, that the Debtor shall remain current on all future Plan payments, and

It is further ORDERED that, if the Debtor fails to comply with the terms of this Order, the Chapter 13 trustee may submit a Dismissal Order, which will be entered by this Court without further notice of opportunity for hearing.

Date: Oct 29 2025

/s/ Frank J Santoro

U.S. Bankruptcy Judge

Entered on Docket: Oct 30 2025

I ask for this:


/s/ Christian D. DeGuzman, VSB No. 79336
DeGuzman Law, PLLC
JANAF Office Building, Fifth Floor
5900 E. Virginia Beach Blvd., Ste. 507
Norfolk, VA 23502
(757) 333-7336 (phone)
(757) 333-7873 (facsimile)
*Counsel for Debtor*


SEEN:


/s/Kelly M. Barnhart
Kelly M. Barnhart, VSB #65246
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000 (ph)


## LOCAL RULE 9022-1(C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the
Court that the foregoing Order has been endorsed by all the necessary parties.


/s/Christian D. DeGuzman
Christian D. DeGuzman


Parties to receive copies:


Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

Kelly M. Barnhart
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                          Case No. 21-50907-FJS

Miguel Angel Sosa Avila                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-6 | User: LilianPal | Page 1 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdford6 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

**Recip ID              Recipient Name and Address**
db             +  Miguel Angel Sosa Avila, 253 Beauregard Heights, Hampton, VA 23669-1558

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Christian D. DeGuzman | on behalf of Debtor Miguel Angel Sosa Avila cdd147@gmail.com deguzmanlaw@gmail.com,christian@dgzmnlaw.com,sarah@dgzmnlaw.com;deguzman.christiand.r116544@notify.bestcase.com |
| Dane Exnowski | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ernest Wayne Powell | on behalf of Creditor Eliza Sosa wpowell@ewplg.com |
| Ernest Wayne Powell | on behalf of Plaintiff Eliza Sosa wpowell@ewplg.com |

District/off: 0422-6                          User: LilianPal                              Page 2 of 2
Date Rcvd: Oct 30, 2025                       Form ID: pdford6                           Total Noticed: 1

Francisco J. Cardona
on behalf of Creditor U.S. Bank Trust National Association fcardona@raslg.com

Heather Diane Bock
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 heather.bock@mccalla.com, mccallaecf@ecf.courtdrive.com

Jason Meyer Krumbein
on behalf of Defendant Miguel Angel Sosa Avila jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email

Joseph Romano
on behalf of Creditor BANK OF AMERICA  N.A. joseph.romano@bww-law.com, bankruptcy@bww-law.com

Joseph Romano
on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. joseph.romano@bww-law.com, bankruptcy@bww-law.com

Joseph Romano
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 joseph.romano@bww-law.com, bankruptcy@bww-law.com

Joseph Romano
on behalf of Creditor Select Portfolio Servicing  Inc. joseph.romano@bww-law.com, bankruptcy@bww-law.com

Keith M. Yacko
on behalf of Creditor U.S. Bank Trust National Association keiyacko@raslg.com
ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Kelly M. Barnhart
kbarnhart@kmbch13.com

Kelly Megan Barnhart
on behalf of Trustee R. Clinton Stackhouse  Jr. barnhart@rgblawfirm.com, janice@rgblawfirm.com

Kinnera Bhoopal
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Linda Pierre
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com

Maria A. Tsagaris
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew W. Cheney
ustpregion04.no.ecf@usdoj.gov

Phillip Raymond
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of CIM
2021-NR4 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

William M. Savage
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com


TOTAL: 21