UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

IN RE:                                                               CASE NO.: 21-50907
                                                                                                     CHAPTER 13

**Miguel Angel Sosa Avila,**
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2024-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Attorney for Secured Creditor
                                         13010 Morris Road, Suite 450
                                         Alpharetta, GA 30004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/Landon Kemnitz
                                               Landon Kemnitz
                                               Email: lkemnitz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MIGUEL ANGEL SOSA AVILA
253 BEAUREGARD HEIGHTS
HAMPTON, VA 23669

And via electronic mail to:

DEGUZMAN LAW, PLLC
JANAF OFFICE BUILDING,
5900 E. VIRGINIA BEACH BLVD., SUITE 507
NORFOLK, VA 23502

KELLY M. BARNHART
KELLY M. BARNHART, CHAPTER 13 TRUSTEE,
7025 HARBOUR VIEW BLVD., SUITE 106
SUFFOLK, VA 23435

MATTHEW W. CHENEY
OFFICE OF THE U.S. TRUSTEE, REGION 4 -NN,
200 GRANBY STREET, ROOM 625
NORFOLK, VA 23510

By: /s/ Angela Zuelke