# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   Miguel Angel Sosa Avila,   XXX-XX-1639                                          Case No.: 21-50907-FJS
                                                                                                                                    Chapter 13

Debtor.

## **DIRECTIVE FOR VOLUNTARY PAYMENTS TO BE MADE BY DEBTOR**

The Debtor having filed a petition under Chapter 13, title 11 of the United States Code, or having converted this case from Chapter 7;

IT IS DIRECTED, that commencing immediately and continuing on the 7th day of each and every month thereafter until further Directive from the Trustee, the Debtor shall pay to KELLY M. BARNHART, TRUSTEE, using the TFS Bill Pay system, monthly payments as follows:

**$781.66 FOR 1 MONTH STARTING JAN 2022, THEN**
**$2,181.66 FOR 3 MONTHS STARTING FEB 2022, THEN**
**$1,992.72 FOR 23 MONTHS STARTING MAY 2022, THEN**
**$1,055.73 FOR 20 MONTHS STARTING APR 2024, THEN**
**$638.00 FOR 13 MONTHS STARTING DEC 2025**.

The above monthly payments provide a total funding of **$82,567.80**.

**THIS DIRECTIVE IS ENTERED PURSUANT TO AMENDED STANDING ORDER 23-15 OF THE UNITED STATES BANKRTUPCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA**.

Dated: January 29, 2026                                              /s/ Kelly M. Barnhart
                                                                                      Kelly M. Barnhart, VSB No. 65246
                                                                                      Chapter 13 Trustee
                                                                                      7025 Harbour View Blvd., Ste 106
                                                                                      Suffolk, VA  23435
                                                                                      Telephone: (757) 233-8294; (757) 226-0287
                                                                                      kbarnhart@kmbch13.com

## Certificate of Service

I hereby certify that a true copy of this Directive was sent to the Debtor, via first-class mail, postage prepaid, on January 29, 2026.

                                                                                      /s/ Kelly M. Barnhart
                                                                                      Kelly M. Barnhart
                                                                                      Chapter 13 Trustee