**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN District OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| IN RE:<br><br>**Miguel Angel Sosa Avila,**<br><br>**aka Miguel Angel Sosa,**<br><br>　　**Debtor.** | **CHAPTER 13**<br>**CASE NO.: 21-50907-FJS** |
| **Select Portfolio Servicing, Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2024-1**<br>　　　　　　　　Movant,<br>v.<br><br>**Miguel Angel Sosa Avila,**<br><br>**aka Miguel Angel Sosa,**<br><br>　　**Debtor,**<br><br>　　**AND**<br><br>**Kelly M. Barnhart**<br><br>　　**Trustee.**<br><br>**Matthew W. Cheney**<br><br>　　**U.S. Trustee**<br><br>　　　　　Defendants. | FILED PURSUANT TO 11 U.S.C<br>SECTION 362 |

## MOTION SEEKING RELIEF FROM STAY AND NOTICE OF HEARING THEREON
## (1269 N. KING ST, HAMPTON, VIRGINIA 23669)

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before the 14th day from the date of service of this Motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> United States Bankruptcy Court
> Eastern District of Virginia
> Walter E. Hoffman U.S. Courthouse
> 600 Grandby St., 4Th Floor Norfolk,
> VA 23510-1915

You must also send a copy to:

> Tata-Annie Latoya King - VA Bar No. 100892
> Robertson, Anschutz, Schneid, Crane &
> Partners, PLLC
> 11350 McCormick Road, EP 1, Suite 302
> Hunt Valley, MD 21031
> Phone: 470-321-7112, ext. 52327
> Email: taking@raslg.com
> Counsel for Movant

And to:

> TRUSTEE
> Kelly M. Barnhart
> Kelly M. Barnhart, Chapter 13 Trustee
> 7025 Harbour View Blvd.
> Suite 106
> Suffolk, VA 23435

Attend the hearing scheduled for May 15, 2026 at 9:30 a.m. Newport News Courtroom, U.S. Courthouse, 2400 West Avenue, Newport News, VA.

_____

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

If you or your attorney do not take these steps, the Court may decide you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief without holding a hearing.

## **MOTION SEEKING RELIEF FROM STAY**

Comes now Select Portfolio Servicing, Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2024-1 (the "Movant"), a movant, by Counsel, and moves this Honorable United States Bankruptcy Court for Relief from the Stay imposed by 11 U.S.C. Sections 362(a) and in support thereof, state as follows:

1.      That this Motion is filed pursuant to 11 U.S.C. Sections 362(d) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2.      Movant's claim is based upon a certain Note dated August 14, 2006 in the principal amount of $124,000.00 and executed by Miguel Angel Sosa Avila the ("Debtor").  The total amount due, including the unpaid principal balance of $112,460.47 due under said Note as of February 09, 2026 interest of $1,557.44 at the Note rate, late charges and attorney's fees and costs was approximately $114,541.07. A copy of an estimated payoff statement is attached hereto, marked as Exhibit A, as is a copy of the said Note, marked as Exhibit B. Repayment of said Note is secured by that certain Deed of Trust dated August 14, 2006 as Instrument # 060021083 among the land records of City Of Hampton County, Virginia, which property has the address of 1269 N. King ST, Hampton, Virginia 23669 and which is more particularly described in the Deed of Trust as:

—————————————————
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

## LEGAL DESCRIPTION

All that certain lot, part-lot, piece or parcel of land situate, lying and being in the City of Hampton, Virginia, being known and designated as "PARCEL 'A'" as shown on that certain plat entitled "PLAT OF THE PROPERTY OF GEORGE T. & THEODORA MIZUSAWA, LOTS 22, 23, 24 & PART OF 21, BLOCK 'A', NORTH KING STREET, HAMPTON, VIRGINIA", dated June 29, 2006, revised July 20, 2006, and made by Becouvarakis and Associates, P.C., a copy of which said plat is recorded in the Clerk's Office of the Circuit Court for the City of Hampton, Virginia, on July 28, 2006, as instrument no. 060019562.

A copy of said Deed of Trust and Assignment of Deed of Trust, if any, is attached hereto, marked as Exhibit C, and expressly made a part hereof.

3.      Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf.

4.      That on December 08, 2021, the United States Bankruptcy Court for the Eastern District of Virginia entered an Order for Relief under 11 U.S.C. Chapter 13 upon a petition filed by Miguel Angel Sosa Avila, Case No. 21-50907-FJS.

5.      That Debtor have failed to make post-petition payments to Movant, and are therefore in default, post-petition as of February 09, 2026, as follows:

| | |
|---|---|
| 4 regular monthly payments @ $814.75 each November 01, 2025, to February 01, 2026 | $3,259.00 |
| Less Suspense Amount | ($3.18) |
| **TOTAL** | **$3,255.82** |

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

A copy of the post-petition payment history is attached hereto, marked as Exhibit D, and expressly made a part hereof.

6.      By reason of the foregoing, Movant has cause for relief under 11 U.S.C. Section 362(d)(1) and 1301(c)(3) as Debtor has failed to timely tender post-petition payments. As such, cause exists for the termination of the stay thereof.

7. That City of Hampton County tax assessment states that the subject property has a current value of $195,600.00. A copy of the tax assessment is attached hereto, marked as Exhibit E, and expressly made a part hereof.

8.      That upon entry of an Order terminating the stay of 11 U.S.C. Section 362(a), Movant should be free to take such actions with respect to the subject property as are set forth under applicable non-bankruptcy law (i.e. modification, short sale and other loss mitigation options), and should be relieved from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c).

   **WHEREFORE**, Movant, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) so that the undersigned may proceed to enforce its security interest in the subject property by: (i) instituting or continuing foreclosure proceedings against the subject property in state court, (ii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, (iv) relieving it, its successors and/or assigns from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c) if the stay is ultimately and unconditionally lifted or terminated,

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

and (v) that the Order be binding and effective upon Debtor despite any conversion of this

bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

## **NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS**

Movant will submit business records as evidence at any scheduled hearing, as allowed

under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records and the declaration of

their maintenance as business records are available for inspection by the adverse party upon

demand.

## **NOTICE**

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on Movant.  Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.**

**You will be notified separately of the hearing date on the motion.**

Date: March 26, 2026.

By: /s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I certify that on March 26, 2026, a true copy of the foregoing Motion Seeking Relief from

Stay was served upon all necessary parties by electronic mail or by first class U.S. Mail, with

adequate postage prepaid on the following persons or entities at the addresses stated:

**Debtor**
Miguel Angel Sosa Avila
aka Miguel Angel Sosa
253 Beauregard Heights
Hampton, VA 23669

**1st Attorney for Debtor**
Christian D. DeGuzman
DeGuzman Law, PLLC
JANAF Office Building
5900 E. Virginia Beach Blvd.
Suite 507
Norfolk, VA 23502

**2nd Attorney for Debtor**
Jason Meyer Krumbein
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St.
Suite 293
Glen Allen, VA 23060

**Trustee**
Kelly M. Barnhart
Kelly M. Barnhart, Chapter 13 Trustee

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

7025 Harbour View Blvd.
Suite 106
Suffolk, VA 23435


**U.S. Trustee**
Matthew W. Cheney
Office of the U.S. Trustee, Region 4 -NN
200 Granby Street, Room 625
Norfolk, VA 23510

**Attorney for Trustee**
Kelly Megan Barnhart
Roussos & Barnhart, PLC
213 William Claiborne
Williamsburg, VA 23185


Date: March 26, 2026.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

/s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant