**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

**IN RE:**

**CASE NO.: 21-50907-FJS**
**CHAPTER 13**

**Miguel Angel Sosa Avila aka Miguel Angel Sosa,**

**Debtor.**

_________________________________/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

COMPUTERSHARE DELAWARE TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF PRET 2026-RPL1 TRUST
Name of Transferee

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 7278

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association.
Name of Transferor

Court Claim # (if known): 3-1
Amount of Claim: $229,706.33
Date Claim Filed: 2/2/2022

Phone:
Last Four Digits of Acct #: 7278

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 7278

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rosa Selmani

Transferee/Transferee's Agent

Date: 10/11/2026

Email: rselmani@raslg.com

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669

And via electronic mail to:

Christian D. DeGuzman
DeGuzman Law, PLLC
ICC Center, Building 11
420 N. Center Drive
Ste 241
Norfolk, VA 23502-4007

Trustee
Kelly M. Barnhart
Kelly M. Barnhart, Chapter 13 Trustee
7025 Harbour View Blvd.
Suite 106
Suffolk, VA 23435

U.S. Trustee
Matthew W. Cheney
Office of the U.S. Trustee, Region 4 -NN
200 Granby Street, Room 625
Norfolk, VA 23510

By: /s/ Justine Bennett

Email: Jusbennett@raslg.com