**2100B (12/15)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 21-50907-FJS
Chapter 13

In re: Debtor(s) (including Name and Address)

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton VA 23669

## NOTICE OF TRANSFER OF CLAIM

Claim No. __________ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 10/13/2026 (date).

Name and Address of Alleged Transferor:

Claim No. 3: U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019

Name and Address of Transferee:

COMPUTERSHARE DELAWARE TRUST COMPANY
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/31/26

Charri S. Stewart
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 21-50907-FJS
Miguel Angel Sosa Avila Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6 User: LilianPal Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: trc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15974374 | + | Email/Text: bkteam@selenefinance.com | Oct 30 2026 12:41:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Christian D. DeGuzman | on behalf of Debtor Miguel Angel Sosa Avila cdd147@gmail.com deguzmanlaw@gmail.com,christian@dgzmnlaw.com,sarah@dgzmnlaw.com;deguzman.christiand.r116544@notify.bestcase.com |
| Dane Exnowski | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ernest Wayne Powell | |

| | |
|---|---|
| | on behalf of Creditor Eliza Sosa wpowell@ewplg.com |
| Ernest Wayne Powell | on behalf of Plaintiff Eliza Sosa wpowell@ewplg.com |
| Francisco J. Cardona | on behalf of Creditor U.S. Bank Trust National Association fcardona@raslg.com |
| Heather Diane Bock | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 heather.bock@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jason Meyer Krumbein | on behalf of Defendant Miguel Angel Sosa Avila jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email |
| Joseph Romano | on behalf of Creditor Select Portfolio Servicing Inc. bkecfinbox@aldridgepite.com, jromano@ecf.courtdrive.com |
| Joseph Romano | on behalf of Creditor BANK OF AMERICA N.A. bkecfinbox@aldridgepite.com, jromano@ecf.courtdrive.com |
| Joseph Romano | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkecfinbox@aldridgepite.com, jromano@ecf.courtdrive.com |
| Joseph Romano | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 bkecfinbox@aldridgepite.com, jromano@ecf.courtdrive.com |
| Keith M. Yacko | on behalf of Creditor U.S. Bank Trust National Association keiyacko@raslg.com ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com |
| Kelly M. Barnhart | kbarnhart@kmbch13.com |
| Kelly Megan Barnhart | on behalf of Trustee R. Clinton Stackhouse Jr. barnhart@rgblawfirm.com, janice@rgblawfirm.com |
| Kinnera Bhoopal | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Landon Thomas Kemnitz | on behalf of Creditor Federal Home Loan Mortgage Corporation lkemnitz@raslg.com |
| Linda Pierre | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Maria A. Tsagaris | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Phillip Raymond | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM 2021-NR4 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Tata-Annie L King | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. AS SERVICING AGENT FOR FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2024-1 taking@raslg.com |
| William M. Savage | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com |

TOTAL: 23